UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE VOLKSWAGEN and | * | <u>Class Action</u> |
| AUDI WARRANTY EXTENSION | * | |
| LITIGATION | * | Master File No. 1:07-md-1790 |
| | * | |

<u>FURTHER DISCOVERY ORDER</u>

August 14, 2008

TAURO, J.

After a Case Management Conference held on August 13, 2008, this court hereby orders that:

1. By August 18, 2008, the Parties shall confer regarding the issues raised in Plaintiffs' <u>Motion to Compel</u> [#100] and all other discovery disputes.

2. By August 20, 2008, either (1) the Parties shall file a Joint Report, of no more than 3 pages, indicating how the discovery disputes have been resolved; or (2) Defendants shall file their Opposition to any remaining live issues in Plaintiffs' motion.

3. All previously issued Notices of Depositions are EXPUNGED.

4. Plaintiffs may depose the following German employees of Defendants: (1) Dr. Sabine Graf; (2) Dr. Sven-Oliver Kossmehl; (3) Michael Jung; (4) Josef Ruhland; (5) Harald Kornprobst; (6) Moritz von Manz; and (7) Peter Kremer.

    a. Plaintiffs shall notice these depositions by August 20, 2008.[1]

---

[1] Defendants shall file any Motions to Quash as soon as practicable following issuance of these notices, and no later than September 3, 2008.

    b.    Defendants shall produce unredacted copies of all documents relevant to these depositions to Plaintiffs by August 29, 2008.[2]

    c.    The depositions shall commence on or after September 22, 2008.

    d.    The depositions shall be completed by October 22, 2008.

5.    By December 31, 2008, Plaintiffs may also depose: (1) a Rule 30(b)(6) representative of Lubrizol Corporation; (2) the keeper of records or similar official at Lubrizol Corporation; (3) Kip Kriigel; (4) Jason Gainey; (5) Michael Becker; and (6) Dorothy Cuntner.

6.    By December 31, 2008, Defendants may depose: (1) Marie Montag; (2) Werner Montag; (3) Ann Montag; (4) Joshua Dillon; (5) Bruce Beard/Bruce Beard Automotive; (6) Witness(es) from the service station near Marie Montag's place of employment; (7) Mary Gliottone; (8) Scott Ryder; (9) Sandra Kimball-Ryder; (10) Jonathan Bevins and/or other witnesses at The Car Shop; (11) Stan from Gaybrook Garage; (12) Jeff Mitchell; (13) Kent Jones and/or other witnesses at Precision Motor Works; (14) James Craig; (15) Witnesses at The SqueakyWheel Inc.; (16) David Marks; (17) Witnesses at Billy's Auto Repair; (18) Witnesses at Mount Maya Car Wash & Lube; (19) Laura Cole Breit; and (20) Jeffrey Breit.

7.    The Parties shall confer and coordinate the dates, times and locations for all listed depositions.

---

[2] Defendants shall file any Motions for Protective Order regarding these documents as soon as practicable, and no later than August 22, 2008.

8. Defendants are authorized to inspect the available cars or car parts of the named Plaintiffs. Any such inspections shall be completed by December 31, 2008.

9. No extensions will be granted on any dates in this Order.

10. No further discovery is permitted without leave of the court.

11. A Further Conference shall be held on January 21, 2009 at 2:15 P.M., at which time this court will address what remains in this action.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                          United States District Judge