THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Volkswagen and Audi Warranty Extension Litigation** | MDL Docket No. 1:07-md-01790 |
| **This Document Relates to All Cases** | |

## ORDER

TAURO, J.

Pursuant to a hearing conducted by the Special Master on 9/14/10 regarding conditional approval of the parties' proposed settlement, and the recommendation of the Special Master, this Court hereby orders that:

1. The proposed settlement between the parties is conditionally approved.

2. Certification of a class, for settlement purposes only, is conditionally approved. This settlement class consists of all current and former owners and lessees of model year 1997-2004 Audi A4 vehicles or model year 1998-2004 Volkswagen Passat vehicles equipped with the 1.8 liter turbo engine imported or distributed for sale or lease in the United States by Volkswagen Group of America ("VWGoA") (collectively "Settlement Class Vehicles"). Settlement Class Vehicles include a total of 479,768 vehicles imported or distributed for sale or lease in the United States by VWGoA; Settlement Class Vehicles, however, do not include vehicles for which motor oil meeting VW specification 502 00 was required as part of scheduled maintenance

1

(2004 model year Audi A4 vehicles with VIN numbers of or above WAULC68E44A152304 and 2004 model year Audi A4 Cabriolet vehicles with VIN numbers of or above WAUAC48H04K014467). Excluded from the Settlement Class are (a) all federal court judges who have presided over this case and their spouses, (b) all persons and entities who elect to exclude themselves from the Settlement Class, and (c) Defendants' current employees, officers, directors, agents, and representatives.

3. The following Plaintiffs are conditionally appointed as Representatives of the Settlement Class: James Craig, Laura Cole-Breit, Scott Ryder, Eric Emanuelson and Margaret Moreau, Matthew Leonetti and Stacy Leonetti, David and Carrie Marks, Marie Montag and Carol Carter (Primary Representatives), and Judith Yarkony, Megan Shero, Eugenia Diveroli and Ken Winokur (Secondary Representatives).

4. Peter J. McNulty (McNulty Law Firm), Kirk D. Tresemer (Irwin & Boesen, P.C.) and Russell D. Henkin (Berger & Montague, P.C.) are appointed Class Counsel.

5. The proposed form of notice, manner of notice and mailing of notice is approved. Notice to Class Members shall be mailed on or before **12/20/10, and publication notice is to be made on or before 12/27/10.**

6. Motions for Final Approval of the Proposed Settlement shall be filed on or before **12/20/10**.

7. Class Counsels' Motion for Attorneys' Fees and Costs shall be filed on or before **12/20/10**.

8. Any Opposition to Class Counsel's Motion for Attorneys' Fees and Costs shall be filed on or before **1/24/11**.

9. Objections to the Proposed Settlement and Opt-Out claims shall be filed on or before **2/3/11**.

10. Class Counsel's Reply to any Opposition to Motion for Attorneys' Fees and Costs shall be filed on or before **2/8/11**.

11. The Special Master shall conduct a hearing on Class Counsel's Motion for Attorneys' Fees and Costs on **2/11/11** at 3:00 p.m.

12. The Special Master's Findings, Conclusions and Recommendations concerning Class Counsel's Motion for Attorneys' Fees and Costs shall be submitted to the Court on or before **2/18/11**.

13. Any Response/Reply by Class Counsel and Defendants' counsel to any Objections to the Proposed Settlement or Opt-Out claims shall be filed on or before **2/28/11**.

14. The Final Fairness Hearing is scheduled for **3/11/11** at 10:30 a.m. in **Courtroom 22**.

IT IS SO ORDERED.

/s/ J. Tauro
Joseph L. Tauro
United States District Court Judge