UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE VOLKSWAGEN and AUDI | * | |
| WARRANTY EXTENSION | * | |
| LITIGATION | * | Civil Action No. 07-md-01790-JLT |
| | * | |

ORDER

September 24, 2010

TAURO, J.

This court ACCEPTS and ADOPTS the September 22, 2010 <u>Findings of Fact, Conclusions of Law and Recommendations of the Special Master Relating to the Conditional Approval of Class Settlement, Direct Notice to the Settlement Class and to Schedule a Final Fairness Hearing</u> [#164] of Special Master Allan van Gestel. A Final Fairness Hearing has been scheduled for March 11, 2011 at 10:00 a.m.

IT IS SO ORDERED.

                                                                            /s/ Joseph L. Tauro
                                                       United States District Judge