UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLASS ACTION MASTER
FILE NO. 1:07-md-1790-JLT

IN RE VOLKSWAGEN and AUDI
WARRANTY EXTENSION LITIGATION

## MEMORANDUM AND ORDER ON CONFERENCE REGARDING EXPERT DISCOVERY AND ATTORNEY FEES

On November 9, 2010, a phone conference was conducted between the Special Master, Honorable Allan van Gestel, Counsel for Plaintiffs, Peter J. McNulty, and Counsel for Defendants, Jeffrey L. Chase. Pursuant to the phone conference, the following dates are scheduled:

1. Plaintiffs will serve the expert report of Kirk D. Kleckner on or before November 30, 2010.

2. Plaintiffs will serve the expert report of their economist on or before December 7, 2010.

3. Plaintiffs' experts may be deposed within two (2) weeks after service of their expert reports; or as otherwise agreed by counsel.

4. Defendants will serve their expert reports on or before January 21, 2011.

5. Defendants' experts may be deposed within two (2) weeks after service of their expert reports; or as otherwise agreed by counsel; and will, regardless, be made available no later than February 1, 2011.

6. Plaintiffs shall have the right to supplement their expert reports to address any issues raised by Defendants' experts and provide same on or before February 4, 2011.

7      Without waiver of their right to seek a percentage fee award, on or before December 20, 2010, Plaintiffs will provide attorney time and expense records which shall include a daily record of time spent and expenses incurred in connection with this litigation, indicating with specificity the hours, location and particular activity, the ordinary billing rates of such attorneys in effect during that time, and the accumulated total of the firm's time, hourly rates and expenses to date.

Dated: November 12, 2010

_____
Honorable Allan van Gestel
Special Master

Case 1:07-md-01790-JLT Document 167 Filed 11/16/10 Page 3 of 4

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: In re: Volkswagen and Audi Warranty Extension Litigation
Reference No. 1400011656

I, Paul D Gelinas, not a party to the within action, hereby declare that on November 15, 2010 I served the attached MEMORANDUM AND ORDER ON CONFERENCE REGARDING EXPERT DISCOVERY AND ATTORNEY FEES on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Boston, MASSACHUSETTS, addressed as follows:

David Barry Esq.
Sugarman, Rogers, Barshak & Cohen P.C.
101 Merrimac St.
9th Fl.
Boston, MA   02114
Phone: 617-227-3030
barry@srbc.com

Kirk Tresemer Esq.
Irwin & Boesen
4100 E. Mississippi Ave.
Ste. 1900
Denver, CO   80246
Phone: 303-999-9999
ktresemer@irwin-boesen.com

Jonathan Waller Esq
Waller L/O
2140 11th Avenue South
Suite 222
Birmingham, AL   35205
Phone: 205-933-5421
jwaller@waller-law.com

Thomas Shapiro Esq.
Shapiro, Haber & Urmy LLP
53 State St.
37th Floor
Boston, MA   02109
Phone: 617-439-3939
tshapiro@shulaw.com

Peter McNulty Esq.
McNulty Law Firm
827 Moraga Dr.
Los Angeles, CA   90049
Phone: 310-471-2707
peter@mcnultylaw.com

Russell Henkin Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA   19103
Phone: 215-875-3000
rhenkin@bm.net

Randal Kelly Esq.
Irwin & Boesen
4100 E. Mississippi Ave.
Ste. 1900
Denver, CO   80246
Phone: 303-999-9999
rkelly@irwin-boesen.com

Daniel Gsovski Esq.
Herzfeld & Rubin
125 Broad St
New York, NY   10004
Phone: 212-471-8500
dgsovski@herzfeld-rubin.com

Jeffrey Chase Esq.  
Herzfeld & Rubin  
125 Broad St  
New York, NY   10004  
Phone: 212-471-8500  
jchase@herzfeld-rubin.com

Michael Gallub Esq.  
Herzfeld & Rubin  
125 Broad St  
New York, NY   10004  
Phone: 212-471-8500  
mgallub@herzfeld-rubin.com

I declare under penalty of perjury the foregoing to be true and correct. Executed at Boston, MASSACHUSETTS on November 15, 2010.

_____  
Paul D Gelinas  
pgelinas@jamsadr.com