UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE VOLKSWAGEN and AUDI     *
WARRANTY EXTENSION     *
LITIGATION     *   MDL DKT. NO. 07-md-01790-JLT
    *

**DECLARATION OF MARK SCHLACHET, ESQ. IN SUPPORT OF MOTION FOR FEES FILED BY OHIO COUNSEL (DKT. NO.168)**

Mark Schlachet, of full age, hereby certifies as follows:

1. Brian Ruschel and I (at times "Ohio Counsel") are the attorneys who filed a case in the Cuyahoga County (State of Ohio) Common Pleas Court entitled Megan Shero v. Volkswagen of America, CV-06-610948 (Cuy. Cty., Ohio filed 12/26/06) ("Ohio Litigation").

2. This Certification is based on my personal knowledge of the events, which transpired in the course of the Ohio Litigation; and it is submitted in support of Ohio Counsel's Motion for Fees ("CMF") filed in the captioned litigation on December 15, 2010 as Docket No. 168.

3. As stated in CMF and exhibits thereto Mark Schlachet seeks compensation for 288.15 hours rendered in Cleveland, Ohio and which, multiplied by his hourly rate of $425 an hour, results in a lodestar fee of $122,463.75. His out-of-pocket expenses advanced on behalf of Megan Shero have been $276.65. Schlachet's hourly rates for many years have been $400 per hour for contingent class action work and $350 per hour for Chapter 11 bankruptcy work, which historically has been Schlachet's principal line of endeavor.

4. As stated in CMF and exhibits thereto Brian Ruschel seeks compensation for

304.20 hours rendered in Cleveland, Ohio, which, multiplied, by his hourly rate of $425 an hour, results in a lodestar fee of $129,285.00. His out-of-pocket expenses advanced on behalf of Megan Shero have been $921.75. Ruschel's hourly rate is substantially in excess of $425 per hour. He has successfully concluded many class actions in Ohio over the last 10 years in Ohio, receiving percentage-of-fund awards far in excess of $425 per hour.

5. The Docket sheet for the Ohio Litigation is available at [file:///Users/markschlachet/Documents/Lock%20Case/JPML/Case%20Docket](file:///Users/markschlachet/Documents/Lock%20Case/JPML/Case%20Docket) and its contents should be in the file transferred by the Judicial Panel on Multidistrict Litigation following removal from State court to the Northern District of Ohio on August 31, 2007.  Counsel requests that the court take judicial notice of the docket sheet of the Ohio Litigation.

6. Ohio Counsel completed the following tasks in the Ohio Litigation prior to its removal to Federal Court: prepared and filed the complaint and amended complaint; defeated VW's motion to dismiss; filed and briefed motion for class certification; filed motion for complex litigation designation; attended case management conferences; negotiated pretrial process; defeated VW's motion to stay proceedings; defeated VW's motion to dismiss; subpoenas duces tecum issued to third-party automotive dealers; filed motion to show cause under Rule 37;  conducted lengthy, productive discovery under subpoena; lengthy negotiations, meet and confer, re outstanding discovery to VW; obtain access to what was reported as two million documents.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

/s/ Mark Schlachet
MARK SCHLACHET

## CERTIFICATE OF SERVICE

**I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 18, 2010.**

/s/ Mark Schlachet
_____
Mark Schlachet