# Exhibit 3

## BIO OF KIRK D. TRESEMER

Kirk D. Tresemer of Irwin & Boesen, P.C. has practiced law in Denver for over 30 years. He is admitted to practice in Colorado and in a number of jurisdictions throughout the United States. Mr. Tresemer has extensive trial experience in medical malpractice, products liability, and other complex litigation.

Mr. Tresemer was involved in the *In re: Diet Drug Litigation (MDL 1203),* in which he represented over 1,200 clients and managed a large group of attorneys with actions filed in federal court in Arkansas, California, Colorado, Iowa, Kansas, Nebraska, Oklahoma, and Texas.

Mr. Tresemer was Co-Lead Counsel in the *In re: Chrysler, LLC 2.7 Liter V-6 Engine Oil Sludge Products Liability Litigation (MDL 2006).* He was directly responsible for document discovery and expert depositions of defendants' engineering experts.

Mr. Tresemer is Co-Lead Counsel in the *In re: United Parcel Service "Air-In-Ground" Marketing and Sales Practices Litigation (MDL 2153 – pending).* This case involves RICO claims, fraud claims, and breach of contract claims and challenges UPS's national practice of diverting "air" shipments to ground delivery, but charging the customer for "air" shipment. UPS is the largest package delivery company in the world delivering 15 million pieces per day.

Education:
University of Denver College of Law, Denver, CO, Juris Doctor, 1976
Northern Illinois University, DeKalb, IL, Bachelor of Science, 1971

Professional Associations and Memberships:
Denver Bar Association
Colorado Bar Association
Colorado Trial Lawyers Association, Med Mal Committee
Association of Trial Lawyers of America/American Association for Justice, Sustaining Member

Bar/Court Admissions:
State of Colorado (1977)
United States District Court for the District of Colorado (1977)
United States Court of Appeals for the 10th Circuit (1977)