UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2010 DEC 20  P 12: 16

CLASS ACTION MASTER
FILE NO. 1:07-md-1790-JLT

IN RE VOLKSWAGEN and AUDI
WARRANTY EXTENSION LITIGATION

## MEMORANDUM AND ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND COSTS

The undersigned hereby grants Plaintiffs' December 16, 2010 Unopposed Motion for Leave to Exceed Page Limit on Brief in Support of Motion for Final Approval of Settlement and Brief in Support of Motion for Attorneys' Fees and Costs. Plaintiffs may submit briefs not to exceed sixty (60) pages in support of their Motion for Final Approval of Settlement and their Motion for Attorneys' Fees and Costs.

DATED: December 17, 2010

_____
Honorable Allan van Gestel
Special Master