UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLASS ACTION MASTER
FILE NO. 1:07-md-1790-JLT
(Relating to All Cases)

IN RE VOLKSWAGEN and AUDI
WARRANTY EXTENSION LITIGATION

ORDER

GOOD CAUSE NOW APPEARING, the hearing on Attorneys Fees and Costs originally scheduled for February 11, 2011 at 3:30 p.m., for the convenience of the parties and counsel, has been moved to February 14, 2011 at 10:00 a.m. The hearing will be in a courtroom to be assigned in the John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210.

IT IS SO ORDERED.

_____
Hon. Allan van Gestel (Ret.)
Special Master

DATED:   December 20, 2010