UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLASS ACTION MASTER
FILE NO. 1:07-md-1790-JLT
(Relating to All Cases)

IN RE VOLKSWAGEN and AUDI
WARRANTY EXTENSION LITIGATION

## MEMORANDUM AND ORDER REGARDING
## PROCEDURE ON FEES AND COSTS APPLICATION

This Memorandum and Order is distributed to clarify and avoid confusion as to the process that will be followed by the Special Master with regard to the February 14, 2011, hearing and determination thereafter of anticipated applications by plaintiffs' counsel for an award of fees and costs in this matter.

### Background

On October 23, 2008, the undersigned was appointed Special Master for the above-captioned cases. (Doc. #129). One of the Special Master's duties was the direction by the Court that "he is to assist Parties in their efforts to settle this litigation and shall preside at settlement conferences." After literally years of substantial effort, on September 22, 2010, the Special Master issued to the Court his "FINDINGS OF FACT, CONCLUSIONS OF LAW AND RECOMMENDATIONS . . . RELATING TO THE CONDITIONAL APPROVAL OF CLASS SETTLEMENT, DIRECT NOTICE TO THE SETTLEMENT CLASS AND TO SCHEDULE A FINAL FAIRNESS HEARING." Thereafter the Court accepted the Special Master's recommendations; conditionally approved the proposed settlement of these cases; certified a class for settlement purposes only; and appointed Peter J. McNulty of the McNulty Law Firm, Kirk D. Tresemer of Irwin & Boesen, P.C., and Russell D. Henkin of Berger & Montague, P.C.,

as "Class Counsel."

Among the matters that remain to be resolved before a scheduled Final Fairness Hearing before the Court on March 11, 2011, is a hearing before the Special Master, now scheduled for February 14, 2011, in Courtroom 20, 7th Floor, John Joseph Moakley U.S. Courthouse, Boston, MA, at which time Class Counsels' Motion for Attorneys' Fees and Costs and any objections thereto will be heard.

Class Counsel are not the only attorneys who have represented plaintiffs in these several Multi-District Claims. For that reason, the Special Master has been made aware that other attorneys are – and yet may be – filing fee and cost applications. This may result in confusion in the process that will be followed by the Special Master on the fees and costs issues, thus prompting this Memorandum and Order.

## Discussion

A motion for all fees and all counsels' costs ("Motion for Fees and Costs") shall be submitted by Class Counsel. See Fed. R. Civ. P. Rule 23(h). That single Motion for Fees and Costs, and any objections thereto, will then be heard before the Special Master on February 14, 2011, at 10:00 a.m., at the John Joseph Moakley U.S. Courthouse in Boston, in Courtroom 20, 7th Floor. Promptly thereafter, the Special Master will make his recommendations on the issue of fees and costs to the Court for ultimate decision after the Final Fairness Hearing on March 11, 2011.

Thereafter, once fees and costs are awarded, all appeals, if any, are resolved, and funds are available for distribution, Class Counsel, in their discretion, will determine appropriate amounts of compensation for each non-Class Counsel firm based on the latter's respective

contributions to the litigation. Then – not at any time before the final resolution of the Final Fairness Hearing and any appeals therefrom – each of the non-Class Counsel will have a right to a hearing and evaluation by the Special Master should any of those firms disagree with the amount of compensation allocated to them.

The foregoing process is consistent with that utilized in this District in *In re Indigo Securities Litigation*, 995 F. Supp. 233, 235 (D. Mass. 1998). See also *In Re: Copley Pharmaceutical, Inc. Securities Litigation*, Civil Action No. 94-11897-WGY (D. Mass., Feb 8, 1996).

IT IS SO ORDERED

                                                      */s/ Allan van Gestel*
                                                      Hon. Allan van Gestel (Ret.)
                                                      Special Master assigned by the
                                                      Hon. Joseph L. Tauro, United States
                                                      District Judge

DATED: December 22, 2010