**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**

| | |
|---|---|
| JACKSON & TUCKER, P.C. an Alabama corporation, VAUGHAN LAW GROUP, a Florida Association and SACKS & WESTON, a Pennsylvania Association,<br><br>PLAINTIFFS,<br><br>v.<br><br>JONATHAN H. WALLER, individually and as successor in interest to the law firm of CAMPBELL, WALLER & POER, LLC., PETER J. MCNULTY, individually and the McNulty Law Firm A, B, and C, those persons, firms and entities whose identities are unknown to the Plaintiffs but when ascertained will be added by amendment and who are responsible for the injuries and damages complained of herein.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: CV 2010-900613<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY JUDGMENT**

**PARTIES**

COME now the Plaintiffs Jackson & Tucker, P.C., Vaughan Law Group, and Sacks and Weston (collectively referred to hereinafter as "the Plaintiffs"), and file this complaint against the Defendants in the above matter and state the following:

1. Plaintiff Jackson & Tucker, P.C. is an Association formed for the practice of law, duly licensed in the State of Alabama and practicing in Jefferson County, Alabama.

2. Plaintiff Vaughan Law Group is an Association formed for the practice of law, and duly licensed in the State of Florida.

3.   Plaintiff Sacks & Weston is an Association formed for the practice of law, and duly licensed in the State of Pennsylvania.

4.   That the Defendant Jonathan H. Waller is over the age of 19 years and is a duly licensed attorney living in and practicing law in the State of Alabama and is a successor in interest to the law firm of Campbell, Waller & Poer, LLC.

5.   That the Defendant Peter McNulty is over the age of 19 years and is a duly licensed attorney practicing law in the State of California.

6.   Based on the information and belief of the Plaintiffs, Defendant McNulty Law Firm is a Law Firm organized and operating in the State of California.

7.   The fictitious Defendants A, B, and C, are those persons, firms or entities who are otherwise unknown to the Plaintiffs, but when ascertained, will be added by Amendment and who are responsible for the injuries and damages complained of herein.

## BACKGROUND

8.   This is a Complaint for Declaratory and Injunctive Relief and for Breach of Contract based upon and arising from an Agreement (see copy of Agreement, attached hereto as Exhibit A, and adopted herein as if set out in full) by and between the Plaintiffs and Defendants on or about March – April of 2006, regarding the division of attorneys fees in litigation on behalf of owners of Volkswagen automobiles, having 1.8 litre turbo engines, including specifically but not exclusively, the Volkswagen Passat and the Audi A-4.

9.   Under the terms of the Agreement, among other things, the Plaintiffs and Defendants agreed to share a percentage interest in "up front" fees, and the assignment of lawyers' responsibilities. Consistent with the Agreement, a purported class action lawsuit was filed, *In Re: Volkswagen and Audi Warranty Extension Litigation*, United States District

Court for the District of Massachusetts, Case No: 1:07-md-01790 (1:06-cv-11558-JLT) and proceeded as a purported class action lawsuit.

10. Beginning in approximately September or October of 2009, the Defendants ceased communication with the Plaintiffs' firms and declined to involve them in any negotiations or decisions regarding the prosecution of the law suit, and specifically breached the agreement referenced above by refusing to allow them to participate or otherwise assign work to the Plaintiffs, rejecting the Plaintiffs' attempted contribution to expenses and costs as set forth in the agreement, and subsequently disavowing the validity of the fee sharing agreement.

11. The Plaintiffs attempted to communicate with the Defendants regarding the basis of their refusal to abide by the specific Agreement to no avail.

## COUNT ONE

### DECLARATORY JUDGMENT

12. The Plaintiffs adopt and reallege each and every foregoing paragraph of the Complaint as if set out herein in full.

13. WHEREFORE, PREMISES CONSIDERED, and pursuant to the Alabama Declaratory Judgment Act, as set forth in Ala. Code § 6-6-222, the Plaintiffs seek a Declaration of the respective parties' rights and obligations, in connection with the Agreement attached hereto as Exhibit A, and specifically ask that the Court determine the validity of the Agreement and confirm the percentage of participation of which the Plaintiffs are entitled, enjoin the Defendants from any further breach or violation of the Agreement, and enjoin the Defendants from spending and/or disbursing any attorneys' fees awarded in the Volkswagen litigation referenced herein.

## COUNT TWO

## BREACH OF CONTRACT

14. The Plaintiffs adopt and reallege each and every foregoing paragraph of the Complaint as if set out herein in full.

15. That in approximately September or October of 2009, the Defendants breached the contract with the Plaintiffs in that they specifically rejected the validity of the Agreement entered into by and between the parties, refused to assign or otherwise allow participation by the Plaintiffs' firms in the prosecution of the matter and rejected the Plaintiffs' attempts to contribute as expressly provided in the Agreement to the prosecution of the lawsuit.

16. WHEREFORE, PREMISES CONSIDERED, the Plaintiffs request that this Court enter a Judgment in favor of the Plaintiffs and against Defendants for compensatory damages in the amount to be determined based on fees and costs recovered in the *In re: Volkswagen and Audi Warranty Extension Litigation* made the basis of this Complaint and for such other, further and different relief as to which the Plaintiffs may be otherwise entitled.

  /s/Thomas E. Baddley, Jr.  
THOMAS E. BADDLEY, JR.  
BAD-001

  /s/Jeffrey P. Mauro  
JEFFREY P. MAURO  
MAU-007

OF COUNSEL  
BADDLEY & MAURO, LLC  
2545 Highland Avenue, Ste. 100  
Birmingham, AL 35205  
(205) 939-0090

Serve Defendants at:

Jonathan H. Waller
WALLER LAW OFFICE, P.C.
The Park Building
2140 11th Avenue South
Ste. 222
Birmingham, AL 35205

Peter J. McNulty
McNulty Law Firm
827 Moranga Drive
Los Angeles, CA 90049

McNulty Law Firm
827 Moranga Drive
Los Angeles, CA 90049