December 20, 2010




11847052-0046321

SUSAN M GOWEN
23 SPRINGVALE RD
CROTON HDSN, NY 10520-1307

Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

Subject: Class Action Settlement Notice

Dear Volkswagen Owner of VIN WVWMA63BXXE516930,

Our records show that you are a current or former owner or lessee of a 1998-2000 model year Volkswagen Passat or Passat Wagon with a 1.8L turbo engine. We are writing to inform you that Volkswagen Group of America, Inc. ("Volkswagen") has agreed to a proposed class action settlement. The class action complaints allege that the 1.8L turbo engines are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Volkswagen denies all the allegations in the class action complaints. Nonetheless, Volkswagen has agreed to provide you the opportunity to submit or re-submit a claim for reimbursement of unpaid claims for oil sludge related engine repairs or replacements, specified reasonable associated expenses, and other benefits, described below.

What is the Issue?

Under certain conditions, the 1.8L turbo engine can encounter problems resulting from a condition known as oil sludge. The best protection against oil sludge is the use of oil conforming to VW specification 502 00 according to recommended oil change intervals. For that reason, we strongly recommend that you use engine oil that expressly conforms to VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00.

A vehicle with engine sludge may exhibit a **constantly or occasionally illuminated Red Engine Oil Pressure Warning light.**

What Will Volkswagen Do?

You may be entitled to reimbursement under the August 2004 8-year/unlimited mileage Extended Oil Sludge Warranty. If you paid for sludge-related repairs or engine replacement in the past and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may re-submit your claim to the Oil Sludge Settlement Administrator.

If you can provide documentation of proper maintenance, you may be entitled to 100% reimbursement. If you cannot provide documentation of proper maintenance, you will be entitled to 50% reimbursement. The enclosed Class Notice explains how to make a claim for reimbursement. If you paid out of pocket expenses arising from the repair or replacement of your engine which you believe should have been covered under the 8-year/unlimited mileage Extended Oil Sludge Warranty, you may submit or re-submit your claim on or before June 27, 2011.

In addition, Volkswagen has agreed to provide you with supplemental maintenance guidelines and standards with respect to engine oil maintenance for your vehicle. Enclosed are an owner's manual supplement, including a list of oils which are certified as complying with VW specification 502 00, and an engine compartment sticker with instructions for application.

VWL3
0046321

**OIL SLUDGE SETTLEMENT
REIMBURSEMENT CLAIM FORM**

**THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NUMBER: 1:07-MD-01790**

FOR OFFICIAL USE ONLY

☐ Check here if the pre-printed information is incorrect or if there is no preprinted information and complete the following:

Name: _____

Address: _____

Apt No.: _____

City: _____ State: ___ Zip Code: _____

Evening Phone: (___) ___-____

Daytime Phone: (___) ___-____

11847052-0046321

SUSAN M GOWEN
23 SPRINGVALE RD
CROTON HDSN, NY 10520-1307

VIN NUMBER: WVWMA63BXXE516930

**YOU MUST MAIL YOUR COMPLETED AND SIGNED CLAIM FORM AND REQUIRED DOCUMENTATION
POSTMARKED ON OR BEFORE JUNE 27, 2011, ADDRESSED AS FOLLOWS:**

**Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-9110**

**PLEASE SUBMIT THE FOLLOWING DOCUMENTS WITH THIS FORM:**

1. Copies of receipts, invoices and/or repair orders are acceptable. PLEASE NOTE: DOCUMENTS WILL NOT BE RETURNED. DO NOT STAPLE DOCUMENTS.

2. The documentation you submit must show all of the following:
   - The name and address of the claimant.
   - The make, model year, and Vehicle Identification Number (VIN) of the vehicle.
   - Nature of repair or replacement (including parts and labor charges) (i.e. repair orders, bills, receipts, invoices, etc.), when, and who performed it and, where applicable, similar information with respect to towing or rental car costs up to a combined limit of $250 which you paid in connection with such repair or replacement.
   - That the repair or replacement was required because of oil sludge formation in the engine.

3. Copy of proof of payment (i.e. cancelled check, bank statement, invoice or receipt marked "paid," etc.) for the repair, replacement, or expense in question and date of payment. Requests for reimbursement may include parts, labor, fees and taxes.

» Your claim will be acted upon within 60 days of receipt.

» If your claim is approved, you will receive a check from the Oil Sludge Settlement Administrator if the Settlement is finally approved. There may be a delay to allow the Settlement to become final. Notification of approval of your claim will include the best available information as to the earliest date on which payment may be expected. Further information will be posted at www.vwoilsludgesettlement.com.

» If your claim is incomplete, the Oil Sludge Settlement Administrator will contact you and identify the documentation that is needed to support your claim, and you will be offered the opportunity to resubmit additional documentation.

» If your claim is denied in whole or in part, you will be contacted by the Oil Sludge Settlement Administrator concerning the reason(s) for the denial.

My signature to this document attests, under penalty of perjury, that the information provided is true, accurate and correct, that all statements made in support of my request for reimbursement are true to the best of my knowledge and the accompanying documents are actual copies reflecting the actual expense(s) incurred relating to such claims.

Customer's Signature X_____




### 9. What claims will you release?

In connection with the Settlement, unless you exclude yourself from the Class, you will release (i.e., give up) all claims that were made or that you could have made in these lawsuits. This Settlement does not affect or release claims for personal injury (including physical, psychological, or mental injury), death, or damage to property other than engines of Settlement Class Vehicles.

