1 Dawning Lane
                                Ossining NY 10562

Hon. Joseph L. Tauro,
United States District Court,
John Joseph Moakley United States Courthouse,
1 Courthouse Way,
Boston, MA 02210,

                                January 3, 2011

To the honorable Judge Tauro,

This letter is in regard to the oil sludge settlement - Docket No. 1:07-md-01790.

At the risk of appearing naïve, as I am not a lawyer, I wish to enter a few objections to the stipulations of this legal action. First some background about my connection to this case. I did indeed purchase a 2000 Passat Wagon with the engine in question. It performed admirably, and I kept it in good condition, following the letter of the manual in terms of service, etc. In 2007, At about 144k, the engine seized. My choice was to have the engine replaced, at the cost of close to $10,000 or move on. I had had the car for 6+ years, so I donated it to charity.

Here are my objections:

1. What are the provisions for those who have been unable, or unwilling to afford the expense of the damage done by this faulty engine?

   As stated, I chose to donate the car, so it is obviously not in my possession.
   Am I out of luck, because I didn't perform these repairs?.

2. At no time from 2004- 2007 did my local dealership indicate that the warranty had been extended, or that my problem could be covered. What was the method by which I was to know I could ask the dealership to pay for it?

3. Am I to assume that unless I can produce every oil change(lets see, every 5,000 miles, my car had 144,000 so that would be 28 receipts I should have filed away), my chance of compensation is eliminated?

The records for my car are still available, but are not being housed at the dealership. They indicated it would take a subpeana for me to gain access to the details.

Thanks for the time,

*[signature]*

Steven Klurfeld
sklurfeld@hotmail.com

CC LIST ATTACHED

CC LIST -

**Class Counsel**
Peter J McNulty
McNulty Law Firm
827 Moraga Dr
Los Angeles, CA  90049

Kirk D Tresemer
Irwin & Boesen, P.C.
4100 E Mississippi Ave Ste 1900
Denver, CO  80246

Russell D Henkin
Berger & Montague, P.C.
1622 Locust St
Philadelphia, PA  19103

**Defense Counsel**
Herzfeld & Rubin, P.C.
125 Broad St
New York, NY  10004

**Oil Sludge Settlement Administrator**
Oil Sludge Settlement Administrator
P.O. Box 2410
Faribault, MN  55021-9110