UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE VOLKSWAGEN AND AUDI | ) | MDL DOCKET NO. 1:07-md-01790-JLT |
| WARRANTY EXTENSION | ) | |
| LITIGATION | ) | |

THIS DOCUMENT RELATES TO:
SHERO

**MOTION OF OHIO COUNSEL
TO BE DESIGNATED AS ADDITIONAL SETTLEMENT COUNSEL
UNDER DEFINITION 3 OF THE SETTLEMENT AGREMENT
(DOCKET NO. 160)**

Megan Shero through her counsel requests that the Court to issue an Order designating Mark Schlachet and Brian Ruschel as additional "counsel to the Settlement Class" in accordance with Definition No. 3 of the Settlement Agreement.

A Memorandum of Points and Authorities is submitted herewith.

Respectfully submitted,

/ s/ Mark Schlachet

_____
MARK SCHLACHET
3637 South Green Road – 2nd Floor
Beachwood, Ohio 44122
Telephone: 216/896-0714
Facsimile: 216/514-6406
Email: mschlachet@gmail.com

**One of the Counsel for Megan Shero**

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Megan Shero, through her duly authorized counsel, hereby incorporates as though fully rewritten herein, Ms. Shero's Objection to Motion for Attorneys Fees and Costs, the Memorandum of Points and Authorities Submitted in Support of said Objection, and the Declaration of Mark Schlachet in Support of the said Objection, all of which are being filed concurrently herewith.

**REQUEST FOR HEARING ON OR BEFORE FEBRUARY 14, 2011**

Megan Shero requests oral argument and an opportunity to present additional evidence in support of the within motion not later than the start of the hearing now set for February 14, 2011 at 10: 00 A.M.  (Docket No. 178).

    Respectfully submitted,

    /s/ Mark Schlachet
    _____
    Mark Schlachet (Ohio Bar No. 0009881)
    3637 South Green Road – 2nd Floor
    Beachwood, Ohio 44122
    Telephone: 216/896-0714
    Facsimile: 216/514-6406
    Email: mschlachet@gmail.com

    **One of the Counsel for Megan Shero**

## CERTIFICATE OF SERVICE

I hereby certify that this document and the accompanying memorandum were docketed through the ECF system to all identified participants on the Notice of Electronic Filing (NEF) on January 14, 2011. Electronic copies were sent via e-mail to all entities indicated as non-registered participants.

/s/ Mark Schlachet

_____
MARK SCHLACHET (Ohio Bar No. 0009881)

**One of the Counsel for Megan Shero**