EXHIBIT 1




# Gerald E. Fuerst, Clerk of Courts
## Court of Common Pleas - Cuyahoga County, Ohio

Case Summary | Case Parties | Costs | Service | All | Print | New Search | Main Menu

### DOCKET INFORMATION

Printer Friendly Version

Case Number: CV-06-610948
Case Title: MEGAN SHERO vs. VOLKSWAGEN OF AMERICA, INC.
Image Viewer: AlternaTIFF

### DOCKET INFORMATION

From Date / /    Sort: ⦿ Ascending ◯ Descending    Type Type Type Type    SearchType    [Start Search]

| Date | Side | Type | Description |
|---|---|---|---|
| 09/28/2007 | P1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF SHERO/MEGAN/ IN THE AMOUNT OF $49.95 |
| 09/24/2007 | D1 | $$ | PAYMENT ON ACCOUNT MADE ON BEHALF OF VOLKWAGEN OF AMERICA INC. IN THE AMOUNT OF $22.45 |
| 09/19/2007 | N/A | CS | COURT COST ASSESSED MEGAN SHERO BILL AMOUNT 149.95 PAID AMOUNT 100 AMOUNT DUE 49.95 VOLKWAGEN OF AMERICA INC. BILL AMOUNT 22.45 PAID AMOUNT 0 AMOUNT DUE 22.45 |
| 08/31/2007 | D1 | OT | 8/31/07: CASE REMOVED TO U.S. DISTRICT COURT, CASE NUMBER 1:07CV2449, PER J.E. DATED 8/16/07... |
| 08/16/2007 | N/A | JE | PURSUANT TO NOTICE OF REMOVAL (TITLE 28 U.S. CODE 1441, ET SEQ.) (FILED 08/13/2007), THE CAPTIONED CASE IS TRANSFERRED TO UNITED STATES DISTRICT COURT (CASE NO. 1:07-CV-2449) AND THIS COURT SHALL PROCEED NO FURTHER UNLESS AND UNTIL THE CASE IS REMANDED. COURT COST ASSESSED AS EACH THEIR OWN. CLDLJ 08/16/2007 NOTICE ISSUED |
| 08/14/2007 | D1 | EV | NOTICE OF REMOVAL FILED 08/13/07 BY DEFTS.' ORIG. SENT TO JUDGE ON 08/14/07. MARTIN T GALVIN (0063624) |
| 08/03/2007 | N/A | AC | AMENDED COMPLAINT...JURY DEMAND ENDORSED HEREON.......(W)........BRIAN RUSCHEL 0046631 |
| 08/01/2007 | P1 | MO | P1 MEGAN SHERO MOTION FOR FURTHER EXTENSION TO RESPOND TO DEFT'S MOTION FOR PROTECTIVE ORDER UNTIL 9-1-07 BRIAN G RUSCHEL 0046631 08/15/2007 - MOOT |
| 07/31/2007 | P1 | AC | PLTF. AMENDED COMPLAINT (JURY DEMAND ENDORSED HEREON). BRIAN G RUSCHEL (0046631) |
| 07/31/2007 | P1 | OT | P1 MEGAN SHERO RESPONSE TO GANLEY'S BRIEF OPPOSING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE. BRIAN G RUSCHEL 0046631 |

