January 11, 2011.

Reference: Mr. Jose A. Clement
1900 SE 46th Street, Unit # A-5
Fort Lauderdale, Florida 33308
phone (954) 548-1798
email joeclement03@hotmail.com
VIN # WVWMA63B5XE240530

**The United States District Court**
**District of Massachusetts**
**DOCKET NUMBER: 1:07-MD-01790**

**Honorable Judge Joseph L. Tauro,**

I was very happy to receive all the correspondence about the oil sludge settlement because I have been a victim of this specific problem, not knowing that many other customers had exactly the same type of problem I had.

I was the proud owner of a 1999 Volkswagen Passat with 1.8L Turbo Engine until the problems arised.

I certainly failed to keep all the maintenance receipts, but I can assure you that I did take very good care of the vehicle which took me to work for several years. The problems arised around September 2007, when I traded my 1999 VW Passat for a new 2007 VW Jetta, shortly after due to a car accident, I got a new 2008 VW Jetta.
At the moment of the trade, I drove the car to the Gunther Volkswagen Dealer in Coconut Creek, Florida. I was given a $1,000 credit towards the new 2007 VW Jetta lease.

I was advised by the salesman that my old 1999 Passat needed a new engine. My question is very simple. How can you justify that a car given the proper care the engine needed to be replaced after only 8 years old ? This is completely unacceptable.

I can certified that my 99 VW Passat with 1.8L Turbo engine was also prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications, because this exact situation happened to me. Due to these oil problems, I started to have engine problems.

The Defendants may deny these allegations and deny any defect, wrongdoing or liability, but I can assure you that this is not the case.

The assistance from The US Court System is imperative to resolve this lawsuit.

Right now, I am unemployed since my company went under, and I do not owned a vehicle. As part of my settlement, I would like Volkswagen of America, Inc. to reimburse me for the cost of the "2007 Blue Book Value" of my 1999 VW Passat, or simply give me an old 1999 VW Passat in good condition to replaced the one that I previously owned.

Thank you very much for assistance and cooperation.

Sincerely,

*[signature]*

Mr. Jose A. Clement

State of Florida
County of Broward

_____
(Signature of Affiant)

Sworn to (or affirmed) and subscribed before me this 12 day January 2011,
by Jose A. Clement (Name of Affiant).

*[signature]* Notary Public - State of Florida
(Signature of Notary)

Delores Ragon
(Name of Notary Public)

Personally Known ____ OR Produced Identification ✓
Type of Identification Produced FL DL

DELORES RAGON
Notary Public - State of Florida
My Comm. Expires Jun 30, 2013
Commission # DD 903821
Bonded Through National Notary Assn.

**OIL SLUDGE SETTLEMENT**
**REIMBURSEMENT CLAIM FORM**

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NUMBER: 1:07-MD-01790

FOR OFFICIAL USE ONLY

☐ Check here if the pre-printed information is incorrect or if there is no preprinted information and complete the following:

Name: _Jose A. Clement_
Address: _1900 NE 46th Street, #A-5_
_Fort Lauderdale, FL. 33308_

06901349-0206374

JOSE A CLEMENT
1900 NE 46TH ST APT A5
FT LAUDERDALE, FL 33308-7727

VIN No.: _____

City: _Fort Lauderdale_  State: _FL_  Zip Code: _33308_

VIN NUMBER: WVWMA63B5XE240530

_1999 VW Passat 1.8L Turbo_

Evening Phone: (_954_) _548-1798_
Daytime Phone: (_954_) _548-1798_

_Joeclement63@hotmail.com_

YOU MUST MAIL YOUR COMPLETED AND SIGNED CLAIM FORM AND REQUIRED DOCUMENTATION POSTMARKED ON OR BEFORE JUNE 27, 2011, ADDRESSED AS FOLLOWS:

Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-9110

**PLEASE SUBMIT THE FOLLOWING DOCUMENTS WITH THIS FORM.**

1. Copies of receipts, invoices and/or repair orders are acceptable. PLEASE NOTE: DOCUMENTS WILL NOT BE RETURNED. DO NOT STAPLE DOCUMENTS.
2. The documentation you submit must show all of the following:
   - The name and address of the claimant.
   - The make, model year, and Vehicle Identification Number (VIN) of the vehicle.
   - Nature of repair or replacement (including parts and labor charges) (i.e. repair orders, bills, receipts, invoices, etc.), when, and who performed it and, where applicable, similar information with respect to towing or rental car costs up to a combined limit of $250 which you paid in connection with such repair or replacement.
   - That the repair or replacement was required because of oil sludge formation in the engine.
3. Copy of proof of payment (i.e. cancelled check, bank statement, invoice or receipt marked "paid," etc.) for the repair, replacement, or expense in question and date of payment. Requests for reimbursement may include parts, labor, fees and taxes.

» Your claim will be acted upon within 60 days of receipt.
» If your claim is approved, you will receive a check from the Oil Sludge Settlement Administrator if the Settlement is finally approved. There may be a delay to allow the Settlement to become final. Notification of approval of your claim will include the best available information as to the earliest date on which payment may be expected. Further information will be posted at www.vwoilsludgesettlement.com.
» If your claim is incomplete, the Oil Sludge Settlement Administrator will contact you and identify the documentation that is needed to support your claim, and you will be offered the opportunity to resubmit additional documentation.
» If your claim is denied in whole or in part, you will be contacted by the Oil Sludge Settlement Administrator concerning the reason(s) for the denial.

