January 5, 2011

To: Judge Joseph L. Tauro
John Joseph Moakley US Courthouse
1 Courthouse Way
Boston, Mass. 02210

From: Chris Pavlou
2605 Cresswell Dr
Norristown, Pa 19403

Owner of 2001 VW Passat VID: WVWPD63B21P194607

Subject: Case Number 1:07-MD-01790

Dear Honorary Joseph L. Tauro,

I Chris Pavlou object to the settlement of case number: 1:07-MD-01790 for the following reasons:

1. Objection to the Enhanced Warranty Extension. Even though this adds 2yrs to the standard warranty it caps the mileage to 120,000 (the standard warranty is unlimited miles).
I believe this problem should not be an issue for the lifetime of a vehicle if maintained properly. Today's engines should last well into the 200,000+ miles range with proper maintenance. The accumulation of sludge in the engine compartment due to excessive heat is not because of age but rather due to a design flaw that exists with the engine. My belief is that the extended warranty should be for the life of the car if properly maintained. I purchased my VW with the intent of keeping it for a long period of time and not to be forced to buy another car because of a design defect.
If VW does not offer additional coverage then they should cover the cost of periodically flushing the engine to clean out any sludge that may accumulate over time.

2. Objection to the onetime $25 oil credit. When I purchased the car there was no requirement to use the higher cost synthetic oils. Now I am told I have do otherwise my car will blow up. The synthetic oil is about double the price of regular oil. I expect the manufacturer to reimburse me the difference for every quart of synthetic oil I have and will purchase. Over the lifetime of the car that could be a lot of money. Paying out only $25 is theft and insulting to us consumers.

3. Objection to the possible attorneys' fees. The fees are excessive. How many attorneys are we talking about? I didn't realize that a settlement is issued to make a few people rich. I

think 90% of those fees can help reimburse the innocent consumers of their bills, emotional stress, loss of work hours, inconvenience, rental cars purchases, physical injuries and many other situations that were created when you suddenly come to a complete stop on the highway because your engine stops working the way it is supposed to. VW and Counsels you should be embarrassed for introducing this kind of settlement.

Sincerely,
Chris Pavlou