Honorable Joseph L. Tauro
U. S. District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA  02210

Dear Judge Tauro:

I recently received notice of a proposed class action settlement regarding litigation over
purported engine problems due to oil sludge in Volkswagen 1.8 L turbo engines. The
Case Number is 1:07-MD-01790. I am a member of the class by virtue of my ownership
of a Volkswagen model described above. The plaintiff lawyers are asking for an award of
$37.5 million for attorney's fees, and another $1.75 million for costs and expenses. This
award is way out of proportion to the benefits that I and other owners are likely to receive
from this settlement. For owners such as myself, and probably the vast majority of
owners, the settlement entitles me to nothing other than a letter specifying an engine oil
recommendation and a sticker that I can apply to my engine. I am writing the court to
object to these outrageous attorneys fees, which I believe amount to virtual extortion of
money from the defendant. I respectfully request that you do not approve a settlement
that awards such excessive amounts in attorney's fees and ensure that attorneys fees
awarded in this settlement are commensurate with the benefits provided to the class. I
believe that award of exorbitant fees drives up the costs of items that consumers purchase
from corporations that are targeted simply because they have deep pockets and can pass
on litigation costs to consumers like me. I certainly hope you will consider my request
favorably and severely limit the award of fees and expenses in this case. Thanks for your
time.


Sincerely,

Paul R. Worsham
415 Autumn Knoll Ct
Kingsport, TN 37664