Volkswagen of America, Inc
3800 Hamlin Road
Auburn Hills, MI 48326                                                    18 January 2011

Gentlemen/Madame:

Over the last year and one half, I have tried to get resolution on an issue that I now read in the press has been known but not recognized by the company.

My daughter is the owner of a 2001 Jetta which suffered engine failure in the fall of 2009. She was driving her car on the highway when the engine suddenly seized. We were fortunate that she managed to keep control of the car and was able to get off the road for assistance without any injury.

Upon examination of the engine, a 1.8-liter turbocharged 4-cylinder engine the cause was found to be a plug in the oil screen, which stopped the flow of oil to the engine. The mechanic indicated that there was a considerable amount of sludge and coking deposits which caused the engine to fail. I managed to see the car at the shop and verified that it was indeed the case. I also took a few photos while the pan was down to document the case.

As I originally purchased the car at a local VW dealership and also took it there for most of the maintenance, I brought up the issue with them. I strongly believe that the dealership should have dealt with the prevention to this potential engine failure at the time of the various service calls. They should have properly cleaned the oil screen and reservoir during any of the oil changes (as they should have known of the issue), particularly as they were being told that the engine light was turning on constantly. However, all that came of my effort was being told that engine failure due to sludge & coking deposits "never happened to any of the VW engines" ... My warranty was up and therefore I was on my own to replace the engine.

I also wrote to your company and received a reply very much in line with the dealer's However, as an incentive, I also received a $750 coupon towards a new car ... An offer that I took as a bit ironic and condescending, given the situation with another one of your products.

In the recent class-action suit settlement, VW claimed that the engines of nearly a half million VWs and Audis were prone to damage from sludge, and that the company did not provide enough help to owners. These deposits were determined to cause engine performance to deteriorate and to cause abnormally high incidences of engine failure, even when maintained according to the manufacturer's maintenance recommendations.

Vehicles involved include the 1997–2004 Audi A4 (sedan, wagon and convertible variants) and the 1998–2004 VW Passat with the engine. However, there is no mention of other VW models that could have utilized this engine.

1

In summary, the objective of this letter is to bring this case to your attention, and hopefully obtain the same resolution, as being currently offered to other VW owners. My daughter's Jetta has the same 1 8-liter turbocharged 4-cylinder engine that is part of the class action suit, and the failure to the engine occurred for just the same reason. So although the suit only mentions Passat's and A4s, the problem is obviously with the engine, no matter which model it was installed on.

My daughter is now without her car because we don't have the $5,000 we were told we needed to replace the                                        The car is currently being garaged at a local repair shop and has been unusable for the last 1 ½ years.

I appreciate your attention to this matter.

Sincerely,

Frank Jaramillo
42 West Kincaid Drive
West Windsor, NJ 08550

Vehicle: 4dr  Silver 2001 Jetta GLS
VIN: 3VWSD29M81M035492
Purchased @: Hamilton Volkswagen (2201 Route 33, Hamilton, NJ 08690)
Purchase date: March 27, 2004, Miles @ purchase: 27,155

Copies to:

United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210
Case 1:07-md-01790-JLT, Document 160, Filed 09/13/10
Re: Volkswagen and Audi Warranty Extension Litigation
Docket No. 1:07-MD-01790

Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-2433