UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re*<br>VOLKSWAGEN AND AUDI EXTENDED WARRANTY LITIGATION | Master File No. 1:07-md-01790<br><br>CLASS ACTION |
| This document relates to:<br><br>**All Cases** | |

**DEFENDANTS' MOTION TO DEFER RULING ON PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS UNTIL AFTER JUNE 27, 2011**

Defendants hereby move for an Order deferring a ruling on plaintiffs' motion for attorney fees and costs until a reasonable time after June 27, 2011, the last day on which valid reimbursement claims under the settlement agreement herein can validly be filed. This will establish a key component of the value of the benefits of settlement, concerning which the parties' experts' estimates differ by approximately $230 million, beyond dispute, and permit more accurate and precise calculations estimating the value of other settlement benefits.

In further support of this motion, Defendants rely on and incorporate by reference the accompanying memorandum filed herewith.

WHEREFORE, Defendants move this Court to issue an order deferring a ruling on plaintiffs' motion for attorney fees and costs until a reasonable time after June 27, 2011, the last day on which valid reimbursement claims under the settlement agreement herein can validly be filed.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendants hereby requests oral argument on their Motion To Compel Plaintiff To Demonstrate How His Accident Occurred.

Defendants,

By their Attorneys,

/s/ David A. Barry

David A. Barry, BBO No. 031520
Michael S. Appel, BBO No. 543898
Andrea Studley Knowles, BBO No. 640632
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114
(617) 227-3030
barry@sarbc.com
appel@srbc.com
knowles@srbc.com

Dated: January 24, 2011

**Local Rule 7.1(A)(2) and 37.1 Certification**

I, Daniel V. Gsovski, hereby certify that I conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues raised by this motion, but the parties were unable to agree. Specifically, I reached out to Russell D. Henkin by telephone on January 24, 2011, leaving a message outlining the nature and grounds for the instant motion. I have received no responsive communication indicating agreement.

/s/ Daniel V. Gsovski
Daniel V. Gsovski (pro hac vice)