IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re Volkswagen and Audi  : Docket No. 1:07-md-01790
Warranty Extension Litigation :
 :
--------------------------------------------------- :
This Document Relates to All Cases :
 :
---------------------------------------------------:

## DECLARATION IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR ATTORNEY FEES AND EXPENSES

JEFFREY L. CHASE, under penalty of perjury, declares as follows:

1. I am a Member of the firm of Herzfeld & Rubin, P.C., attorneys for defendants in this action. I make this Declaration in Opposition to Plaintiffs' Application for Attorney Fees and Expenses.

2. Attached hereto as Exhibit 1 is a true copy of the January 21, 2011 Expert Report of Dr. Janusz A. Ordover.

3. Attached hereto as Exhibit 2 are true copies of pertinent pages from the December 29, 2010 deposition of Mr. Kirk D. Kleckner.

4. Attached hereto as Exhibit 3 is a true copy of Century Warranty Services, Inc. Mechanical Failure Service Contract – VWoA-118663-VWoA-118672.

5. Attached hereto as Exhibit 4 is a true copy of Century Warranty Services, Inc. – VWoA-120955-VWoA-120963.

6. Attached as Exhibit 5 are true copies of exemplar service contracts publically available, including Interstate National Dealer Services, Inc., Chrysler Service Contract, GM

Protection Plan – Major Guard, National Administrative Services Service Contract, Quality Guard + Plus Vehicle Protection Plan, American Auto Guardian, Inc. Vehicle Service Contract, Administration Plus, USA, Contract and Honda Care Vehicle Service Contract.

7.     Attached hereto as Exhibit 6 is a true copy of the January 21, 2011 Expert Report of Dr. Alan Dorris.

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my present knowledge, information and belief.

Dated: January 24, 2011                    /s/ Jeffrey L. Chase
                                           JEFFREY L. CHASE (JC4476)