January 17, 2011

6521 Gleason Rd
Edina, MN 55439

Hon. Joseph L Tauro
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Case Number 1:07-MD-01790

Judge Tauro,

I am writing with regard to the VW Passat engine sludge case. I own one of the vehicles covered by this case. I take my car to the dealer for service, and they have ALWAYS put synthetic oil in my car. Anyone who takes their car to a dealer will also be getting synthetic oil. Sludge is not an issue for me although I understand others may have had problems.

The paperwork sent to me indicates the attorneys will be requesting up to $37,500.000 in attorney fees plus additional expenses. No information is shared to justify the amount requested. This is a very large sum of money, and just looking at all the zeros makes this look like an extravagant claim.

To the best of my knowledge, no one died or suffered from an accident from this engine sludge problem.

I understand that attorneys take on cases such as this with no initial guarantee of payment. I think it's reasonable to build in some additional compensation to account for that. But a case such as this should not also be get-rich scheme for a small number of attorneys.

Your honor, my only request is that you make a fair award based on a compare the actual costs of the case against this claim of $37.5 million dollars.

Thanks for your attention.

Mark Powell
6521 Gleason Rd
Edina, MN 55439