HERZFELD & RUBIN, P.C.
ATTORNEYS AT LAW
125 BROAD STREET, NEW YORK, NY 10004 TEL 212 471-8500 FAX 212 344-3333 WWW.HERZFELD-RUBIN.COM

Daniel V. Gsovski
Direct Line: (212) 471-8512
dgsovski@herzfeld-rubin.com

January 25, 2011

**Via UPS Overnight Delivery**

Honorable Allan van Gestel
17 Bayridge Lane
Rockport, MA 01966

Re: Volkswagen/Audi Warranty Extension Litigation
Docket No: 1:07-md-01790
Our File: 09981.0001

Dear Judge van Gestel:

Enclosed is a courtesy copy of the corrected version of Defendants' Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement, in Opposition to Plaintiffs' Motion for Attorney Fees and Costs and in Support of Application to Defer Ruling on Plaintiffs' Motion for Attorney Fees and Costs Until After June 27, 2011.

Apart from the inclusion of Table of Contents and Table of Authorities, there has been no change to the text of our Memorandum. The differences from the initially filed version consist solely of: 1) right margin justification; 2) type styles uniformity (e.g., emphasized text is all in bold italics), 3) consistent indented text formats, and 4) spacing between numbered Points of argument. Slight changes in pagination from yesterday's filing result solely from these format adjustments.

Respectfully submitted,

Daniel V. Gsovski

DVG:crm
Encs.

cc: Peter J. McNulty, Esq.
Kirk D. Tresemer, Esq.
Russell D. Henkin, Esq.