Franklin McCormick
10816 Hibner Rd.
Hartland, MI 48353
January 18, 2011

Hon. Joseph L. Tauro
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Ref: Volkswagen and Audi Warranty Extension Litigation
Docket No. 1:07-MD-01790
VIN#WVWMA63B1WE327985

Dear Hon. Joseph L. Tauro:

I would like to object to the part of the above settlement that compensates only those who chose to pay for repairs.

I purchased a brand-new 1998 Volkswagen Passat on 5/14/98. The engine on the vehicle came with a 10 year/100,000 mile warranty. In March of 2007 the vehicle broke down at 97,543 miles – within the warranty period. I had the vehicle towed to a Volkswagen dealership for evaluation. They informed me that the engine needed to be replaced due to engine sludge. I requested that they replace the engine under warranty. The dealership asked me to provide documentation of <u>every</u> oil change performed over the previous 9 years. Since I personally performed the required oil changes on the car, I could not provide receipts for oil changes, other than my assurances that I had properly maintained the car to Volkswagen specifications. For this reason, Volkswagen voided my warranty (see attached Volkswagen Customer Advocate letter).

The Volkswagen dealership verbally quoted a price of $8000-$10,000 to replace the engine. I researched the blue book value of a 9 year old/97k+ mile Passat and determined that it would not make financial sense to invest that much money in a vehicle of this age/mileage. As a result, my best option was to sell the car to an auto salvage yard for $600. Essentially, I lost approximately $10,000 vs. what the vehicle's value would have been with a functioning engine.

My financial loss was every bit as real as those who paid for repairs and i believe that I deserve compensation - particularly since Volkswagen was aware of my specific situation at the time (I had initiated case #070137591) and was also <u>well</u> <u>aware</u> of their engine oil sludge problem (e.g. August 2004 warranty extension and January 2006 class action complaint). Had Volkswagen been willing to compensate me (even partially) for engine replacement at the time as they are now being required to as a result of this lawsuit, I would have chosen to repair the vehicle rather than suffer the large financial loss I incurred.

Thank you very much for considering my objection.

Sincerely,

Franklin McCormick