# SUBURBAN

**Suburban Imports of Farmington Hills**
37911 Grand River Ave.
Farmington Hills, MI 48335
Phone (248) 471-0800
Fax (248) 471-3309
www.suburbancollection.com
Registration No. [illegible]1

*make the choice*

| CUSTOMER NO | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| 216029 | DAVID DENYS 8099 | 1650 | 05/01/07 | V1CS135617 |

FRANKLIN MCCORMICK
10816 HIBNER RD.
HARTLAND, MI 48353

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| 115.00 | QAE253 | 97,543 | BLUE/ | |

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 98/VOLKSWAGEN/PASSAT/4 DOOR SEDAN | 05/14/98 | 0 |

| VEHICLE I.D. NO. | SELLING DEALER NO | PRODUCTION DATE |
|---|---|---|
| W V W M A 6 3 B 1 W E 3 2 7 9 8 5 | | |

| F.T.E. NO. | P.O. NO | R.O. DATE | |
|---|---|---|---|
| | | 03/28/07 | REPRINT# 2 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | REPAIRS PROPERLY COMPLETED & CHECKED BY | MILEAGE OUT |
|---|---|---|---|---|
| 810-632-6255 | | E# AEB180308 | X | MO: 97543 |

```
[ STOCK #              ]   AT
LABOR & PARTS----------------------------------------------------------
J# 1 03VVZ            DRIVEABILITY        HOURS: 1.00 TECH(S):8458                115.00
                    CUST STATES NO START WILL CRANK ADVISE
                    LACK OF OIL PRESSURE OR LACK OF OIL CASUES CYLINDER #3
                    TO SEIZE IN ENGINE BLOCK ALSO TREW A ROD
                    GAVE ESTIMATE FOR A NEW ENGINE AND REPLACEMENT
                    CUST DECLINED
                    100 TU
                                          JOB # 1 TOTAL LABOR & PARTS          115.00
-----------------------------------------------------------------------
SUBLET-----PO#--------VEND INV#-INV.DATE-DESCRIPTION-------------------
JOB # 1    66047      77B92     03/28/07 TOW IN INV#77892                132.50
                                                     TOTAL - SUBLET    132.50

MISC------CODE--------DESCRIPTION-------------------------CONTROL NO--------
JOB # A          13   ENVIRONMENTAL/SHOP SUPPLIES                         17.25
                                                     TOTAL - MISC       17.25

ESTIMATE---------------------------------------------------------------
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
         ORIGINAL ESTIMATE OF   $275.00 (+TAX)
COMMENTS---------------------------------------------------------------
810-229-9550X119
CALLED AND TALKED TO CUST WED 3-28 GOT ATH FOR 250.00 AT 5:30 PM LA
ST 4 OF SS IS 0403 (DAVE)
cALLED AND TALKED TO FRANK ON 3-29 AT 1:30 PM LET HIM KNOW HE NEEDS
AN ENGINE. I LET CUST KNOW HE NEEDS ALL SERVICE RECORDS FROM FEB OF
2000 TIL CURRENT DATE (DAVE)
TALKED TO FRANK HE KNOW HE NEEDS TO GET AS MANY OIL CHANGE RECEITS
AS HE CAN TOGETHER
CALLED AND LEFT A MESSAGE FOR FRANK TO SEE IF HE HAS GOTTEN ANY
PAPER WORK TOGETHER (DAVE)
CALLED MEANIE FROM VW CUSTOMER CARE. INFROMEND HER THAT WE DO NOT
HAVE ANY MAINTANCE RECIEPTS. UNABLE TO DO ANY WARRANTY REPAIRS
ON VEHICLE WITHOUT THE MAINTANCE RECIEPTS
TALKED TO CUST HE SAID THAT HE WAITING FOR VW TO CALL HIM TOMORROW
4-24-07 3:45 (DAVE)
WARRANTY FOR CAR IS VOIDED DUE TO NOT HAVING OIL CHANGE INFO
```

## LIMITED WARRANTY

We guarantee our service work for 12 months or 12,000 miles, whichever comes first. If our repair or replacement fails in normal service within that period, we'll fix it free of charge during normal business hours - parts and labor.

## ATTENTION

"This repair facility charges for labor utilizing the flat rate hours published either by the manufacturer in its labor time study guide or by a recognized industry time study guide which reflects an average time requirement for the performance of specific vehicle repairs. Therefore, the flat rate hours charged may be either more or less than the actual clock time in any given instance."

### STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE
X

**REF Case Number: 1:07-MD-01790**

Reynolds and Reynolds ERAINTS114E CG508129 Q (04/06)

 CUSTOMER COPY [CONTINUED ON NEXT PAGE] 11:59am

SF623738 Q (04/05)

**SERVICE INVOICE**

Mr. Franklin McCormick
10816 Hibner Rd
Hartland, MI 48353-1124

Courtney M Foster — Name
Volkswagen Customer Advocate — Title
Volkswagen of America, Inc. — Department
Phone
Fax
Email

April 28, 2007 — Date

RE: 1998 Volkswagen Passat
Case: 070137591
VIN: WVWMA63B1WE327985

Volkswagen of America, Inc.
Customer CARE
3499 West Hamlin Rd.
Rochester Hills, MI 48309
Phone +1 800 822 8987
www.vw.com

Dear Mr. McCormick:

Thank you for contacting us regarding the engine repair needed to your 1998 Passat. We apologize for any inconvenience this matter has caused you. Per your conversation with our Customer CARE Advocate on April 24, 2007, we are forwarding you our response in writing.

We have researched your request for warranty coverage for the replacement of the engine in your vehicle. Under the Limited Powertrain Warranty, the engine in your Passat is covered for 10 years or 100,000 miles, whichever occurs first, for manufacturing shortcomings. Proof of maintenance is needed in order to keep the Limited Powertrain Warranty, as outlined in your warranty booklet on page 8. It has been determined by Bill Cook Volkswagen that the repairs needed on your vehicle are due to lack of maintenance. Because of this, we are unable to meet your request for warranty coverage. We apologize a more favorable answer could not be provided.

Thank you again, Mr. McCormick, for providing us with an opportunity to respond to your concerns. Should you need any further assistance with this or any other matter, please feel free to contact our Customer CARE Center at (800) 822-8987.

Sincerely,

Courtney M Foster

Courtney M Foster
Volkswagen Customer Advocate

**REF Case Number: 1:07-MD-01790**