**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE VOLKSWAGEN and AUDI** | * | |
| **WARRANTY EXTENSION** | * | |
| **LITIGATION** | * | **MDL DKT. NO. 07-md-01790-JLT** |
| | * | |
| **ALL CASES** | * | |

**OHIO COUNSEL'S UNOPPOSED MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE FAIRNESS HEARING OF MARCH 11, 2011**

Now comes Mark Schlachet ("Ohio Counsel"), counsel to Megan Shero, and moves the Court to permit him to attend the Fairness Hearing scheduled for March 11, 2011 telephonically, upon good cause as follows:

1. Movant observes the Jewish Sabbath, and Judge Tauro's Fairness Hearing in the captioned case is set to begin and has been noticed for 3PM EST on Friday, March 11, 2011. Given the notice afforded the class, the matter presumably cannot be rescheduled.

2. Further, Movant has undertaken a commitment in Los Angeles prior to, during and after the March 11th timeframe.

3. Movant sought and obtained the consent of Class Counsel that he be permitted to participate by telephone, on March 11th, as permitted by Rule 43(a) ("For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location.")

4. Further, by participating from Los Angeles, Movant will be able to participate

from 12:00 PM PST for 5 hours or so, whereas from Boston, he could not participate for any meaningful length of time due to the nearness of the commencement of the Fairness Hearing to the onset of the Sabbath.

5. Movant has prepared and will file an Objection to the Approval of the Settlement, requesting certain adjustments in the protections afforded Movant and other Non-Class Counsel within the process established in the Settlement Agreement, Article VI, and wishes to appear and participate in the March 11th proceedings along with other interested parties.

**WHEREFORE**, Ohio Counsel requests that the Court grant him permission to appear telephonically at the Fairness Hearing set for 3:00 PM EST on March 11, 2011.

Respectfully submitted,

/s/ Mark Schlachet
Mark Schlachet (Ohio Bar. No. 0009881)
3637 South Green Road – 2nd Floor
Beachwood, Ohio 44122
Telephone: (216) 896-0714
Facsimile: (216) 514-6406
E-mail: mschlachet@gmail.com

/s/ Brian Ruschel
Brian Ruschel (Ohio Bar No. 0046631)
925 Euclid Avenue, Suite 660
Cleveland, Ohio 44115-1405
Telephone: (216) 621-3370
Facsimile: (216) 621-337
E-mail: bruschel@aol.com

***Counsel for Megan Shero and the Ohio Class***

**CERTIFICATE OF SERVICE**

**I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (ECF) and supplemental emailed copies will be sent to those indicated as non-registered participants.**

____/s/ Mark Schlachet________________
Mark Schlachet (Ohio Bar No. 0009881)