UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLASS ACTION MASTER
FILE NO. 1:07-md-1790-JLT
(Relating to All Cases)

IN RE VOLKSWAGEN and AUDI
WARRANTY EXTENSION LITIGATION

MEMORANDUM AND ORDER ON MOTION OF OHIO COUNSEL
TO BE DESIGNATED AS ADDITIONAL SETTLEMENT COUNSEL
UNDER DEFINITION 3 OF THE SETTLEMENT AGREEMENT (Docket No. 160)

This Memorandum and Order is submitted and entered in response to the "Motion of

Ohio Counsel to be Designated as Additional Settlement Counsel Under Definition 3 of the

Settlement Agreement (Docket No. 160)." (The "Ohio Counsels' Motion"). Doc. No. 188.[1]

The Ohio Counsels' Motion seeks two things: (1) that Attorneys Mark Schlachet and

Brian Ruschel, who represent Megan Shero, be designated as additional counsel to the Settlement

Class; and (2) that there be oral argument and an opportunity to present additional evidence in

support of their Motion not later than the start of the hearing now set for February 14, 2011.

The characterization "Ohio Counsel" utilized in these filings, apparently, has been self-

selected by Messrs. Schlachet and Ruschel, who each practice in Ohio, and who filed a class

action case against Volkswagen for Megan Shero, on behalf of a putative class of Ohio residents

only, in state court in Ohio. The Ohio case was subsequently removed to the Federal court and,

ultimately, as a tag along case, was joined in this MDL proceeding.

Ohio Counsel, for themselves, and for their client, Megan Shero, have recently filed an

---

[1] The Ohio Counsels' Motion was docketed on January 13, 2011. Also, on the same day, a similar motion was filed by Ohio Counsel as Doc. No. 189. Because the two motions are identical in all respects they will be treated as one in this Memorandum and Order.

avalanche of pleadings and documents relating primarily to Class Counsels' Motion for attorneys' fees and costs, and to their own individual claims for fees and costs for the work they claim to have done on the Shero case while it was in state court in Ohio. That avalanche of filings includes: the Ohio Counsels' Motion, filed on January 13, 2011, as Doc. No. 188; an earlier Motion and Application for Attorneys Fees, Costs, and Expenses, filed on December 15, 2010, as Doc. No. 168; a Declaration of Mark Schlachet, filed on January 13, 2011, as Doc. No. 190; a Memorandum of Points and Law, Filed on January 13, 2011, as Doc. No. 191; an Objection to Motion for Attorneys Fees and Costs, filed on January 13, 2011, as Doc. No. 192; an Amended Objection to Motion for Attorneys Fees and Costs, filed on January 13, 2011; and a Certification of Compliance With the Meet and Confer Requirements of Local Rule 7.1(a)(2) in Connection with Docket No. 188, filed on January 15, 2011.[2]

Despite its title, it is clear to the Special Master that the Ohio Counsels' Motion is really part of an effort by Messrs. Schlachet and Ruschel to protect and advance their claims for attorneys' fees and costs for services they say they rendered to Ms. Shero before her case was removed from the Ohio state court.

On four separate occasions, the Special Master has addressed the issues of how the fee hearing on February 14, 2011, will be conducted, what the focus thereof will be, and what the process to be followed will be, if, and after, the Court approves the class action settlement and makes an award on Class Counsels' Motion for aggregate fees and costs, and after all appellate rights from those rulings are exhausted. See Doc. No. 167, filed on November 12, 2010; Doc.

---

[2] Despite the Certificate of Compliance regarding the meet and confer, the Special Master has been informed that a meet and confer session has now been held, without success, in Los Angeles between Class Counsel and Ohio Counsel.

2

No. 178, filed on December 22, 2010; Doc. No. 182, filed on January 5, 2011; and, recently and most significantly, Doc. No. 211, filed on January 26, 2011.

The Class Plaintiffs' Response to the Motion of Ohio Counsel to be Designated as Additional Settlement Counsel under Definition 3 of the Settlement Agreement, contained in Doc. No. 213, filed on January 27, 2011, supports wholly, and expands upon, the Special Master's position and reasoning with regard to Ohio Counsels' Motion in this Memorandum.

## ORDER

For the foregoing reasons, both stated here, and in the Special Master's prior filings on the subject of fee determination, as well as the positions taken in Class Plaintiffs' Response, the Motion of Ohio Counsel to be Designated as Additional Settlement Counsel under Definition 3 of the Settlement Agreement is hereby DENIED, without the need for any oral argument or the presentation of any evidence.

Hon. Allan van Gestel, (Ret.)
Special Master assigned by the
Hon. Joseph L. Tauro, United States
District Judge

DATED: January 31, 2011