January 27, 2011

Hon. Joseph L. Tauro
United States District Court
1 Courthouse Way
Boston  MA          02210-3002

RE: Docket No. 1:07-MD-01790

### OBJECTION TO SETTLEMENT AS CURRENTLY SET FORTH:

**Settlement Class**   1999 Volkswagen Passat 1.8L Turbo Engine (Code: AEB)
**Vehicle Owned:**    VIN: WVWMA63B4XE023311

I object to the timeframe given current owners of these vehicles being affected. I have a 1999 Volkswagen Passat that I purchased in November, 2009 for $3062.00. All the settlement covers, from what I can tell, is eight years from the date of the in-service date. For my vehicle this would be coverage up until a July 5, 2006 deadline. **I do not believe it is fair to limit the age of the vehicle on an engine that has had numerous problems and specifically the model year (1999) of my vehicle which was also the subject of another Class Action Settlement out of the United States District Court in Los Angeles, California for my specific year 1999 Volkswagen Passat with the 1.8L Turbo engine which according to those records had defectively designed timing chain tensioners, timing chains, and/or associated parts ("timing belt system") Case No. CV07-05334 R (JTLx) decided in 2008 (see attached Exhibit # 1).**

The reason I object is that my local Volkswagen Dealer stated on November 23, 2010 when I picked up my car that after I took my vehicle in when the constantly **illuminated red engine oil pressure warning** light kept chiming they also determined that the **timing belt tensioner was making noise** and needed to eventually be repaired. **They also talked about the oil sludge problems with this specific engine that would give that warning indication with oil sludge. They told me to return if the noise got worse prior to having this part repaired. (See Attached Exhibit # 2)**

Unfortunately, the noise <u>did not</u> get worse to give me some type of warning and a little over a week and only 147 miles later on December 2, 2010, I heard a noise from under the hood and what sounded like things striking underneath the car. The engine immediately quit running leaving me stranded on the side of the Interstate (See Attached Exhibit # 3, Tow Bill). I would later discover that my crankshaft timing gear and Connecting Rod(s) had blown through the engine wall and internal pieces of the engine had slung out and under the car which I had heard when the engine blew (See attached Exhibit Photos # 4 and 5).

Hon. Joseph L. Tauro
Page 2

**Quiet ironically , and adding insult to injury, I received this particular Court Settlement Agreement, for Oil Sludge Problems (See Attached Exhibit # 6) in the mail a couple of weeks later informing me of the Illuminated Red Light Indicator and the associated Oil problems with my engine that could cause catastrophic engine failure. Unfortunate for me this is exactly what happened to my motor.**

**I believe this catastrophic engine failure was due to both previously stated defects acting in concert with each other through no fault of the prior owners or myself concerning the maintenance of this vehicle as set forth in the class action suits since Volkswagen failed to notify owners or service personnel of the defects in this engine and the subsequent new maintenance procedures required for this engine due to these stated defects until after owners of these vehicles filed suit.**

Now because of the two major design defects with this particular engine, I now have a vehicle with a completely blown engine. The car is basically worthless other than for scrap pricing at a couple hundred dollars if I am lucky to get that much.

I also object because in this class action settlement and in a prior class action settlement the engine on this vehicle never stood a chance for any type of long life. This engine should have given me much more than the 162,000 miles that are now on the car.

**I also object because I do not think it is fair due to the design flaws with this engine from day one to limit reimbursement or some type of money settlement for the cost of the car due to these defects to just eight years from the in-service date.** The design flaws should dictate that anyone with this engine who suffered financially from these flaws be compensated for their loss. <u>Why is it then being limited to eight years?</u> This class action settlement is just now being decided on my car which is now over twelve years old and not within the eight years being decided on now. **I do not believe it is equitable if the suit covers an older model year vehicle and by time it is being decided you have already passed the eight years of the vehicle being covered.**

**I have suffered, in a sense, a double-whammy of defects with this engine with a prior class action suit out of California mentioned earlier that I wasn't aware of either until I received this class action settlement in the mail and did some digging on the internet.**

**I pray this court make some type of provisions for exceptions to those of us who have personally suffered financially with the defects of this engine and more so to the oil sludge design problem that is being considered in this class action suit.**

I therefore do not believe that this suit should be limited to eight years due to the significant defects of this engine other than just the oil sludge problem.

Hon. Joseph L. Tauro
Page 3

I pray to the court a settlement that is just and proper dealing with this engine in question for those of us who purchased our vehicles after the timeframe given in this suit and could have acted upon that knowledge at that time had we known of these defects. **I would hope the courts could look into some type of compensation to the current owners of these vehicles if replacing an engine is more costly to Volkswagen than simply what the total car's book value is with an operable engine. (See Attached Exhibit # 7, Kelly Blue Book Value).**

**I am no less affected by these defects being addressed in these suits than someone who could have acted on these suits four years ago. Of course, that couldn't be true since Volkswagen and this court were not looking into the matter as it is being reviewed now some four years after the ending date of the end coverage for my vehicle as is currently being proposed.**

Please be advised that I will not be attending the fairness hearing, but I join any objections filed by others.

Sincerely,

Daniel M. Gregory
150 Farm Chase Dr
Lexington, SC 29073-7066
Ph. (803) 586-6300

cc: <u>Class Counsel:</u>

| Peter J. McNulty | Kirk D. Tresemer | Russell D. Henkin |
| McNulty Law Firm | Irwin & Boesen, PC | Berger & Montague, PC |
| 827 Moraga Dr | 4100 E Mississippi Ave, Ste 1900 | 1622 Locust St |
| Los Angeles, CA 90049 | Denver, CO 80246 | Philadelphia, PA 19103 |

<u>Defense Counsel:</u>

| Herzfeld & Rubin, PC | Oil Sludge Settlement Administrator |
| 125 Broad St | PO Box 2410 |
| New York, NY 10004 | Faribault, MN 55021-9110 |

(Attached Exhibits)