**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE VOLKSWAGEN and AUDI WARRANTY EXTENSION LITIGATION | : MDL DKT. NO. 07-md-01790-JLT |
| THIS DOCUMENT RELATES TO ALL CASES | : |

**OBJECTION TO SPECIAL MASTER'S MEMORANDUM AND ORDER (DOCKET NO. 215); Civil Rule 53 (f)**

Megan Shero and her counsel Mark Schlachet and Brian Ruschel (hereinafter "Objectors") now file their objection to the Memorandum and Order of Special Master van Gestel entered on January 31, 2011 (Docket No. 215), denying the Motion to Designate Ohio Counsel as Additional Settlement Counsel (Docket No. 188).

In light of the Objection to Motion for Final Approval of Proposed Settlement ("Fairness Objection") being filed by Objectors concurrently herewith, there is no need for the District Court to consider this Objection to the Special Master's ruling separately. The Fairness Objection addresses and overlaps with similar matter subject of the Special Master's ruling in Docket No. 215. And the Special Master did not hold a hearing, hear oral argument, receive evidence or rule on the merits of Docket No. 188 in any event, having intimated that the subject matter thereof was beyond the "focus" of the February 14, 2011 hearing on Class Counsel's Motion for Attorney Fees. And had the Special Master ruled on the merits, Objectors would be entitled to a *de novo* hearing. Rule 53(f), Fed. R. Civ. P.

Accordingly, this Objection and the Fairness Objection may be considered jointly at the Fairness Hearing scheduled for March 11, 2011 before the District Court when the full breath of settlement/fairness concerns will be squarely before the District Court. There is no reason in Objectors' view for the District Court (or parties) to act on the

Objection to the Special Master's order, Docket No. 215, outside the framework of the proceedings to be held on March 11th. We file our objection now to protect our record from a claim of waiver, estoppel or the like.

Respectfully submitted,

Megan Shero and the Ohio Class,
By their attorneys,

/s/ Mark Schlachet
Mark Schlachet (Ohio Bar. No. 0009881)

3637 South Green Road
Beachwood OH 44122
Telephone: (216) 896-0714
Facsimile: (216) 514-6406
E-mail: mschlachet@gmail.com

/s/ Brian Ruschel
Brian Ruschel (Ohio Bar No. 0046631)
925 Euclid Ave., Suite 660
Cleveland OH 44115-1405
Telephone: (216) 621-3370
Facsimile: (216) 621-3371
E-mail: bruschel@aol.com

CERTIFICATE OF SERVICE

I certify that a copy of the above document entitled Objection to the Special Master’s Memorandum and Order (Docket No. 215) was docketed through the Electronic Case Filing system on February 2, 2011 to all identified participants on the Notice of Electronic Filing. Electronic copies were sent via e-mail on to all entities indicated as non-registered participants.

*/s/ Mark Schlachet*
Mark Schlachet