January 25, 2011

The Hon. Joseph L. Tauro
District Judge, United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA  02210

Dear Mr. Tauro,

RE:  Objection to the VW Enhanced Oil Sludge Warranty Extension Settlement
     Case Number:  107-MD-01790

My name is Mark Lehmann, owner of a 2001.5 Volkswagen Passat, VIN WVWPD63BX1P194340, and I object to the proposed lawsuit settlement for the following reasons:

- Our Passat had 122,000 miles on it when the "Low Oil Pressure/STOP" indicator light came on earlier this month. This warning light is directly linked with the oil sludge problem. Based on the proposed settlement, our car is not eligible for the extended warranty because it is over 120,000 miles. This is unfair. This type of problem doesn't just happen all-of-the-sudden. It is the accumulation of oil sludge and coking deposits over time, and that is why I am objecting to the limited period of this warranty extension. The disabling effect of oil sludge will occur to all 2001-2004 Passat 1.8L Turbo Engines, sooner or later, regardless of what type of oil is used and how closely the maintenance intervals are followed. These engines are ticking time-bombs. Our car is no longer safe to drive without the risk of the engine seizing up and being completely ruined.
- My wife and I bought our car in 2004 with 35,000 miles on it. I have changed my own oil and diligently followed VW specification 502 by using synthetic oil from their approved list at the required intervals. I thought this would prevent the oil sludge problem, but unfortunately, it occurred shortly after receiving the 12/20/10 Settlement Notice. This problem is not due to negligent car owners. It is due to an improperly designed engine by Volkswagen, and they need to be held accountable for it.
- 2001 Passats are included in this settlement, but effectively, we believe most will be excluded because they are already past 10 years from their "in-service date" or have over 120,000 miles based the American average of 12,000 to 15,000 miles driven per year. The 1.8L Turbo Engine has been proven to be defective due to this wide-spread oil sludge problem and should be repaired or replaced for all 2001-2004 Passat 1.8L Turbo Engine owners, without regard to years or miles on the car.
- We cannot drive our car until it is repaired, but we won't know the extent of the damage until a costly, labor-intensive diagnosis is performed. We will have to invest between $1,500 to $8,000 to repair or replace the engine, and it may happen again because of its defective nature. That is not an investment we should

have to make. Volkswagen needs to stand behind their product and warrant the 1.8L Turbo Engine for all 2001-2004 Passat owners.

I respectfully ask you to recognize my objections and include ALL VW 2001-2004 Passat owners with the 1.8L Turbo Engine in the class action settlement. Thank you, in anticipation, for your consideration.

Sincerely,

*Mark Lehmann*

Mark Lehmann
1026 Fair Meadow Dr
Mason City, IA 50401


cc    Peter J. McNulty
       Kirk D. Tresemer
       Russell D. Henkin
       Herfeld & Rubin, P.C.
       Oil Sludge Settlement Administrator