Jan. 27, 2011

FILED
IN CLERKS OFFICE
2011 FEB -3  A 11:44
U.S. DISTRICT COURT
DISTRICT OF MASS

In Reference to Case Number: 1:07-MD-01790
Oil Sludge Settlement
Reimbursement Claim -   [ Objection to Settlement ]

Too little - Too late ....

Our 2003 VW Passat GLS - Serial No. WPD63B53P246962 Engine stopped on the side of the road on an extremely below freezing night. It was very late + fortunately able to get off the Road. We had a cell phone to call our daughter and left the car to be picked up by a wrecker - This was in Jan. 2010. 30 miles from Home - The oil light had been coming on & we had stopped several times to check it - the oil stick showed enough oil - Plus it had been serviced recently by a Volkswagen dealership in Johnson City TN & I will try to get a receipt sent and include in this letter - However - I was told everything (information about car) needs to be post marked by Feb. 2. 2011. We have had this class Settlement less than a week - No time for a lawyer - plus we can not afford one anyway - We buy used cars - Always -

Our VW Passat was a beautiful car and we did not want to trade it. However - the engine was beyond Repair -

Included is the dealer - Johnny Honeycutt. assessment and receipts of us selling our VW Passat without a motor - We could not see it being worth a new engine - Too much money - so we sold it for $1,500 & bought another used car - which we could not afford - But one must have a car - Both transactions are enclosed -

Hope fully - I can come up with the pick-up fee from the wrecker service to toil ~~service~~ - the car in question - Jan-2010-

This cost us much more than an engine repair -

Any help you could give us on reimbursement would be very much appreciated.

andkdaniels@comcast.net

Sincerely

Andrea & William J. Daniels

423-639-2626

1804 Brentwood Dr.
Greeneville, Tn. 37743

Honeycutt Auto Sales
1113 Tusculum Blvd
#120
Greeneville, TN 37745

1-21-11

To Whom It May Concern,

On or about Jan. 12th, 2010, W.T. and Andrea Daniels called me and indicated that their 2003 V.W. Passat GLS, without warning, had stopped running. Having spent the past 39 years in the new & used automobile business, I advised them where to have the car taken to find what was wrong with their vehicle. After the vehicle was checked, they were advised that the engine was beyond repair and would have to purchase a new engine which would be very expensive. I believe it was to be in the range of 3500.00 to 4000.00. At that time, which was Jan. of 2010, their Passat was worth approx $8600.00 on the retail market and approx. $6000.00 on the wholesale market. They ended up selling the car, as is, to the highest bidder we could find, for $1500.00. They then purchased a 2007 Toyota Camry for 14,700.00 & sales tax & used the $1500.00