Case number 1:07-MD-0179

To: Whoever is in charge of the above case #
Atten: Honorable Joseph L. Tauro

I do not agree with this entire case. I did have some issues with oil sludge but mainly my fault. If everyone would use good oil and change it often enough there shouldn't be so much fuss. I object to those attorney fees. There's no reason they need all that money. VW is a good company. Those attorney fees are ridiculous.

Dwight E. Nolt

Dwight E. Nolt
869 Hominy Dr.
Newport PA 17074
717-315-5942

2003 VW Passat
WVWMD63B63P205081

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Volkswagen and Audi Warranty Extension Litigation | : Docket No. 1:07-md-01790 |
| This Document Relates to All Cases | : |

**TO ALL CURRENT AND FORMER OWNERS AND LESSEES OF MODEL YEAR 2001-2004 VOLKSWAGEN PASSAT VEHICLES EQUIPPED WITH 1.8 LITER TURBO ENGINES, IMPORTED OR DISTRIBUTED FOR SALE OR LEASE IN THE UNITED STATES BY VOLKSWAGEN OF AMERICA, INC.**

This Notice advises you of a proposed Class Action Settlement of the above-captioned actions, the conditional certification of the Class, the Hearing before the Court to determine the fairness, adequacy and reasonableness of the proposed Settlement and the application of Class Counsel for fees, reimbursement of costs and expenses in the prosecution of these actions and incentive payments to the Representative Plaintiffs. This proposed Settlement is intended to resolve consolidated lawsuits related to complaints of oil sludge in affected Settlement Class Vehicles by providing certain **cash reimbursements**, making available the **Enhanced Oil Sludge Warranty Extension** coverage (10 years/120,000 miles) for sludge-related engine repairs or engine replacement, and providing **revised maintenance recommendations** concerning use of the proper engine oil.

YOU SHOULD READ THE ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR NOT. YOUR RIGHTS AND OPTIONS ARE EXPLAINED IN THIS NOTICE.

- For current owners or lessees, this package also includes a customer letter, a Supplement to your Owner's Manual with current information and recommendations regarding oil maintenance applicable to your Settlement Class Vehicle and an oil maintenance reminder sticker to be placed under the hood of your vehicle according to the enclosed instructions.

- Please place the Supplement in your Owner's Manual so that you and anyone servicing your vehicle will be in a position to observe and follow it and affix the oil maintenance reminder sticker under the hood of your vehicle according to the enclosed instructions.

- If you are not the current owner or lessee of the vehicle, please pass on this entire package to the current owner or lessee.