Kenneth Hsu (co-registered
owner with Dr. Shayna Hsu)
5538 Morningside Dr.
San Jose, CA 95138
February 2, 2011

Case No:   1:07-MD-01790

Hon. Joseph L. Tauro, United States District Court,
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA  02210

Dear Honorable Judge Tauro:

I am writing for my objection at the Fairness hearing. I will not be able to appear in person as traveling from California is expensive for me as a retired senior. However, I would be honored, if telephone appearance is possible.

Dr. Shayna Hsu is my daughter. We co-own this Audi which is a Settlement Class Vehicle. I received a Settlement Notice package from the vwoilsludgeclassaction dated 12/20/2010. My Audi's red oil warning light went on with emergency beeps while I was driving [1/27/2011]. I followed the Audi Letter in the Notice and phoned the local Audi Stevens Creek for oil sludge extended warranty service on 1/31/2011.

My Statement of Objection is that Audi of America offered this Class Action Settlement Notice for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. Yet, when comes to rendering the agreed settlement, the local Audi dealer repeatedly flipped/flopped and progressively demanded more $ for inspections, and further stated that the Audi Representative could not verify this Settlement. I faced the dilemma - If I were to take the car to my trusted independent shop, I may not be covered under this warranty extension. Or, risk being taken advantage by this Audi dealer.  It would have been over $1000 just for the inspections, and I would have no way of knowing the <u>credibility</u>, <u>criteria</u> and <u>additional unknown</u> "inspections" to come. I had to take my car back <u>unrepaired</u>.

To demonstrate my experience, please see the attached pictures [1/25/2010]. I took them to document [for the Settlement] the coking residue discharged from the valve cover when I was replacing the gasket. I also provided <u>before/after</u> pictures showing the white color plastic ties, which must be cut off from the valve cover in order to remove the cover for inspecting sludge or coking residue. I used white color plastic ties for fastening electronic cables. Audi only uses black plastic ties. Also, the before/after comparison clearly shows they were not cut or even disturbed, yet the Audi dealer claimed that it had removed the cover for inspection on 2/1/2011.

This is not the customary "warranty" as this "warranty extension" settlement suggests. Instead, it strongly appears to be a pay-as-you-go diagnostic service, and I would be left without any alternatives [with the engine taken apart]. If this is indicative to the actual implement of this Settlement Agreement, class members would be taken for the ride for expensive and unwarranted "inspections". After all, it was the design issues of these Audi

models that forced repeated settlements for warranty extensions. Consumers are left with fear not knowing when engine oil warning light may strike. That would result to catastrophic engine damage within seconds and safety consequences. Furthermore, consumers could not sell their Audi cars to unsuspected buyers with conscience.

Safeguard must be in place to protect class members and consumers from monopolistic abuse.

Respectfully yours,

Kenneth Hsu
(Co-owner of the Class Member Vehicle)


Attachments:

1.) Class VIN No:          WAUAC68D41A139546

                           2001 Audi A4 1.8T

2.) Class member:          Dr. Shayna Hsu

3.) California registration (for co-owners): Attached

4.) Letter to the Service Director of Audi Stevens Creek for showing my experience for the sludge "warranty" request

5.) Pictures showing the coking residue. And pictures containing the white color plastic ties for fastening the ignition cable to the valve cover before/after Audi dealer "claimed" that it had to remove the cover for sludge inspection.


CC.   **Class Counsel**
Peter J McNulty
827 Moraga DR
Los Angeles, CA  90049