Date: ~~1/10/2011~~ 2/3/2011

To: Hon. Joseph L. Tauro
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

From: Alane A. Rivera, MS P.E. (Formerly Alane Alvarez)
Raymundo Rivera, MS, P.E.
1814 N. Palmetto Ave.
San Antonio, Texas 78208

Re: Owners of a 1999 Volkswagen Passat (VIN # WVWMA63B1XE506657)
Case Number 1:07-MD-01790

This letter and attached documents serve as our 'Objection to the Settlement' as explained in Section 14 of Dock No. 1:07-MD-01790. This letter and attached documents also serve as "Justification" or "Evidence" to the court regarding our repairs. We are asking that the Court award a full reimbursement for the expenses, summarized below, plus an additional $3,000 -$4,000 for the hardship we've experienced in constantly having to monitor, find solutions for, and service our VW Passat. Owning a VW with a faulty turbo engine design such as the one in our 1999 Volkswagen Passat, hereinafter called Vehicle, has caused us much grief and anxiety. Not knowing when and where the Vehicle would fail forced us to drive our 2002 Toyota Tundra much more than expected, thus having to pay more at the gasoline pump since a V8 Toyota Tundra gets lower gas mileage than a VW Passat 1.8L Turbo.

Background:
Alane Rivera, purchased the vehicle, as a new model, from a San Antonio, Texas dealership, "Rod East Volkswagen - San Antonio, TX", in 1999. The cost of the vehicle was in excess of $22,000. Alane is a licensed professional engineer in the state of Texas with a Master of Science in Engineering. Raymundo (Alane's husband) is also a licensed professional engineer in the state of Texas with a Master of Science in Engineering. Raymundo is currently finalizing a Doctorate in Engineering.

The owners acknowledge the proper monitoring of motor oil and that oil changes were done at every 1,500-1,800 miles.

Signed: Alane A. Rivera: _/s/ Alane A. Rivera_
Signed: Raymundo Rivera: _/s/ R.R._
Case Number 1:07-MD-01790

1

Vehicle VIN and License Plate Number:
Reference Pictures 1 and 2 of our Vehicle information.


Picture 1


Picture 2

Signed:   Alane A. Rivera: _____
Signed:   Raymundo Rivera: _____
Case Number 1:07-MD-01790

2

Past Repairs:
1) In August 2007, both oxygen sensors and the catalytic convertor were replaced by a local mechanic because the vehicle lacked horse power and was blowing small amounts of smoke from the tail pipe and the OBD II codes called for a new catalytic convertor and oxygen sensors. I only have a copy of the oxygen sensors receipt. Reference Exhibit B. I don't have receipts for the labor or any additional parts.
Total Cost: $382.94 + Labor

2) In early April 2008, the vehicle was producing large amounts of smoke similar to that shown in Picture 3, next page. A VW repair tech determined the turbo would have to be replaced. After getting pricing, I decided to hire "Alamo Speed Shop" since replacing a turbo fell in their area of expertise. Reference Exhibit C. Additionally, I purchased a VW catalytic (CAT) convertor and the required gaskets. Reference Exhibit D. I also purchased new oxygen sensors. Reference Exhibit E (4/17/2008 - "Rock Auto"). To save some money I made a web purchase for Bosch oxygen sensors, the same ones VW sells for 65% markup.

The faulty turbo was passing too much oil after sludge in the oil lines caused the turbo to fail. This in turn fowled the entire exhaust system and its components (i.e. catalytic convertor and oxygen sensors).
Total Cost: $230.00 + $892.84 + $1,130.94 = $2,253.78

In order for us to continuing working and driving to graduate school, we had to rent a car. Reference Exhibit F. We ask that the court not place a limit on car rental fees.
Total Cost: $645.59


Present Repairs:
On 1/6/2011, we took the car to Firestone. Reference Exhibit G. Firestone could not make a repair to the turbo charger to eliminate the smoke; the manager on duty recommended that we take the vehicle to a dealer to get the turbo replaced. Reference Picture 3, next page, taken on 1/9/2011 10 a.m. CST.

3) On January 13, 2011, I purchased a new VW Turbo and necessary gaskets from "Ancira VW in San Antonio, TX". Reference Exhibit H. (I am not asking for reimbursement for the valve cover gasket item number 4 of Exhibit H.)

4) On January 17, 2011 I hired a wrecker service. Reference Exhibit I. The vehicle was picked up at my home and delivered to a mechanic.


Signed:   Alane A. Rivera: _____
Signed:   Raymundo Rivera: _____
Case Number 1:07-MD-01790

3

5) On January 17, 2011, the vehicle was checked into "Alamo Speed Shop" to have a new turbo and valve cover gasket (routine maintenance) installed. Reference Exhibit J. (I am only asking for labor reimbursement to have the turbo charger installed.)
Total Cost:  $1,300.00 + $68.00 + $280.00 = $1,580.00

Future Repairs:
Even though the court may be awarding compensation for past repairs, we ask that the court consider some sort of compensation for future repairs. In our case we're not confident that the catalytic convertor or oxygen sensors won't prematurely fail because of the turbo failing once more. Excess amounts of smoke contaminated vital components of the vehicle exhaust system. Another option we would consider is to have VW purchase the vehicle at a fair market price - $3,000.
Future Repair Costs:  $1,500-$2,500  (new cat, new oxygen sensors, gasket, labor)



Picture 3

Signed:  Alane A. Rivera: _____Alane A. Rivera_____
Signed:  Raymundo Rivera: _____
Case Number 1:07-MD-01790

4

Docket Review:
In reviewing the Counsel fees of $37.5 million and $1.75 million for reimbursement, it is clear that the settlement is heavily weighted towards "rewarding" Counsel versus those who own or owned a VW as mentioned on page 1 of the Docket. We are asking that the court give greater emphasis to the reimbursement money available and award drivers of these VW vehicles additional compensation for past and future repairs plus compensate drivers for the hardship in having to drive and maintain these vehicles (i.e. higher frequency of oil changes).

Compensation:
We are asking the Court for an award of: $10,430.31
$4,930.31 (Past Expenses) + $3,000 (Hardship) + $2,500 (Future Repairs)

"We certify, under the penalty of perjury, that we are the current owners of the above mentioned Vehicle and that these statements and receipts presented herein are accurate to the best of our knowledge."

_____          _____
Alane A. Rivera, MS, P.E.                Raymundo Rivera, MS, P.E.

2/3/2011                                  2/3/2011
Date                                      Date

Owners of a 1999 VW Passat 1.8L Turbo:  VIN #WVWMA63B1XE506657
Case Number 1:07-MD-01790
rrivera@austin.utexas.edu

5