THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:07-md 01790

In re Volkswagen and Audi :
Warranty Extension Litigation :
                              :
_____:
                              :
This Document Relates to All Cases :
                              :
_____:

**CLASS MEMBER'S OBJECTION TO**
**PROPOSED CLASS ACTION SETTLEMENT**

Class Member, Mirta M. Rodriguez (hereinafter referred to as "Mirta Rodriguez") owner of a vehicle with VIN# WVWMA63B0WE213752, through undersigned counsel hereby files this objection to the proposed Class Action Settlement and in support thereof states as follows:

1. Mirta Rodriguez received a Notice of a proposed Class Action Settlement dated December 20, 2010 ("Notice") regarding the above referenced matter.

2. Mirta Rodriguez objects to the proposed Settlement because the Notice and Claim Form lacks sufficient information or explanation as to the remedies available to her, or other class members whose claim is denied by the Administrator.

3. Mirta Rodriguez intends to file a claim due to sludge related damage to the engine of her vehicle. She has spent significant funds to rebuild the engine and make other repairs due to engine problems, and continues to have engine problems. The vehicle is now inoperable. It now appears that the vehicle will need another engine rebuild. The red engine pressure oil warning light continues to light up and remain lit after driving the vehicle for 10 minutes.

Docket No. 1:07-md 01790

4. There is no explanation in the Notice of Proposed Settlement of the consequences or remedies if her claim is denied. The claim form appears to indicate that the decision of the Administrator is final with no remedy to the class member to challenge or otherwise appeal an adverse decision by the Administrator.

WHEREFORE, Class Member Mirta Rodriguez respectfully objects to the proposed Class Action Settlement and requests that this Court address these objections, require the settlement to address the remedies available to a class member whose claim is denied by the Administrator.

Respectfully submitted,

LAW OFFICES OF ROBERT ADER, P.A.
100 S.E. 2nd Street, Suite 3550
Miami, Florida 33130
Telephone: (305) 371-6060
Fax:         (305) 358-5917

By /s/ ROBERT ADER
ROBERT ADER
Florida Bar No. 335126

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original objection has been filed by *Certified Mail-Return Receipt* on this 3rd day of February, 2011 with the Hon. Joseph L. Tauro, United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, and a courtesy copy has been served by U.S. Mail on this 3rd day of February, 2011 to:

**Class Counsel**

Peter J. McNulty
McNulty Law Firm
827 Moraga Dr.
Los Angeles, CA 90049

Kirk D. Tresemer
Irwin & Boesen, P.C.
4100 E. Mississippi Ave
Ste. 1900
Denver, CO 80246

Russell D. Henkin
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103

**Defense Counsel**

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004

Oil Sludge Settlement Administrator
P. O. Box 2410
Faribault, MN 55021-9110