Meghan Urbanski
4151 88th Lane NE
Circle Pines, MN 55014
763-300-1876
YEAR Volkswagen Passat 2001
VIN # WVWPD63B71E121986



February 2, 2011

The Honorable John Joseph Moakley, United States District Court
1 Courthouse Way
Boston, MA 02210

Dear Judge Moakley,

I am the respondent in the Volkswagen Oil Sludge Settlement, Case#1:07-MD-01790 and would like to object to the ruling.

Previously I had my turbo replaced during the month of May 2010. I brought my car to have the timing belt fixed at R&S Automotive. At that time the mechanic checked on a problem I was having with a delay in acceleration. He did not know what the problem was exactly, but he suggested that I do not drive more than 20 miles away from my residence. I was unaware of this settlement at the time and I assume the mechanic was also. Thinking I would save some money, I had my brother and a friend look at my car to diagnose the problem. They determined that I had sludge in my turbo and it needed to be replaced. They then went ahead and replaced the turbo themselves. The total cost of the turbo, without labor was $1,134.00, which is significantly less than if I would have had this service done at the Volkswagon authorized dealer.

I know the settlement states that all service needs to be performed by a certified Volkswagen dealer, but I have evidence to show that the sludge was the problem. I have various pictures of the sludge-ridden turbo once it was taken out of my car. I have receipts showing the costs associated with the replacement of the turbo. Also, I have receipts of my latest oil changes, proving that I have taken the proper preventative steps to prevent such an event.

In conclusion, I am asking the court to accept my objection claim for various reasons. Firstly, I was unaware of the class action lawsuit, next, I can prove that sludge was the cause of the turbo failure, and finally, I saved money by choosing the Do-It-Yourself option and therefore will pass those savings onto Volkswagen.

Respectfully,

*Meghan Urbanski*

Meghan Urbanski
D.O.B. 05/30/1982