11054 Bluestem Lane
Eden Prairie, MN 55347
February 3, 2011

The Honorable Joseph L. Tauro
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston MA 02210

Case Number: 1:07-MD-01790
VIN #: WVWMA23B5YP165312

Dear Judge Tauro:

In the matter of the proposed oil sludge settlement, I object to the proposed terms and would like to
opt out of the settlement. My 2000 GLS Volkswagen Passat suffered catastrophic engine failure in
February 2006. The car was "starved for oil" 30 days after an oil change. Because the engine
replacement would have cost more than the value of the car, I chose to sell the car for salvage. The
proposed settlement seems to do nothing for people like me, since I authorized no repairs. If the engine
was defective, Volkswagen should be paying replacement cost to all affected owners.

Sincerely,

Stephen J. Schewe
Managing Partner, Encouragetech, LLC

cc:     Kirk D. Tresemer
        Jeffrey L. Chase
        Oil Sludge Administrator

# Electra Tune
**4522 E Lake St**
**MPLS, MN 55406**
**612 721-3121**
**WWW.ELECTRATUNE.COM**   O--C--S

**Repair Order #9028840**
Date : 2/24/06
Page : 1
Center :

Customer : SCHEWE, STEVE
Address : 11054 BLUESTEM LN
  City : EDEN PRAIRIE, MN 55347-
HOME : ( 952 ) 946-1931   Ext :
WORK : ( )   -   Ext :

Vehicle : 2000 VOLK PASSAT GLS
License : EMZ-439   MDL2 :
  VIN : WVWMA23B5YP165312
Engine : 1.8L, In-Line4, VIN (B)   Trans :
Mileage : 112035   M-IN :

| Op | Tech Quan | Description Part Number | Part Description | Reason for Replacement | Labor | Parts Price | Subtotal |
|----|-----------|------------------------|------------------|------------------------|-------|-------------|----------|
| HISHIS | 5 | CAR TOWED IN CHECK COMPRESDSION IT IS 00. REMOVE VALVE COVER NEED CYLINDE HEAD/ENGINE IT STARVED FOR OIL | | 20  20  20 | 200.00 | | 200.00 |

| OK Bad | Recommendation | OK Bad | Recommendation | OK Bad | Recommendation |
|--------|----------------|--------|----------------|--------|----------------|
| | | | | | |

Original RO# 28840

I hereby authorize the repair work to be done along with the necessary parts
and materials and hereby grant you and/or your employees permission to
operatethe vehicle herein described on streets, highways or elsewhere, at
your descretion, for the purpose of testing and/or inspection. An express
mechanicslien is hereby acknowledged on the above vehicle to secure the
amount of repairs thereto. I understand that dealer/owner is not
responsible for delay or other consequence due to the unavailability of
parts shipments beyond their control. Not responsible for damage or
articles left in car in case of fire, theft or any other cause beyond our
control. Warranty is 12 months or 12,000 miles, whichever occurs last,
unless specified otherwise!

x_____

| | |
|---|---|
| Labor : | $200.00 |
| Parts : | $0.00 |
| Sublet : | $0.00 |
| Other Fees : | $0.00 |
| Supply Charg | $0.00 |
| Subtotal : | $200.00 |
| Sales Tax : | $0.00 |

Paid By :
Other6   **Total :** $200.00
Pay Ref :   **Paid :** $200.00
0   **Due :** $0.00

# Electra Tune
**4522 E Lake St**
**MPLS, MN 55406**
**612 721-3121**
**WWW.ELECTRATUNE.COM**   **O--C--S**

**Repair Order #9028613**
Date : 1/23/06
Page : 1
Center :

**Customer :** SCHEWE, STEVE
**Address :** 11054 BLUESTEM LN
    **City :** EDEN PRAIRIE, MN 55347-
**HOME :** ( 952 ) 946-1931    **Ext :**
**WORK :** (   )   -    **Ext :**

**Vehicle :** 2000 VOLK PASSAT GLS
**License :** EMZ-439    **MDL2 :**
    **VIN :** WVWMA23B5YP165312
**Engine :** 1.8L, In-Line4, VIN (B)    **Trans :**
**Mileage :** 110476    **M-IN :**

| Op | Tech | Description | | Labor | Parts Price | Subtotal |
|----|------|-------------|--|-------|-------------|----------|
| | Quan | Part Number | Part Description | Reason for Replacement | | |

| Op Tech Quan | Part Number | Description / Part Description | Reason for Replacement | Labor | Parts Price | Subtotal |
|---|---|---|---|---|---|---|
| HISHIS | 4 | OIL CHANGE CLUB CHANGE OIL AND FILTER | | 0.00 | 7.50 | 7.50 |
| 0.00 | 1234 | OIL FILTER | | | 4.00 | |
| 0.00 | 5W30 | CASTROL ENGINE OIL | | | 3.50 | |
| HISHI | 4 | REPLACE LIGHT BULB REPLACE LIGHT BULB | | 9.00 | | 9.00 |

OK Bad     **Recommendation**     OK Bad     **Recommendation**     OK Bad     **Recommendation**

Original RO#: 28613

I hereby authorize the repair work to be done along with the necessary parts
and materials and hereby grant you and/or your employees permission to
operatethe vehicle herein described on streets, highways or elsewhere, at
your descretion, for the purpose of testing and/or inspection. An express
mechanicslien is hereby acknowledged on the above vehicle to secure the
amount of repairs thereto. I understand that dealer/owner is not
responsible for delay or other consequence due to the unavailability of
parts shipments beyond their control. Not responsible for damage or
articles left in car in case of fire, theft or any other cause beyond our
control. Warranty is 12 months or 12,000 miles, whichever occurs last,
unless specified otherwise!
x

| | |
|---|---|
| Labor : | $9.00 |
| Parts : | $7.50 |
| Sublet : | $0.00 |
| Other Fees : | $0.00 |
| Supply Charg | $0.00 |
| Subtotal : | $16.50 |
| Sales Tax : | $0.00 |

Paid By :
Other6    **Total :**    $16.50
Pay Ref :    **Paid :**    $9.00
0    **Due :**    $0.00