David Naso
Virginia A. Croker Naso
727 Dearborn St.
Iowa City, IA 52240-6218

Hon. Joseph L. Tauro
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

January 25, 2011

Honorable Judge Tauro,

I am writing regarding Case Number 1:07-MD-01790, the Enhanced Oil Sludge Warranty Extension for 2001-2004 Volkswagen Passat. I am a former owner of a 2001 Volkswagen Passat VIN: WVWVD63B51E263213.

It is my intent to appear at the Fairness Hearing on March 11, 2011. The basis of my objection is that the notice, nor the information at www.vwoilsludgesettlement.com, does not adequately explain the benefits to former owners. From the information provided, I cannot clearly determine if I will be adequately compensated for the loss of my vehicle due to oil sludge.

On November 14, 2010, I was driving my 2001 VW Passat through St. Louis, MO. The red Engine Oil Pressure Warning light illuminated, and I pulled off the Interstate at the next safe exit ramp. My car was towed to an AAA Certified mechanic. The mechanic diagnosed a failed oil pump due to oil sludge. I confirmed the diagnosis with my local Volkswagen dealer, who recommended that I not repair the engine, and sell the car for salvage. At that time the dealer manager was unaware of the oil sludge settlement. The dealer confirmed that my 2001 VW Passat engine replacement would be at least half the value of the car, without the oil sludge issue. I worked with the mechanic to sell my vehicle through him for $200. I received information on the Enhanced Oil Sludge settlement approximately six weeks later.

I request that the court grant me an extension of 90 days from the current deadline of February 3, 2011, to review my options regarding participation in the Enhanced Oil Sludge Settlement and give me the opportunity to consult with an attorney. In addition, I request that the Oil Sludge Settlement Administrator be directed to mail me complete information regarding possible benefits of the settlement to former VW Passat owners who experienced extensive engine damage caused by oil sludge, as repair or engine replacement, are no longer options for me.

Thank you for considering my request for more information and extended time to consider my participation in the class action settlement.

Sincerely,

Virginia Croker Naso

David Naso & Virginia A. Croker Naso
727 Dearborn St.
Iowa City, IA 52240-6218

Cc: Peter J. McNulty, Herzfeld & Rubin, P.C.
Kirk D. Tresemer, Oil Sludge Settlement Administrator
Russell D. Henkin

**COFFEY TIRE AND AUTOMOTIVE**
2060 EXCHANGE DRIVE
Saint Charles, MO. 63303
Phone - 636-947-4709 Fax - 636-947-6307

REPAIR ORDER #
**009302**

WE KEEP YOUR CAR PERKIN

## REPAIR ORDER

Print Date : 11/15/2010

2001 Volkswagen Passat GLS

**NASO, DAVID**
727 DEARBORN
Iowa City, IA 52240
Cellular 319-621-7050
Cust ID : 2310 Ref # : Hat # :
Last Service : Current Odometer : 95512

Lic # :
Unit # :
Vin # :
MFG Date : 11/15/2010
Engine : 1.8L, In-Line4, VIN (D)
Previous Odometer : Elapsed Mileage :

| Labor Requested / Part Number | Parts Qty | Parts Sale | Labor | Extended |
|---|---|---|---|---|
| OIL LIGHT ON CK AND ADVISE | | | | |
| PULL CODES AND TEST OIL PRES. GOOD CHANCE NEEDS MOTOR, NEED TEARDOWN TO CONFIRM | | | 95.00 | 95.00 |
| Shop Supplies | | 3.00 | | 3.00 |
| | | **** | Taxes | **** |
| | | < Your Tax Rates | | $ 0.22 > |

Parts : $ 3.00 Labor : $ 95.00 Tax : $ 0.22 Total : $ 98.22

*AAA APPROVED - ASE BLUE SHIELD SHOP*

TEARDOWN ESTIMATE: I understand that my vehicle will be reassembled within____days of the date shown above if I choose not to authorize the service recommended. All Parts removed will be discarded unless instructed otherwise: Save all Parts____. NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE.

