922 Beaverbank Circle
Towson, Maryland 21286
February 14, 2011

Oil Sludge Settlement Administrator
P.O. Box 2410
Faribault, MN 55021

Case No.: 1-07-MD-01790

Dear Sirs:

I am attaching my Oil Sludge Settlement Reimbursement Claim Form and supporting documents in order to be reimbursed for the expenses I incurred in the repair of my 2002 Audi, which were extensive and costly. They totaled more than $5,832.59.

I am the original owner of this vehicle. The vehicle was under warranty for the first 50,000 miles and was faithfully serviced by the dealer. My initial difficulty began at 37,493 miles when the oil display indicator came on after ten minutes of driving. I am attaching here a copy of the work order performed on October 5, 2005 showing that Tech Bulletin 17-04-03 was performed on the vehicle at that time. The repair was done by Valley Motors, an Audi dealer.

Again, in December 2009 the oil indicator light came on. At 76,190 miles I had the vehicle towed to Sarandos Automotive in Towson, Maryland. The owner negotiated with the Audi dealership in an attempt to have Audi agree to repair the vehicle. My car was at the station for two months while the service station attempted to have the Audi dealership take responsibility for the repair. They informed me that my vehicle did not meet the warranty requirements, even after I

had presented records of my maintenance history. This information is attached for you to reference.

Sarandos Automotive performed Tech Bulletin 17-06-06. [This included Tech Bulletin 17-08-04.] In March 2010, the engine light again came on. The vehicle had 76,815 miles. Sarandos Automotive informed me that the timing chain tensioner had failed due to the prior engine oil sludging problem. The cost of this repair was $983.03. [See attached supporting documents.]

These vehicles should have been recalled and the repairs directly performed by Audi at no cost to the owners. Please reimburse me for these expenses at your earliest convenience.

A disillusioned Audi A4 owner,

*Janice Heilman Post*

Janice Heilman Post

Cc: Oil Sludge Settlement
Hon. Joseph L. Tauro
The United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210