UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLASS ACTION MASTER
FILE NO. 1:07-md-1790-JLT
(Relating to All Cases)

IN RE VOLKSWAGEN and AUDI
WARRANTY EXTENSION LITIGATION

SUPPLEMENTAL MEMORANDUM ON FINDINGS OF FACT,
CONCLUSIONS OF LAW AND RECOMMENDATIONS OF THE SPECIAL MASTER
RELATING TO CLASS PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

On February 18, 2011, the Special Master submitted his "Findings of Fact, Conclusions of Law and Recommendations . . . Relating to Class Plaintiffs' Motion for Attorneys' Fees and Costs." [Doc. No. 248]. Class Counsel has brought to the Special Master's attention one typographical error, and two arithmetic errors in Doc. No. 248. They are acknowledged and corrected hereafter in this Supplemental Memorandum.

The typographical error appears in Doc. No. 248 at page 13, line 6. There what is stated to be $39,2500,000 has an obvious extra digit. The number is, and should have been stated as, $39,250,000.

The first arithmetic error appears on page 11, three lines from the bottom, where there appears the amount $222,933,131. That amount is, and should have been, $222,932,831. Footnote 10 on the same page states, correctly, the five items that make up the $222,932,131 amount. The Special Master's addition of those five items was overstated by $300.

The second arithmetic error appears on page 17, three lines from the bottom where there appear the amount $11,595,500. This is actually arithmetically correct. What is in error is that the Special Master multiplied the $500 assumed hourly rate against the attorneys' stated number

of hours of 23,191, rather than against the reduced number of hours of 15,468. Thus the amount on the third line from the bottom on page 17 is, and should have been, $7,734,000. This adjustment would then change the amount of $23,191,00 appearing on page 18, at line 7, to $15,468,000.

    After making the three foregoing corrections, the Special Master read over, with care, Doc. No. 248 and concludes that his ultimate recommendations need not be revised and should remain unchanged.

                                                     /s/ Allanvan Gestel  
                                                     Hon. Allan van Gestel, (Ret.)  
DATED: March 4, 2011                         Special Master