UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re* <br> VOLKSWAGEN AND AUDI EXTENDED WARRANTY LITIGATION | Master File No. 1:07-md-01790 <br><br> CLASS ACTION |
| This document relates to: <br><br> **All Cases** | |

**DEFENDANTS' NOTICE OF FILING CORRECTED MEMORANDUM IN SUPPORT OF OBJECTIONS TO FINDINGS OF FACT, CONCLUSIONS OF LAW AND RECOMMENDATIONS OF THE SPECIAL MASTER RELATING TO CLASS PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. NO. 248)**

Defendants' counsel has identified three errors in Defendants' Memorandum in Support of Objections to Findings of Fact, Conclusions of Law and Recommendations of the Special Master Relating to Class Plaintiffs' Motion for Attorneys' Fees and Costs, as e-filed March 4, 2011 (Dkt. No.)(the "Memorandum")

On page 2, the Memorandum refers to *Managing Class Actions: A Pocket Guide for Federal Judges* (Fed. Jud. Ctr. 2009)(copy filed at Dkt. No. 251-1) in a manner which attributes authorship to Judge Hornby.  While the publication expressly acknowledges his "detailed suggestions and outline of topics, which served as a catalyst and road map for the original publication" (*id*. at v), Judge Hornby was not one of its authors.

On p. 9, the Memorandum quotes the Agreement of Settlement inaccurately as reading "benefit class" instead of "Settlement Class."

On  p.11, the last word of the sentence ending in the second line of the first paragraph beginning on the page  -- "amount" – was inadvertently omitted.  The sentence should read  "As discussed below, the Report specifically states that it is not valuing the Settlement or resolving what it acknowledges is a more than $336 million disagreement as to that **amount."**

Defendants accordingly, pursuant to consultation with the Clerk's office, respectfully file the accompanying corrected copy of the subject memorandum and request that the initially filed copy be disregarded. As instructed, this filing will be linked to the entry for the superseded version of the Memorandum.

Dated: March 7, 2011　　　　　　　　　　Respectfully submitted,

VOLKSWAGEN GROUP OF AMERICA, INC.
VOLKSWAGEN AG
AUDI AG
by their Attorneys


/s/ *David A. Barry*
David A. Barry, BBO No. 031520
Andrew R. Levin, BBO No. 631338
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114-4737
(617) 227-3030
barry@srbc.com


Jeffrey L. Chase *(pro hac vice)*
Daniel V. Gsovski *(pro hac vice)*
Michael B. Gallub *(pro hac vice)*
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY  10004
 (212) 471-8500
(212) 344-3333 (fax)
jchase@herzfeld-rubin.com
dgsovski@herzfeld-rubin.com
mgallub@herzfeld-rubin.com

-3-

## CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that this document, filed through the ECF system, will be sent electronically on March 7, 2011 to the registered participants as identified on the Notice of Electronic Filing (NEF) and to the following recipients:

Kirk D. Tresemer
IRWIN & BOESEN, P.C.
4100 E. Mississippi Ave., Ste. 1900
Denver, CO 80246
(303) 999-9999
(303) 320-1915 (fax)
Email: ktresemer@coloradolawyers.com

Peter J. McNulty
McNULTY LAW FIRM
827 Moraga Drive
Los Angeles, CA 90049
(310) 471-2707
(310) 472-7014 (fax)
Email: peter@mcnultylaw.com

Russell D. Henkin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)
Email: rhenkin@bm.net

Hon. Allan van Gestel (via email attachment)
JAMS
One Beacon Street, Suite 2300
Boston, MA 02108
(617) 228-0200
(617) 228-0222 (fax)
Email: allanvangestel@aol.com
Email: pgelinas@jamsadr.com

/s/ *David A. Barry*
David A. Barry

Doc. 432482