**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| | **:** | |
| **In re Volkswagen and Audi** | **:** | **MDL Docket No. 1:07-md-01790** |
| **Warranty Extension Litigation** | **:** | |
| | **:** | |
| _____ | **:** | |
| | **:** | |
| **This Document Relates to All Cases** | **:** | |
| _____ | **:** | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATIONS RELATING TO CLASS PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Class Plaintiffs respectfully request that the Court overrule Defendants' Objections to the

Special Master's Findings of Fact, Conclusions of Law, and Recommendations Relating to Class

Plaintiffs' Motion for Attorneys' Fees and Costs (Doc #253).  Notably, Defendants' Objections

are strikingly similar to Class Member Ashley Riley Birkeland's Objection to Findings of Fact,

Conclusions of Law, and Recommendations of the Special Master Relating to Class Plaintiffs'

Motion for Attorneys' Fees and Costs (Doc #251).

Both objections reflect a similar and fundamental misunderstanding of the law of the

First Circuit.  Both objections attack the Special Master and his careful and informed analysis of

the issues relating to attorneys' fees and costs.  This Court can dispose of both objections by

applying well-accepted principles of First Circuit law.

A de novo review of the Special Master's factual findings and the Special Master's legal

conclusions should lead to the following conclusions: 1) that the Special Master's findings of

fact are not only amply supported by the evidence in this case, but they are also *compelled* by the

evidence; and 2) that the Special Master properly applied the law of this jurisdiction in making

his recommendation for Class Counsel's fees of $30,000,000 and costs and expenses of

$1,195,234.43.

WHEREFORE, for the reasons set forth above and in Plaintiffs' Brief in Support of

Response to Defendants' Objections to the Special Master's Findings of Fact, Conclusions of

Law, and Recommendations Relating to Class Plaintiffs' Motion for Attorneys' Fees and Costs,

Class Plaintiffs respectfully request the Court enter an Order and corresponding judgment that

confirms the Special Master's 2/18/11 Findings of Fact, Conclusions of Law, and

Recommendations Relating to Class Plaintiffs' Motion for Attorneys' Fees and Costs (Doc #248)

and the Special Master's Supplemental Memorandum (Doc #252) and overrules the Defendants'

Objections thereto.


Dated:  3/9/11                                          Respectfully submitted,

                                                        /s/ Peter J. McNulty
                                                       Peter J. McNulty
                                                       McNULTY LAW FIRM
                                                       827 Moraga Drive
                                                       Los Angeles, CA  90049
                                                       (310) 471-2707
                                                       (310) 472-7014 (fax)
                                                       peter@mcnultylaw.com

                                                       Kirk D. Tresemer
                                                       IRWIN & BOESEN, P.C.
                                                       4100 E. Mississippi Ave., Ste. 1900
                                                       Denver, CO  80246
                                                       (303) 999-9999
                                                       (303) 320-1915 (fax)
                                                       Email: ktresemer@coloradolawyers.com

Russ Henkin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000
(215) 875-4604 (fax)
rhenkin@bm.net

## CERTIFICATE OF SERVICE

I, Sean T. Roberts, hereby certify that this document, filed through the ECF system, will be sent electronically on March 9, 2011 to the registered participants as identified on the Notice of Electronic Filing (NEF) and to the following recipients:

Hon. Allan van Gestel (via email attachment)
JAMS
One Beacon Street, Suite 2300
Boston, MA  02108
(617) 228-0200
(617) 228-0222 (fax)
allanvangestel@aol.com

Jeffrey L. Chase
Daniel V. Gsovski
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY  10004
 (212) 471-8500
 (212) 344-3333 (fax)
jchase@herzfeld-rubin.com
dgsovski@herzfeld-rubin.com

 */s/ Sean T. Roberts*
Sean T. Roberts