THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Volkswagen and Audi | MDL Docket No. 1:07-md-01790 |
| Warranty Extension Litigation | |
| This Document Relates to All Cases | |

**NOTICE OF RESERVATION OF OBJECTION TO A PORTION OF THE SPECIAL MASTER'S ORDER OF FEBRUARY 18, 2011**

NOW COME Plaintiffs' Co-Lead Class Counsel and, out of an abundance of caution, and with due respect and deference to the Special Master's conclusions as to fees and costs, reserve their objection pursuant to Section VI, Paragraph C(1) of the September 2, 2010 Settlement Agreement, to the following two (2) references by the Special Master when discussing a hypothetical lodestar cross-check:

1. A reduction of proffered attorneys' hours of 23,191 to 15,468;

2. The use of a 2x multiplier.

This reservation is made only in the event of an appeal being filed as to the Court's final ruling as to attorneys' fee and costs.

Dated: 3/9/11

Respectfully submitted,

/s/ Peter J. McNulty
Peter J. McNulty
McNULTY LAW FIRM
827 Moraga Drive
Los Angeles, CA 90049
(310) 471-2707

1

(310) 472-7014
Email: peter@mcnultylaw.com

Kirk D. Tresemer
IRWIN & BOESEN, P.C.
4100 E. Mississippi Ave., Ste. 1900
Denver, CO  80246
(303) 999-9999
(303) 320-1915 (fax)
Email: ktresemer@coloradolawyers.com

Russ Henkin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000
(215) 875-4604 (fax)
rhenkin@bm.net

**CERTIFICATE OF SERVICE**

      I, Sean Roberts, hereby certify that this document, filed through the ECF system, will be sent electronically on March 9, 2011 to the registered participants as identified on the Notice of Electronic Filing (NEF) and to the following recipients:

Hon. Allan van Gestel (via email attachment)
JAMS
One Beacon Street, Suite 2300
Boston, MA  02108
(617) 228-0200
(617) 228-0222 (fax)
allanvangestel@aol.com

Jeffrey L. Chase
Daniel V. Gsovski
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY  10004
(212) 471-8500
(212) 344-3333 (fax)
jchase@herzfeld-rubin.com
dgsovski@herzfeld-rubin.com

                                               */s/ Sean Roberts*
                                               Sean Roberts