# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Volkswagen and Audi | MDL Docket No. 1:07-md-01790 |
| Warranty Extension Litigation | |
| This Document Relates to All Cases | |

### PLAINTIFFS' NOTICE OF FILING OIL SLUDGE SETTLEMENT ADMINISTRATOR UPDATES AFFIDAVIT AND REPORT REGARDING OVERALL STATUS AS OF MARCH 8, 2011 REQUESTS FOR EXCLUSION AND OBJECTIONS FILED

Class Counsel hereby submits the Affidavit of Melissa D. Eisert of Rust Consulting, Inc., the Oil Sludge Settlement Administrator ("OSSA"), regarding overall status requests for Exclusion and Objections filed.

Dated: 3/9/11

Respectfully submitted,

 /s/ Peter J. McNulty
Peter J. McNulty
McNULTY LAW FIRM
827 Moraga Drive
Los Angeles, CA 90049
(310) 471-2707
(310) 472-7014
Email: peter@mcnultylaw.com


Kirk D. Tresemer
IRWIN & BOESEN, P.C.
4100 E. Mississippi Ave., Ste. 1900
Denver, CO  80246
(303) 999-9999
(303) 320-1915 (fax)
Email: ktresemer@coloradolawyers.com

Russ Henkin
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000
(215) 875-4604 (fax)
rhenkin@bm.net

## CERTIFICATE OF SERVICE

  I, Sean Roberts, hereby certify that this document, filed through the ECF system, will be sent electronically on March 9, 2011 to the registered participants as identified on the Notice of Electronic Filing (NEF) and to the following recipients:

Jeffrey L. Chase
Daniel V. Gsovski
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY  10004
(212) 471-8500
(212) 344-3333 (fax)
jchase@herzfeld-rubin.com
dgsovski@herzfeld-rubin.com

              */s/ Sean Roberts*
             Sean Roberts