The entities released are the Defendants Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, and their present or former officers, directors, employees, agents, heirs, executors, administrators, successors, reorganized successors, assigns, subsidiaries, affiliates, parents, divisions, predecessors, and authorized dealers.

## THE LAWYERS REPRESENTING YOU

### 10. Who is representing the Settlement Class?

You and the other Settlement Class Members are represented by The McNulty Law Firm, Irwin & Boesen, P.C., and Berger & Montague, P.C. They believe the Settlement to be fair, reasonable and adequate and recommend the Settlement as in the best interests of the Class. These lawyers are called Class Counsel. You will not be charged for the services of these lawyers. These lawyers will be paid by VWGoA in an amount to be approved by the Court, without deducting or reducing any benefits available to the Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 11. How will the lawyers be paid?

Class Counsel will ask the Court for up to $37.5 Million for attorneys' fees and up to approximately $1.75 Million for reimbursement of costs and expenses incurred in the prosecution and settlement of these actions. The Defendants do not dispute Class Counsel's entitlement to an appropriate fee and reimbursement for cost and expenses, but may oppose the amounts requested by Class Counsel. The Defendants will pay whatever attorneys' fees and costs and expenses that the Court awards without reducing or limiting any of the benefits available to Settlement Class Members.

Any contested proceedings as to fees, costs, expenses and reimbursement to the Representative Plaintiffs will proceed separately from any proceedings seeking approval of the Settlement terms. In this manner, if the Court approves the Settlement terms other than fees, costs and compensation to the Representative Plaintiffs, VWGoA will be obligated to provide all of the relief agreed to for Settlement Class Members, regardless of the progress or outcome of any such dispute.

## YOUR OPTIONS

### 12. How can you exclude yourself from the Settlement?

You may either become a member of the Settlement Class or you may "Opt-Out" and exclude yourself from the Settlement as explained in Section 12 below. You do not need to do anything to become a member of the Settlement Class.

You have the right to "opt out" and exclude yourself from the proposed Settlement. Any Class Member who intends to request exclusion from the Settlement Class must mail a request for exclusion to Oil Sludge Settlement Administrator, P.O. Box 2410, Faribault, MN 55021-9110. This request must be postmarked no later than February 3, 2011. Persons requesting exclusion must set forth their full name and current

-6-

VWN3

---

address and list the make, model, year, and, if available, the vehicle identification number of their Settlement Class Vehicle(s). If you do not exclude yourself from this Settlement, you will be bound by the Settlement and any judgments or orders that are entered in these lawsuits, and all claims that were or could have been asserted on your behalf, based upon the facts alleged in the complaints in these cases, will be dismissed and released. By excluding yourself from the proposed Settlement, you will also give up your right to object to the Settlement and ask the Court not to approve the Settlement.

### 13. How can you object to the Settlement?

If you do not agree with the Settlement or some part of it, you have the right to object. This includes Class Counsel's request for payment of attorneys' fees and costs. If you exclude yourself from the Settlement Class, you give up your right to object to the Settlement, the application for attorneys' fees and costs and expenses, and incentive awards to the Representative Plaintiffs.

### 14. What does it mean to object?

Objecting is advising the Court that you disagree with the proposed Settlement and/or the application for attorneys' fees and costs and expenses. The fact that you object will not affect your rights under the Settlement or your status as a member of the Settlement Class.

### 15. How do you file an objection to the Settlement?

To object, you (or your attorney) must file your Objection with the Court on or before February 3, 2011. Objectors must state in writing their full name, address, make, model, year and vehicle identification number of their Settlement Class Vehicle, all objections and the reasons therefore, and include any and all supporting papers, including proof of membership in the Class and, if applicable, the objector's statement of intent to appear at the Fairness Hearing. If you do not timely file a written Objection and notice of your intent to appear at the Fairness Hearing, you will not be permitted to object at the Fairness Hearing to the provisions of the Settlement Agreement, or to any matters related to the Settlement or to the application for attorneys' fees and costs and expenses, or you will be foreclosed from seeking review by appeal or otherwise. To object, you must file your Objection with Hon. Joseph L. Tauro, United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, with courtesy copies to the additional addresses below, postmarked no later than February 3, 2011. You must mail your Objection by this date. If you fail to do so, the Court will not consider your Objection.

CLASS COUNSEL

| Peter J. McNulty | Kirk D. Tresemer | Russell D. Henkin |
|---|---|---|
| McNulty Law Firm | Irwin & Boesen, P.C. | Berger & Montague, P.C. |
| 827 Moraga Dr. | 4100 E. Mississippi Ave., | 1622 Locust St. |
| Los Angeles, CA 90049 | Ste. 1900 | Philadelphia, PA 19103 |
| | Denver, CO 80246 | |

DEFENSE COUNSEL                    OIL SLUDGE SETTLEMENT ADMINISTRATOR
Herzfeld & Rubin, P.C.             Oil Sludge Settlement Administrator
125 Broad Street                   PO Box 2410
New York, NY 10004                 Faribault, MN 55021-9110

**ALL PAPERS SUBMITTED MUST INCLUDE THE CASE NUMBER: 1:07-MD-01790**

-7-

VWN3