| Date | Party | Type | Description |
|---|---|---|---|
| 07/23/2007 | N/A | BR | GANLEY BEDFORD IMPORTS INC BRIEF IN OPPOSITION TO MOTION TO SHOW CAUSE. RUSSELL W HARRIS (0020761) |
| 07/10/2007 | P1 | OT | P1 MEGAN SHERO RESPONSE TO DEFT'S BRIEF OPPOSING MOTION FOR ORDER TO SHOW CAUSE; BRIEF OPPOSING MOTION FOR PROTECTIVE ORDER. BRIAN G RUSCHEL 0046631 |
| 07/06/2007 | P1 | MO | P1 MEGAN SHERO MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFT'S MOTION FOR PROTECTIVE ORDER UNTIL 8-1-07 BRIAN G RUSCHEL 0046631 08/15/2007 - MOOT |
| 06/29/2007 | D1 | BR | D1 VOLKWAGEN OF AMERICA INC. BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR ORDER TO SHOW CAUSE/MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY DIRECTED TO DEFENDANTS' DEALER/FRANCHISEES. MARTIN T GALVIN 0063624 |
| 06/28/2007 | D1 | MO | D1 VOLKWAGEN OF AMERICA INC. MOTIO FOR PROTECTIVE ORDER REGARDING PLAINTIFFS REQUEST FOR DISCOVERY MARTIN T GALVIN 0063624 08/15/2007 - MOOT |
| 06/21/2007 | P1 | MO | P1 MEGAN SHERO MOTION FOR ORDER TO SHOW CAUSE BRIAN G RUSCHEL 0046631 08/15/2007 - MOOT |
| 06/06/2007 | P1 | OT | P1 MEGAN SHERO NOTICE OF CHANGE OF ADDRESS. MARK SCHLACHET 0009881 |
| 05/31/2007 | P1 | SH | CUYAHOGA COUNTY SHERIFF DEPT MAY 25, 2007 SERVED SUBPOENA ON: FRED BANK IMPORTED CARS INC AS FOLLOWS: LEFT WITH RECEPTIONIST SERVICE FEE $21.50 |
| 05/31/2007 | P1 | SH | CUYAHOGA COUNTY SHERIFF DEPT MAY 25, 2007 SERVED SUBPOENA ON: GANLEY VOLKSWAGEN OF BEDFORD AS FOLLOWS: LEFT WITH RECEPTIONIST SERVICE FEE $20.50 |
| 05/31/2007 | D1 | AN | D1 VOLKWAGEN OF AMERICA INC. ANSWER AND AFFIRMATIVE DEFENSES. HUGH J BODE 0000487 |
| 05/23/2007 | P1 | SR | SUBPOENA FOR: FRED BAKER IMPORTED CARS, INC., ISSUED MAY 23, 2007 . |
| 05/23/2007 | P1 | SR | SUBPOENA FOR: GANLEY BEDFORD IMPORTS, INC., DBA GANLEY VOLKSWAGEN OF BEDFORD, ISSUED MAY 23, 2007 . |
| 05/17/2007 | D1 | OT | D1 VOLKWAGEN OF AMERICA INC. NOTICE OF APPEARANCE. MARTIN T GALVIN 0063624 |
| 05/17/2007 | N/A | JE | DEFENDANT VOLKWAGEN OF AMERICA, INC. MOTION TO STAY PROCEEDINGS (FILED 03/15/2007) IS DENIED. DEFENDANT VOLKWAGEN OF AMERICA, INC MOTION TO DISMISS PER OHIO RULE OF CIVIL PROCEDURE 12(B)(6) (FILED 03/15/2007) IS DENIED. DEFENDANT VOLKSWAGEN OF AMERICA, INC. MOTION REQUESTING A CLASS CERTIFICATION EVIDENTIARY HEARING AND REQUESTING THE COURT WITHHOLD RULING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION UNTIL SUCH TIME AS LIMITED DISCOVERY CAN BE HAD (FILED 03/15/2007) IS GRANTED TO THE EXTENT OF THE COURT'S 5/9/2007 CASE MANAGEMENT ORDER. PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND MOTION FOR COMPLEX LITIGATION ARE HELD IN ABEYANCE UNTIL AFTER DISCOVERY IS COMPLETE. BOOK 3880 PAGE 0643 05/17/2007 NOTICE ISSUED BOOK 3880 PAGE 0643 05/17/2007 NOTICE ISSUED |
| 05/15/2007 | N/A | JE | CMC HELD ON 5/9/2007. DISCOVERY CONCERNING MOTION FOR CLASS CERTIFICATION SHALL BE COMPLETE BY 9/10/2007. PLAINTIFF SHALL SUPPLEMENT IS BRIEF IN SUPPORT FOR CLASS CERTIFICATION BY 10/10/2007. DEFENDANT'S BRIEF IN OPPOSITION DUE 11/10/2007. REPLY BRIEFS DUE WITHIN 10 DAYS OF THE FILING OF THE BRIEF IN OPPOSITION. HEARING ON PLAINTIFF'S MOTION FOR CLASS |