My signature to this document attests, under penalty of perjury, that the information provided is true, accurate and correct, that all statements made in support of my request for reimbursement are true to the best of my knowledge and the accompanying documents are actual copies reflecting the actual expense(s) incurred relating to such claims.

Customer's Signature X _José A. Clement Jr._    _01/11/2011_

Comments or questions should be directed to the Oil Sludge Settlement Administrator at 1-877-522-6447 or info@vwoilsludgesettlement.com




```
TITLE NUM    90911916    TRANS. ID 513756090    RETR ALL      PTID   441426915
VEH ID NUM WVWMA63B5XE240530           ...                    VOIDED    [  ]
ISSUE DATE           12/13/2005   ELEC. TITLE      PAPER TITLE
                                  STATUS
TITLE STATUS         10/09/2007   TITLE STATUS     SOLD
DATE
CERT DEST ISS DT                  TITLE TYPE       LAND CRAFT
CERT REPOSS DATE                  LEGAL OWNERSHIP
AUTHORIZED                        DUP CERT DEST
DESTRUCTION DATE                  RSN
                                  DUP CERT REPO
                                  RSN
TOW TYPE                          CANC. REASON
TOW DATE                          PREV REG STATE           CURR STATE FL
TITLE CANCEL DATE                 DUP TITL RSN
PREV TITLE STATE     FL           TRANSACTION CODE SDT
PRV TITL ISS DT      07/13/2004   TRANSFER EQUITY          HISTORY DETAIL
                                  FLAG
SALVAGE TYPE         (NONE)       TOP FLAG                 LIEN
SALES TAX REG NUM                 FAST TITLE FLAG          BRAND
SALES TAX EXEMPT                  DUPL TITLE FLAG          FEES        T
PROCESSED DATE                                             REGIS.
DEALER LIC NUM                                             REFUND INFO F
NMVTIS PRE           FL /90911916                          IMAGES
STATE/NUM
UNSTRUCTURED NAME                                          PRINT
COMMENT
MAIL TO CUSTOMER    [ ] ... E-MAIL        LOCATE
OWNER NUM  NAME                                       JOINT CODE DETAILS
   1       JOSE A CLEMENT                             NONE           ...

INSPECTION
DETAILS
 INSPECTION STATUS
 INSPECTION
 DATE
INSPECTION REASON
INSPECTION
CUSTOMER


TITLE NUM    90911916    TRANS. ID 441426915    RETR ALL      PTID   389728357
VEH ID NUM WVWMA63B5XE240530           ...                    VOIDED    [  ]
ISSUE DATE           12/13/2005   ELEC. TITLE      PAPER TITLE
                                  STATUS
TITLE STATUS         12/13/2005   TITLE STATUS     TRANSFER
DATE
CERT DEST ISS DT                  TITLE TYPE       LAND CRAFT
CERT REPOSS DATE                  LEGAL OWNERSHIP
AUTHORIZED                        DUP CERT DEST
DESTRUCTION DATE                  RSN
                                  DUP CERT REPO
                                  RSN
TOW TYPE                          CANC. REASON
TOW DATE                          PREV REG STATE           CURR STATE FL
TITLE CANCEL DATE                 DUP TITL RSN
PREV TITLE STATE     FL           TRANSACTION CODE TRT
PRV TITL ISS DT      07/13/2004   TRANSFER EQUITY          HISTORY DETAIL
                                  FLAG
SALVAGE TYPE         (NONE)       TOP FLAG                 LIEN
SALES TAX REG NUM                 FAST TITLE FLAG          BRAND
SALES TAX EXEMPT                  DUPL TITLE FLAG          FEES        T
PROCESSED DATE       12/16/2005                            REGIS.
DEALER LIC NUM                                             REFUND INFO F
NMVTIS PRE           FL /90911916                          IMAGES
STATE/NUM
UNSTRUCTURED NAME                                          PRINT
COMMENT
MAIL TO CUSTOMER    [ ] ... E-MAIL        LOCATE
OWNER NUM  NAME                                       JOINT CODE DETAILS
   1       JOSE A CLEMENT                             NONE           ...

INSPECTION
DETAILS
 INSPECTION STATUS
 INSPECTION
 DATE
INSPECTION REASON
INSPECTION
CUSTOMER
```

```
FEID/DL NUMBER   C455421634480    >>    INDIVIDUAL              32653970

COMPANY NAME
DLR                                     SALES TAX REG NUM
TYPE/NUM/SFX
ELT STATUS      [  ]                    FEID SUFFIX
ELT VENDOR

FIRST NAME      JOSE                    MIDDLE NAME     A
LAST NAME       CLEMENT                 SUFFIX          None
D.O.B           12/08/1963              SEX             Male


COUNTY      10  BROWARD                 RESIDENCY STATUS  FL RESIDENT
NUMBER

VEH ID NUMBER         YEAR  MAKE    COLOR   TITLE NUM     PLATE#/FL#/TOP#
                                                          ... S034YW      ...
A7A667C279821    ✓    1977  AMER    UNK     40011045      ...              ...
WVWMA63B5XE240530 ✓   1999  VOLK    GRY     90911916      ... VW PASSAT
YV1FA8842M2501649     1991  VOLV    RED     61037459      ...              ...

PARKING PERMIT   A7080559    ...

LAST CHANGED BY DBAPROC     LAST CHANGED   16-SEP-2009    ADDRESS
                                           16:59:54
```