Authorized By........................................ Date.................... Time....................

COFFEY, JEFF



05/09/05 repair11

CASE # 1:07-MD-01790

**Customer Invoice**
095121
10/11/2010

**FIRESTONE COMPLETE AUTO CARE**
**IOWA CITY**
**231 E BURLINGTON ST**
**IOWA CITY, IA. 52240**

**Service Advisor:**
02 DAVID
319.338.5469

NASO, VIRGINA
727 DEARBORN ST
IOWA CITY, IA 52240-6218
319.621.7688 xx

2001 VOLKSWAGEN PASSAT GLS
4-1781 1.8L DOHC
**Lic #:** 085 SQN IA **Vin #:**
**In:** 10/11/10 9:10AM **Mileage:** 94,075
**Out:** 10/11/10 11:53AM

Store # 009776 **RETAIL SALE**

| Description | Rev Hist /Article # | ID | Qty | Unit Price | Extended Price | Job Total |
|---|---|---|---|---|---|---|
| **FULL SYNTHETIC OIL CHANGE UP TO 5 Qts** | | 02 | | | | **24.49** |
| 4.3 QTS. SAE 5W-40 or if not available use SAE 5W-30, meeting the following requirements: SL or SJ, VW 502 00, VW 500 00 or VW 501 01 The Manufacturer recommends an Oil Change based on mileage of 5000 miles...See Owner's manual for specific requirements. | | | | | | |
| TF3850 OIL FILTER | 7058270 | 27TN | 1 | 3.99 | 3.99 | |
| USED FILTER RECYCLING CHARGE | 7075051 | 27NN | 1 | 2.50 | 2.50 | |
| 5W30 FULL SYNTHETIC UP TO 5QTS | 7006125 | 27TN | 1 | 34.00 | 34.00 | |
| FULL SYNTHETIC OIL CHANGE LABOR | 7003355 | 27TS | 1 | 9.00 | 9.00 | |
| ********** FULL SYNTHETIC ********** ********************************************** ********************************************** | | | | | | |
| PRT-DISC DISCOUNT FULL SYNTHETIC OIL CHANGE UP TO 5 QTS | 7001674 | 27T | -1 | 19.19 | -19.19 | |
| LBR-DISC DISCOUNT FULL SYNTHETIC OIL CHANGE UP TO 5 QTS | 7001674 | 27P | -1 | 5.81 | -5.81 | |
| **Discount Tax: Taxable $-4.55 Non-Taxable $-1.26** | | | | | | |
| **WIPER BLADES (Front-Both)** | | 02 | | | | **31.98** |
| WIPER BLADE LABOR | 7042579 | 27TS | 2 | 3.00 | 6.00 | |
| 40721 WIPER BLADE - 21" | 7080780 | 27TN | 2 | 12.99 | 25.98 | |
| **COURTESY CHECK** | | 02 | | | | |
| COURTESY CHECK | 7046930 | 27TS | 1 | N/C | N/C | |

**Technician(s):**
27 CHAD STACEY

Payment History:

| | | | |
|---|---|---|---|
| Visa | 9755 | 60.96 | 865634 |
| Total Tendered | | 60.96 | |

**Summary:**

| | |
|---|---|
| **Parts** | 44.78 |
| **Labor** | 11.69 |
| **Shop Supplies** | 0.63 |
| **Sub-Total** | 57.10 |
| **Tax (7.00%)** | 3.86 |
| **Total** | $60.96 |

I have received the above goods and/or services. If this is a credit card purchase, I agree to pay and comply with my cardholder agreement with the issuer.