|  |  |  |  |
|---|---|---|---|
|  |  |  | CERTIFICATION IS SET FOR 1/23/2009 AT 9 AM. HEARING SET FOR 01/23/2008 AT 09:00 AM. BOOK 3877 PAGE 794 05/15/2007 NOTICE ISSUED |
| 05/09/2007 | N/A | JE | DEFENDANT VOLKSWAGEN OF AMERICA INC. MOTION FOR LEAVE TO FILE REPLY BRIEFS (FILED 04/06/2007) IS UNOPPOSED AND GRANTED. BOOK 3873 PAGE 0811 05/09/2007 NOTICE ISSUED |
| 04/10/2007 | N/A | SC | CASE MGMNT CONFERENCE SET FOR 05/09/2007 AT 02:30 PM. (Notice Sent). |
| 04/10/2007 | N/A | SC | CASE MGMNT CONFERENCE SCHEDULED FOR 04/11/2007 AT 02:30 PM IS CANCELLED. |
| 04/06/2007 | D1 | OT | D1 VOLKWAGEN OF AMERICA INC. NOTICE OF APPEARANCE. HUGH J BODE 0000487 |
| 04/06/2007 | D1 | BR | D1 VOLKWAGEN OF AMERICA INC. DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION FOR STAY. HUGH J BODE 0000487 |
| 04/06/2007 | D1 | BR | D1 VOLKWAGEN OF AMERICA INC. BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR COMPLEX LITIGATION. HUGH J BODE 0000487 |
| 04/06/2007 | D1 | BR | D1 VOLKWAGEN OF AMERICA INC. REPLY BRIEF IN SUPPORT OF DEFT'S MOTION REQUESTING A CLASS CERTIFICATION ETC.. HUGH J BODE 0000487 |
| 04/06/2007 | D1 | BR | D1 VOLKWAGEN OF AMERICA INC. REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS. HUGH J BODE 0000487 |
| 04/06/2007 | D1 | MO | D1 VOLKWAGEN OF AMERICA INC. MOTION FOR LEAVE TO FILE REPLY BRIEFS HUGH J BODE 0000487 05/09/2007 - UNOPPOSED AND GRANTED |
| 03/26/2007 | P1 | OT | P1 MEGAN SHERO RESPONSE TO MOTION FOR EVIDENTIARY HEARING ETC. BRIAN G RUSCHEL 0046631 |
| 03/23/2007 | P1 | MO | P1 MEGAN SHERO MOTION FOR COMPLEX LITIGATION BRIAN G RUSCHEL 0046631 08/15/2007 - MOOT |
| 03/23/2007 | P1 | BR | P1 MEGAN SHERO BRIEF OPPOSING MOTION TO DISMISS. BRIAN G RUSCHEL 0046631 |
| 03/23/2007 | P1 | BR | P1 MEGAN SHERO BRIEF OPPOSING MOTION FOR STAY. MARK SCHLACHET 0009881 |
| 03/15/2007 | D | MO | DEFT'S VOLKSWAGEN OF AMERICA,INC'S MOTION TO DISMISS PER ORCP 12 (B) (6) HUGH J BODE (0000487) 05/17/2007 - DENIED 05/17/2007 - DENIED |
| 03/15/2007 | D1 | MO | D1 VOLKWAGEN OF AMERICA INC. MOTION REQUESTING A CLASS CEFTIFICATION EVIDENTIARY HEARING AND REQUESTING THE COURT WITHHOLD RULING ON PLTF MOTION FOR CLASS CERTIFICATION UNTIL SUCH TIME AS LIMITED DISCOVERY CAN BE HAD HUGH J BODE 0000487 05/17/2007 - GRANTED 05/17/2007 - GRANTED |
| 03/15/2007 | D | MO | DEFT'S MOTION TO STAY PROCEEDINGS HUGH J BODE (0000487) 05/17/2007 - DENIED 05/17/2007 - DENIED |
| 03/07/2007 | N/A | JE | DEFENDANT VOLKSWAGEN OF AMERICA INC. MOTION FOR LEAVE TO FILE ANSWER INSTANTER (FILED 02/20/2007) IS GRANTED. DEFENDANT SHALL HAVE UNTIL 3/15/2007 TO FILE AN ANSWER IN THE ABOVE-CAPTIONED CASE. CASE MANAGEMENT CONFERENCE SET FOR 3/7/2007 IS CANCELLED AND RESET FOR 4/11/2007 AT 2:30 PM. BOOK 3815 PAGE 595 03/07/2007 NOTICE ISSUED |
| 03/02/2007 | N/A | SC | CASE MGMNT CONFERENCE PREVIOUSLY SCHEDULED FOR 03/07/2007 AT 02:30 PM IS RESCHEDULED FOR 04/11/2007 AT 02:30 PM (Notice Sent). |
| 03/02/2007 | N/A | SC | CASE MGMNT CONFERENCE SCHEDULED FOR 03/07/2007 AT 02:30 PM IS CANCELLED. JUDGE: CAROLYN B FRIEDLAND (098) REASON: |