Customer Signature

***All parts are new unless otherwise specified.***

**Declined Work:**
**TIMING BELTS**
**BASIC BRAKE JOB - REAR PADS (ORGANIC)**
**HALF SHAFT (Front-Right)**
**FLUSH BRAKE SYSTEM**

**www.FirestoneCompleteAutoCare.com**



STI FCAC LASER 48110392 7008.335 REV 01/09

CASE # 1:07-MD-01790

Customer Number: **3385748** Invoice No: **120782**

CAROUSEL MOTORS

809 HIGHWAY 1 WEST
P O. BOX 2057
IOWA CITY, IA
52244-2057

PHONE 319-354-2550
WATS 800-798-7278
FAX # 319-337-6030

www.carouselmotors.com



**DAVID CLEMENT NASO**
**DAVID 0 NASO**
727 DEARBORN
IOWA CITY, IA 52240

**Home:** 319-338-5748 **Bus:** 319-338-0497 **Cell:**
**Email:**

**SERVICE ADVISOR: 60 MATT GIORGIO**

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| GREEN | 01 | VOLKSWAGEN PASSAT | WVWVD63B51E263213 | | 83067 83067 | T5844 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 14JUN01 I | | | 12:00 28DEC07 | | | COUPP | 28DEC07 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 13:27 19DEC07 | 10:45 28DEC07 | STK:9616010 ENG:1.8_Liter_Turbo TRN:AUTO 1)ASSURED |

| SECTION | OPCODE | TECH | TYPE | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| **A** | **CUSTOMER STATES VEHICLE WILL NOT COME OUT OF PARK AT TIMES** | | | | | | |
| | 240 REMOVED AND REPLACED SHIFT INTERLOCK | | | | | | |
| | | 12 | CV | hrs. | | 279.26 | 279.26 |
| | | 1 | 4B0-798-151-N REPSET | | 151.23 | 151.23 | 151.23 |
| | | 1 | FRT SHIPPING | | 15.12 | 15.12 | 15.12 |
| | **PARTS:** 166.35 | **LABOR:** 279.26 | **OTHER:** 0.00 | | **TOTAL LINE A:** | | **$ 445.61** |

*,,,,83067 12 VERIFIED THE CUSTOMERS CONCERN. FOUND THAT SHIFT INTERLOCK*
*,,,,IS NOT RELEASING ALL THE TIME. THE SHIFTER WILL NEED REMOVED AND THE*
*,,,,SHIFT INTERLOCK REPLACED. TO CURE THE CUSTOMERS CONCERN. REMOVED THE*
*,,,,SHIFTER ASSEMBLY. REMOVED AND REPLACED THE SHIFT INTERLOCK. REINSTALLED*
*,,,,THE SHIFTER AND ADJUSTED. RETESTED AND THE SHIFTER IS NOW OPERATING PER*
*,,,,VOLKSWAGENS DESIGN. THE REPAIR HAS BEEN COMPLETED AND VERIFIED.*
*,,,,DIAGNOSIS T075 REPAIR T240*

| SECTION | | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| **B**** | **DISREGARD** | | | | | | |
| | | 12 | CV | hrs. | | 0.00 | 0.00 |
| | **PARTS:** 0.00 | **LABOR:** 0.00 | **OTHER:** 0.00 | | **TOTAL LINE B:** | | **$ 0.00** |

*,,,,83067*

EST: 0.00 28DEC07 08:34 SA: 60

DRIVING TO BE NUMBER 1 FOR EACH CUSTOMER

**DISCLAIMER OF WARRANTIES**

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitiation contained herein does not apply where prohibited by law.

CUSTOMER SIGNATURE

x ___

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | $ 279.26 |
| PARTS AMOUNT | $ 166.35 |
| GAS, OIL, LUBE | $ 0.00 |
| SUBLET AMOUNT | $ 0.00 |
| MISC. CHARGES | $ 0.00 |
| TOTAL CHARGES | $ 445.61 |
| DISCOUNTS/COUPONS | $ 15.00 |
| SALES TAX | $ 26.73 |
| **PLEASE PAY THIS AMOUNT** | **$ 457.34** |

***Customer Copy***