| Date | Party | Type | Description |
|---|---|---|---|
| | | | EXTENSTION OF TIME GRANTED TO DEFENDANT TO FILE AN ANSWER (notice sent). |
| 02/26/2007 | D1 | MO | D1 VOLKWAGEN OF AMERICA INC. VOLKSWAGEN OF AMERICA, INC.'S AMENDED MOTION FOR LEAVE INSTANTER HUGH J BODE 0000487 03/07/2007 - GRANTED |
| 02/21/2007 | P1 | OT | P1 MEGAN SHERO RESPONSE IN LIMITED OPP TO DEFTS MOTION FOR LEAVE TO FILE AMSWER INSTANTER. MARK SCHLACHET 0009881 |
| 02/20/2007 | P1 | MO | P1 MEGAN SHERO MOTION FOR CLASS CERTIFICATION MARK SCHLACHET 0009881 08/15/2007 - MOOT |
| 02/20/2007 | D1 | MO | D1 VOLKWAGEN OF AMERICA INC. MOTION FOR LEAVE TO FILE ANSWER INSTANTER HUGH J BODE 0000487 03/07/2007 - GRANTED |
| 02/20/2007 | N/A | BR | PLTFS BRIEF IN SUPPORT OF HER MOTION FOR CLASS CERTIFICATION. MARK SCHLACHET (0009881) |
| 02/10/2007 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR VOLKWAGEN OF AMERICA INC. ON 02/10/2007 17:03:00 |
| 02/10/2007 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR SCHLACHET/MARK/ ON 02/10/2007 17:03:00 |
| 02/10/2007 | N/A | SR | SCHEDULE ATTORNEY NOTICE. NOTICE GENERATED FOR RUSCHEL/BRIAN/G ON 02/10/2007 17:03:00 |
| 02/10/2007 | N/A | SC | CASE MGMNT CONFERENCE SET FOR 03/07/2007 AT 02:30 PM. |
| 01/03/2007 | D1 | SR | SUMS COMPLAINT(9486893) SENT BY CERTIFIED MAIL. TO: VOLKWAGEN OF AMERICA INC. 1300 E 9TH ST CLEVELAND, OH 44114-0000 |
| 12/29/2006 | D1 | CS | WRIT FEE |
| 12/26/2006 | N/A | SF | JUDGE CAROLYN B FRIEDLAND ASSIGNED (RANDOM) |
| 12/26/2006 | P1 | SF | LEGAL RESEARCH |
| 12/26/2006 | P1 | SF | LEGAL NEWS |
| 12/26/2006 | P1 | SF | LEGAL AID |
| 12/26/2006 | P1 | SF | COMPUTER FEE |
| 12/26/2006 | P1 | SF | CLERK'S FEE |
| 12/26/2006 | P1 | SF | DEPOSIT AMOUNT PAID MARK SCHLACHET |
| 12/26/2006 | N/A | SF | CASE FILED |
| 12/26/2006 | P1 | SR | COMPLAINT WITH JURY DEMAND FILED. SERVICE REQUEST - SUMMONS BY CERTIFIED MAIL TO THE DEFENDANT(S). |

Print Page | Close Window | Disclaimers | Printer Friendly Version

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

For questions/comments please click here

© PROWARE 1997-2011