**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In re Volkswagen and Audi
Warranty Extension Litigation

)
)
)
)
)  Case No.: 1:07-md-01790
)
)
)
)  **DECLARATION OF MELISSA D. EISERT**
)
)
)
)
)
)
)

I, Melissa Eisert, declare as follows:

1.     I am a resident of the United States of America, and am over the age of 18.  I am a Senior Project Administrator for Rust Consulting Inc. ("Rust Consulting"), which has been retained to serve as the Settlement Administrator in the Volkswagen and Audi Warranty Extension Litigation, Case Number 1:07-md-01790.  I am responsible for supervising the services provided by Rust Consulting for this matter.  I am competent to make this declaration.  I have personal knowledge of the facts contained in this declaration, and they are true and correct.

## I. EXPERIENCE OF RUST CONSULTING

2.     Rust Consulting specializes in class action notification and claims administration, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution.  Founded in 1976, Rust Consulting began its claims administration practice in 1989 and has extensive experience in class action matters, having provided services in class actions ranging in size from 100 to 100 million Class Members, and has provided notification and/or claims administration services for nearly 3,000 projects.

## II. OVERVIEW OF RUST CONSULTING'S RESPONSIBILITIES

3.     Rust Consulting's responsibilities in administering the settlement in this action to date have included the following:

      (a)     Publication of the Summary Notice;

      (b)     Mailing the Notice and Claim Form to Class Members;

      (c)     Establishing and maintaining a toll-free telephone line, including a 17 person team to field calls from Class Members;

      (d)     Renting a post office box to receive Claim Forms, undeliverable mail, and other communications from Class Members;

DECLARATION OF MELISSA D. EISERT

(e)     Tracing and forwarding undeliverable mail;

(f)     Receipt and processing of requests for exclusions from Class Members;

(g)     Establishing and maintaining a website (www.vwoilsludgesettlementsettlement.com) that provides Class Members with information about the proposed settlement and allows them to download settlement documents; and

(h)     Receipt and processing of Class Members' claims and determining eligibility for settlement benefits.

### III. PUBLICATION OF SUMMARY NOTICE

4.     In accordance with the Notice Plan described in the Settlement Agreement, Rust Consulting caused the publication of a legal advertisement in the first section of the National Edition of *USA Today*. The Summary Notice appeared in *USA Today* on page A9 on December 27, 2010. Rust Consulting also caused a second publication on January 25, 2011. A true and correct copy of the Summary Notice is attached as Exhibit A. A summary of the publication dates and page numbers is attached as Exhibit B.

### IV. MAILING OF NOTICE AND CLAIM FORM

5.     One of Rust Consulting's responsibilities was to cause the Notice to be mailed to current owners and/or lessees of record. The settlement called for notification to five (5) separate sub-classes based on Model year, type, and VIN of Settlement Class Vehicles. These 5 Sub-classes were then broken down between current and former owners and lessees to create ten (10) mailing categories. In December 2010, Rust Consulting received 1,603,031 records from the defendants in ten (10) separate files that corresponded to the correct mailing categories. Each data file contained the names, addresses, and Vehicle Identification Numbers ("VIN") of eligible Class Members. On December 20, 2010, Notices were mailed to 1,052,676 VW Class Members and

550,355 Audi Class Members for a total of 1,603,031 Notices.   The following summarizes the 10 mailing packets and the mailing content:

(a) M1AU – Current owners: Audi Notice, Audi Letter, Claim Form, Audi Revised Maintenance Schedule, Audi Benefit Inserts, Audi Oil sticker and instructions, Audi Oil Supplemental – 49,219 records

(b) M2AU – Former owners: Audi Notice, Audi Letter, Claim Form, Audi Benefit Inserts – 183,806 records

(c) M3AU – Current owners: Audi Notice, Audi Letter, Claim Form, Audi Revised Maintenance Schedule, Audi Benefit Inserts, Audi Oil sticker and instructions, Audi Oil Supplemental  – 24,874 records

(d) M4AU – Former owners: Former owners: Audi Notice, Audi Letter, Claim Form, Audi Benefit Inserts – 67,851 records

(e) M5AU – Current owners: Audi Notice, Audi Letter, Claim Form, Audi Revised Maintenance Schedule, Audi Benefit Inserts, Audi Oil sticker and instructions, Audi Oil Supplemental – 75,437 records

(f) M6AU – Former owners: Former owners: Audi Notice, Audi Letter, Claim Form, Audi Benefit Inserts – 149,168 records

(g) M7VW – Current owners: VW Notice, VW Letter, Claim Form, VW Revised Maintenance Schedule, VW Benefit Inserts, VW Oil sticker and instructions, VW Oil Supplemental – 111,145 records

(h) M8VW – Former owners: VW Notice, VW Letter, Claim Form, VW Benefit Inserts – 341,824 records

(i) M9VW – Current owners: VW Notice, VW Letter, Claim Form, VW Revised Maintenance Schedule, VW Benefit Inserts, VW Oil sticker and instructions, VW Oil Supplemental – 217,285 records

(j) M0VW – Former owners: VW Notice, VW Letter, Claim Form, VW Benefit Inserts – 382,422 records

6.    Each packet included a Notice, company letter, Claim Form, and Benefit Inserts. All current owners also received an engine sticker and instruction and an oil supplement.   True

DECLARATION OF MELISSA D. EISERT

1  and correct copies of each of the complete Notice packet components are attached as Exhibit C.

## V. TELEPHONE SUPPORT

7.      On December 20, 2010, Rust Consulting implemented a toll-free line, 1-877-522-0447, which allows callers to hear answers to frequently asked questions, request a Notice and Claim Form, and/or speak to a customer service representative.  As of March 6, 2011, Rust Consulting has received 6,392 calls with 4,201 of those being transferred to a customer service representative.

## VI. CLAIMANT COMMUNICATION

8.      Rust Consulting established Post Office Box 2410, Faribault MN, 55021-9110 to receive written communication from Class Members, including Claim Forms, exclusion requests, objections, and correspondence.  As of March 6, 2011, Rust Consulting has received 120 pieces of correspondence through the post office box.

9.      As of March 6, 2011, Rust Consulting has received 36 timely and valid exclusion requests.  The exclusion deadline for Class Members was February 3, 2011.  A list of the 36 timely exclusion requests received as of March 6, 2011 is attached as Exhibit D.

## VII. OBJECTIONS

10.     As of March 6, 2011, Rust Consulting has received 19 objections.  Of those 19 objections, one Class member, Mirta M. Rodriguez has withdrawn their objection.  The deadline for Class Members to submit objections was February 3, 2011.  A list of the remaining 18 timely objections received by Rust Consulting as of March 6, 2011 is attached as Exhibit E.

DECLARATION OF MELISSA D. EISERT

1

2

## VIII. UNDELIVERABLE NOTICES

3

4

5

6

7

8

11.     As of March 6, 2011, Rust Consulting has received 396,077 Notices returned from the United States Post Office as undeliverable without a forwarding address.  As of March 6, 2011, Rust Consulting has received 10,250 Notices returned from the United States Post Office with a forwarding address.  Rust Consulting updates the addresses and Notices are remailed.  As of March 6, 2011, Rust Consulting has remailed 10,175 Notices from updated forwarding addresses and continues to update addresses and remail Notices on a regular basis.

9

## IX. WEBSITE

10

11

12

13

14

15

16

17

18

12.     The website, www.vwoilsludgesettlement.com, was activated on December 20, 2010.  This website provides general information on the proposed settlement, provides answers to frequently asked questions for each sub-class, allows users to download Notices and Claim Forms, Settlement Agreement and Order Granting Preliminary Approval, allows users to search their VIN, and allows Class Members to email the Settlement Administrator (info@vwoilsludgessettlement.com).   As of March 6, 2011, there have been 20,393 visitors to the website with 9,734 of them being unique, and Rust Consulting has received 634 emails.

19

20

## X. CLAIM FORMS

21

22

23

13.     As of March 6, 2011, Rust Consulting has received 8,329 Claim Forms.

24

25

26

27

28

DECLARATION OF MELISSA D. EISERT

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and

2  correct.

3

4  DATED: March 8, 2011                    Executed at: Faribault, MN

5

6  By: *Melissa D. Eisert*

7                                          Melissa D. Eisert

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MELISSA D. EISERT

# Exhibit A

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Volkswagen and Audi Warranty Extension Litigation )<br><br>This Document Relates to All Cases | )<br>)   **Docket No. 1:07-md-01790**<br>) |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED SETTLEMENT AND HEARING

TO: **All current and former owners and lessees of model year 1998-2004 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines and 1997-2003 Audi A4 and A4 Cabriolet vehicles equipped with 1.8 Liter turbo engines, and model year 2004 Audi A4 and A4 Cabriolet vehicles equipped with 1.8 Liter turbo engines for which motor oil meeting VW specification 502 00 was not required as part of scheduled maintenance (2004 A4 vehicles with VIN Numbers below WAULC68E44A152304 and 2004 Cabriolet vehicles with VIN numbers below WAUAC48H04K014467) imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a Audi of America.**

If you are in the class of people defined above ("Settlement Class"), you are covered by a proposed settlement of this class action. Detailed Notices which describe the settlement terms, conditions, benefits and your rights to object to or request exclusion from the settlement have been mailed to persons and entities who are within the Settlement Class who can reasonably be identified.

**The Litigation:** Plaintiffs allege that the 1.8 liter turbo engines installed in Settlement Class Vehicles are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. The Defendants deny these allegations and deny any defect, wrongdoing or liability. The Court has not decided in favor of either side and has not decided whether these lawsuits can or should be certified as a class action for trial.

**The Settlement:** After extensive pre-trial litigation and discovery, both sides have agreed to a Settlement which the Plaintiffs, as Class Representatives, and their attorneys, believe to be fair and adequate. Pursuant to the Settlement terms:

- **All current and former owners and lessees** of Settlement Class Vehicles will be given the opportunity to request **reimbursement of unpaid claims** for oil sludge related engine repairs and engine replacements and certain reasonable associated expenses under the 8-year/ unlimited mileage extended warranty offered by defendants in August 2004, upon submission of specified documentation.
  - o **100% reimbursement** with proper documentation regarding last two required oil changes
  - o **50% reimbursement** without proper documentation regarding last two required oil changes
- **All Settlement Class Members** who currently own or lease Settlement Class Vehicles will also receive **revised oil maintenance recommendations**.
- **Current owners and lessees of 2001-2004 model year Settlement Class Vehicles** will also be eligible for an **Enhanced Oil Sludge Warranty Extension (10 years/120,000 miles)** based on specified conditions.
- **Current owners and lessees of 2001-2004 model year Settlement Class Vehicles** will receive a **$25 discount** off the price of an **oil and**

**filter change** on their Settlement Class Vehicles using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 at any authorized Volkswagen or Audi dealer.

A more detailed statement of the relief available under this Settlement, and the terms and conditions for obtaining the relief, is contained in the applicable mailed Class Notice and can also be obtained by contacting the Oil Sludge Settlement Administrator or visiting the Settlement website.

**Your Options:** You may remain in the Settlement Class, object to the Settlement, or exclude yourself from the Settlement. If you remain in the Settlement Class, and are eligible to submit a reimbursement claim, your claim form must be postmarked by June 27, 2011. Objections to the Settlement must be postmarked by February 3, 2011. Requests for exclusion must be postmarked by February 3, 2011. Your rights, and your options, are fully explained in the applicable mailed Notice and the settlement website.

**The Fairness Hearing:** On March 11, 2011 at 10:30 a.m., the Hon. Joseph M. Tauro will hold a fairness hearing at the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, to determine whether the proposed Settlement should be approved and to consider the application of Plaintiffs' Class Counsel for attorneys' fees and expenses and incentive awards for the representative Plaintiffs. The mailed Notice and settlement website contain additional details about the hearing, the proposed settlement, the class certification, and the legal rights of Settlement Class Members. All Settlement Class Members who do not timely request exclusion will be bound by the orders of the Court.

**Complete Notice and Other Information:** If you are a Settlement Class member and you did not receive a mailed Notice, you may receive one free of charge by writing immediately to: **Oil Sludge Settlement Administrator, P.O. Box 2410, Faribault, MN 55021-9110,** or by calling **1-877-522-0447** toll free, or by visiting the settlement website, **www.vwoilsludgesettlement.com** and requesting such Notice. When requesting a Notice, you must provide your name, address, year and model of vehicle, and vehicle identification number (VIN).

| | |
|---|---|
| *Plaintiff Lead Counsel* | *Defense Counsel* |
| Peter J. McNulty | Herzfeld & Rubin, P.C. |
| McNulty Law Firm | 125 Broad Street |
| 827 Moraga Dr. | New York, NY 10004 |
| Los Angeles, CA 90049 | |

THIS NOTICE IS ONLY A SUMMARY. Do not call the Clerk of the Court for additional information. Additional information can be found in the mailed Notice, by contacting the **Oil Sludge Settlement Administrator (1-877-522-0447** or **info@vwoilsludgesettlement. com**), and/or by visiting the settlement website, **www.vwoilsludgesettlement.com**.

Dated: December 27, 2010
BY ORDER OF THE COURT
Clerk

Exhibit B

# Media Buy Report

**VW Audi Warranty-USA Today Daily-Final as Implemented**



## Paid Media
### Print Media

| | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received? |
|---|---|---|---|---|
| **Newspaper(s)** | | | | |
| *USA Today (Mon-Thurs)* | 1/4 Page (5.37" x 10.5") | 12/27/2010 | A9 | Yes |
| *USA Today (Mon-Thurs) - East Coast* | 1/4 Page (5.37" x 10.5") | 1/25/11 | A9 | Yes |

Exhibit C

Audi of America, Inc.





**Subject: Class Action Settlement Notice**

Dear Audi Owner of <VIN>,

Our records show that you are a current or former owner or lessee of a 1997-2000 model year Audi A4 or A4 Cabriolet with a 1.8L turbo engine. We are writing to inform you that Audi of America, Inc. ("Audi") has agreed to a proposed class action settlement. The class action complaints allege that the 1.8L turbo engines are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Audi denies all the allegations in the class action complaints. Nonetheless, Audi has agreed to provide the opportunity to submit or re-submit a claim for reimbursement of unpaid claims for oil sludge related engine repairs or replacements, specified reasonable associated expenses, and other benefits, described below.

Audi of America, Inc.
2200 Ferdinand Porsche Dr.
Herndon, VA 20171
+1 703 364 7000
www.audiusa.com

**What is the Issue?**

Under certain conditions, the 1.8L turbo engine can encounter problems resulting from a condition known as oil sludge. The best protection against oil sludge is the use of oil conforming to oil quality standard VW 502 00 according to recommended oil change intervals. For that reason, we strongly recommend that you use engine oil that expressly conforms to Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

A vehicle with engine sludge may exhibit a **constantly or occasionally illuminated Red Engine Oil Pressure Warning light.**

**What Will Audi Do?**

You may be entitled to reimbursement under the August 2004 **8-year/unlimited mileage Extended Oil Sludge Warranty.** If you paid for sludge-related repairs or engine replacement in the past and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may re-submit your claim to the Oil Sludge Settlement Administrator.

If you can provide documentation of proper maintenance, you may be entitled to 100% reimbursement. If you cannot provide documentation of proper maintenance, you will be entitled to 50% reimbursement. The enclosed Class Notice explains how to make a claim for reimbursement. If you paid out of pocket expenses arising from the repair or replacement of your engine which you believe should have been covered under the 8-year/unlimited mileage Extended Oil Sludge Warranty, you may submit or re-submit your claim on or before June 27, 2011.

In addition, Audi has agreed to provide you with supplemental maintenance guidelines and standards with respect to engine oil maintenance for your vehicle. Enclosed are an owner's manual supplement, including a list of oils which are certified as complying with Audi oil quality standard VW 502 00, and an engine compartment sticker with instructions for application.



**Audi**

**What We Would Like You to Do**

- Audi strongly recommends that, (i) you follow the maintenance schedule in your owner's manual and have the engine oil changed at the prescribed oil change intervals, and (ii) you use only engine oil meeting Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

- A list of oils that (as of the printing date of this letter) meet Audi oil quality standard VW 502 00 is included in the enclosed owner's manual supplement.

- As a reminder that oil meeting Audi oil quality standard VW 502 00 is recommended for your vehicle, an engine compartment sticker with instructions for installing it on your vehicle is enclosed.

- Please remember: under some circumstances the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly under stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.

- If your vehicle has symptoms of engine oil sludge, please contact your authorized Audi dealer as soon as possible and arrange for an appointment, so that your vehicle can be serviced without delay.

- Please keep this letter with your Warranty Booklet and deliver it to any new owner, along with the owner's manual.

We regret any inconvenience this matter has caused, and we wish you many more years of driving pleasure with your vehicle. Thank you for driving an Audi!

Sincerely,

Audi of America, Inc.

Audi of America, Inc.





<DATE>

<CUSTOMER NAME>
<ADDRESS>
<ADDRESS>
<CITY/STATE/ZIP>

**Subject: Class Action Settlement Notice**

> **Enhanced Oil Sludge Warranty Extension for Certain 2001-2004 Model Year Audi A4 and A4 Cabriolet Vehicles Equipped with 1.8L Turbo Engine**

Dear Audi Owner of <VIN>,

Our records show that you are a current or former owner or lessee of a 2001-2004 model year Audi A4 or A4 Cabriolet with a 1.8L turbo engine. We are writing to inform you that Audi of America, Inc. ("Audi") has agreed to a proposed class action settlement, which is being submitted to the Court for approval. The class action complaints allege that the 1.8L turbo engines are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Audi denies all the allegations in the class action complaints. Nonetheless, if the Settlement is approved by the Court, Audi has agreed to provide an Enhanced Oil Sludge Warranty Extension covering oil sludge related engine repairs or engine replacements on certain 2001-2004 model year Audi A4 and A4 Cabriolet vehicles equipped with 1.8L turbo engines and other benefits referred to in the Class Notice.

Audi of America, Inc.
2200 Ferdinand Porsche Dr.
Herndon, VA  20171
+1 703 364 7000
www.audiusa.com

**What Is the Issue?**

Under certain conditions, the 1.8L turbo engine can encounter problems resulting from a condition known as oil sludge. The best protection against oil sludge is the use of oil conforming to Audi oil quality standard VW 502 00 according to recommended oil change intervals. For that reason, we strongly recommend that you use engine oil that expressly conforms to Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

A vehicle with engine sludge may exhibit a **constantly or occasionally illuminated Red Engine Oil Pressure Warning light.**

**What Will Audi Do?**

Audi is providing an Enhanced Oil Sludge Warranty Extension covering oil sludge related repairs or engine replacement for certain 2001-2004 model year Audi A4 and A4 Cabriolet vehicles equipped with the 1.8L turbo engines. **Any sludge related repairs or engine replacements must be performed at an authorized Audi dealer or they will not be covered.** The period of this extended warranty is 10 years or 120,000 miles whichever comes first, from the vehicle's original in-service date. In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you must use oil that meets Audi oil quality standard VW 502 00 or synthetic oil certified as complying with Audi oil quality standard VW 502 00. The vehicle's original in-service date is defined as the date the vehicle was delivered to either the original purchaser or the original lessee; or if the vehicle was first placed in service as a "demonstrator" or "company" car, on the date such vehicle was first placed in service.

The August 2004 **8-year/unlimited mileage Extended Warranty** remains in effect (provided you use the oil recommended in your owner's manual). But if you use oil that meets Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00, you will also be entitled to the 10-year/120,000-mile **Enhanced Oil Sludge Warranty Extension.**

The 8-year/unlimited mileage extended warranty and the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension are fully transferable to any subsequent owner and do not affect – and are in addition to – any other applicable warranty covering your vehicle.

AUL2



Page 2

During the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension period, Audi will provide warranty coverage for engine repairs required because of oil sludge, as long as you can provide documentation of (i) use of oil meeting Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 for all oil changes after your receipt of this letter, and (ii) oil changes at the intervals specified in the maintenance schedule for your vehicle. A detailed statement regarding coverage under the warranty extension is set forth in the enclosed Class Notice.

Audi is providing a one-time $25 oil change discount redeemable at any Audi dealership within one (1) year from the date of Final Judicial Approval of the settlement. This entitles you to a $25 discount off the price of an oil and filter change using oil that meets Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00. Please visit www.vwoilsludgesettlement.com to determine when this $25 discount becomes available.

## What We Would Like You to Do

- You must use oil meeting Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.
- If you choose to use the oil recommended in your original owner's manual, you will remain eligible for the 8-year/unlimited mileage warranty extension, but you will not be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.
- Audi strongly recommends that, (i) you follow the maintenance schedule in your owner's manual and have the engine oil changed at the prescribed oil change intervals, (ii) you use only engine oil meeting Audi oil quality standard VW 502 00 or a synthetic oil certified as complying with Audi oil quality standard VW 502 00, and (iii) keep records of the oil changes and oil used in order to obtain the benefit of the 10 year/120,000 mile extended warranty referred to above. If you do not follow these procedures, the Enhanced Oil Sludge Warranty Extension will not apply.
- A list of oils that (as of the printing date of this letter) meet Audi oil quality standard VW 502 00 is included in the enclosed owner's manual supplement.
- As a reminder that oil meeting Audi oil quality standard VW 502 00 is recommended for your vehicle, an engine compartment sticker with instructions for installing it on your vehicle is enclosed.
- Please remember: under some circumstances the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly under stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.
- If your vehicle has symptoms of engine oil sludge, please contact your authorized Audi dealer as soon as possible and arrange for an appointment, so that your vehicle can be serviced without delay.
- Please keep this letter with your Warranty Booklet and deliver it to any new owner, along with the owner's manual.

## Reimbursement for Engine Repair or Engine Replacement

If you paid for sludge-related repairs or engine replacement in the past and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may re-submit your claim to the Settlement Administrator.

If you can provide documentation of proper maintenance, you may be entitled to 100% reimbursement. If you cannot provide documentation of proper maintenance, you will be entitled to 50% reimbursement. The enclosed Class Notice explains how to make a claim for reimbursement.

We regret any inconvenience this matter has caused, and we wish you many more years of driving pleasure with your vehicle. Thank you for driving an Audi!

Sincerely,

Audi of America, Inc.

AUL2





<CUSTOMER NAME>
<ADDRESS>
<ADDRESS>
<CITY/STATE/ZIP>

Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

**Subject: Class Action Settlement Notice**

Dear Volkswagen Owner of <VIN>,

Our records show that you are a current or former owner or lessee of a 1998-2000 model year Volkswagen Passat or Passat Wagon with a 1.8L turbo engine. We are writing to inform you that Volkswagen Group of America, Inc. ("Volkswagen") has agreed to a proposed class action settlement. The class action complaints allege that the 1.8L turbo engines are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Volkswagen denies all the allegations in the class action complaints. Nonetheless, Volkswagen has agreed to provide you the opportunity to submit or re-submit a claim for reimbursement of unpaid claims for oil sludge related engine repairs or replacements, specified reasonable associated expenses, and other benefits, described below.

**What Is the Issue?**

Under certain conditions, the 1.8L turbo engine can encounter problems resulting from a condition known as oil sludge. The best protection against oil sludge is the use of oil conforming to VW specification 502 00 according to recommended oil change intervals. For that reason, we strongly recommend that you use engine oil that expressly conforms to VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00.

A vehicle with engine sludge may exhibit a **constantly or occasionally illuminated Red Engine Oil Pressure Warning light.**

**What Will Volkswagen Do?**

You may be entitled to reimbursement under the August 2004 **8-year/unlimited mileage Extended Oil Sludge Warranty.** If you paid for sludge-related repairs or engine replacement in the past and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may re-submit your claim to the Oil Sludge Settlement Administrator.

If you can provide documentation of proper maintenance, you may be entitled to 100% reimbursement. If you cannot provide documentation of proper maintenance, you will be entitled to 50% reimbursement. The enclosed Class Notice explains how to make a claim for reimbursement. If you paid out of pocket expenses arising from the repair or replacement of your engine which you believe should have been covered under the 8-year/unlimited mileage Extended Oil Sludge Warranty, you may submit or re-submit your claim on or before June 27, 2011.

In addition, Volkswagen has agreed to provide you with supplemental maintenance guidelines and standards with respect to engine oil maintenance for your vehicle. Enclosed are an owner's manual supplement, including a list of oils which are certified as complying with VW specification 502 00, and an engine compartment sticker with instructions for application.

**What We Would Like You to Do**

- Volkswagen strongly recommends that, (i) you follow the maintenance schedule in your owner's manual and have the engine oil changed at the prescribed oil change intervals, and (ii) you use only engine oil meeting VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00.
- A list of oils that (as of the printing date of this letter) meet VW specification 502 00 is included in the enclosed owner's manual supplement.
- As a reminder that oil meeting VW specification 502 00 is recommended for your vehicle, an engine compartment sticker with instructions for installing it on your vehicle is enclosed.
- Please remember: under some circumstances the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly under stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.
- If your vehicle has symptoms of engine oil sludge, please contact your authorized Volkswagen dealer as soon as possible and arrange for an appointment, so that your vehicle can be serviced without delay.
- Please keep this letter with your Warranty Booklet and deliver it to any new owner, along with the owner's manual.

We regret any inconvenience this matter has caused, and we wish you many more years of driving pleasure with your vehicle.  Thank you for driving a Volkswagen!

Sincerely,

Volkswagen Group of America, Inc.

VWL3

<DATE>

<CUSTOMER NAME>
<ADDRESS>
<ADDRESS>
CITY/STATE/ZIP>

Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

**Subject: Class Action Settlement Notice**

**Enhanced Oil Sludge Warranty Extension for 2001-2004 Model Year
Volkswagen Passat and Passat Wagon Vehicles Equipped with 1.8L Turbo Engine**

Dear Volkswagen Owner,

Our records show that you are a current or former owner or lessee of a 2001-2004 model year Volkswagen Passat or Passat Wagon with a 1.8L turbo engine. We are writing to inform you that Volkswagen Group of America, Inc. ("Volkswagen") has agreed to a proposed class action settlement, which is being submitted to the Court for approval. The class action complaints allege that the 1.8L turbo engines are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Volkswagen denies all the allegations in the class action complaints. Nonetheless, if the Settlement is approved by the Court, Volkswagen has agreed to provide an Enhanced Oil Sludge Warranty Extension covering oil sludge related engine repairs or engine replacements on 2001-2004 model year Volkswagen Passat and Passat Wagon vehicles equipped with 1.8L turbo engines and other benefits referred to in the Class Notice.

**What Is the Issue?**

Under certain conditions, the 1.8L turbo engine can encounter problems resulting from a condition known as oil sludge. The best protection against oil sludge is the use of oil conforming to VW specification 502 00 according to recommended oil change intervals. For that reason, we strongly recommend that you use engine oil that expressly conforms to VW specification 502 00 or a synthetic oil certified as complying with VW oil quality standard 502 00.

A vehicle with engine sludge may exhibit a **constantly or occasionally illuminated Red Engine Oil Pressure Warning light.**

**What Will Volkswagen Do?**

Volkswagen is providing an Enhanced Oil Sludge Warranty Extension covering oil sludge related repairs or engine replacement for 2001-2004 model year Volkswagen Passat vehicles equipped with the 1.8L turbo engines. **Any sludge related repairs or engine replacements must be performed at an authorized Volkswagen dealer or they will not be covered.** The period of this extended warranty is 10 years or 120,000 miles whichever comes first, from the vehicle's original in-service date. In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you must use oil that meets Volkswagen specification 502 00 or synthetic oil certified as complying with Volkswagen specification 502 00. The vehicle's original in-service date is defined as the date the vehicle was delivered to either the original purchaser or the original lessee; or if the vehicle was first placed in service as a "demonstrator" or "company" car, on the date such vehicle was first placed in service.

The August 2004 **8-year/unlimited mileage Extended Warranty** remains in effect (provided you use the oil recommended in your owner's manual). But if you use oil that meets VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00, you will also be entitled to the 10-year/120,000-mile **Enhanced Oil Sludge Warranty Extension**.

The 8-year/unlimited mileage extended warranty and the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension are fully transferable to any subsequent owner and do not affect – and are in addition to – any other applicable warranty covering your vehicle.

During the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension period, Volkswagen will provide warranty coverage for engine repairs required because of oil sludge, as long as you can provide documentation of (i) use of oil meeting VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00 for all oil changes after your receipt of this letter, and (ii) oil changes at the intervals specified in the maintenance schedule for your vehicle. A detailed statement regarding coverage under the warranty extension is set forth in the enclosed Class Notice.

Volkswagen is providing a one-time $25 oil change discount redeemable at any Volkswagen dealership within one (1) year from the date of Final Judicial Approval of the settlement. This entitles you to a $25 discount off the price of an oil and filter change using oil that meets VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00. Please visit www.vwoilsludgesettlement.com to determine when this $25 discount becomes available.

## What We Would Like You to Do

- You <u>must</u> use oil meeting VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00 to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.
- If you choose to use the oil recommended in your original owner's manual, you will remain eligible for the 8-year/unlimited mileage warranty extension, but you will not be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.
- Volkswagen strongly recommends that, (i) you follow the maintenance schedule in your owner's manual and have the engine oil changed at the prescribed oil change intervals, (ii) you use only engine oil meeting VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00, and (iii) keep records of the oil changes and oil used in order to obtain the benefit of the 10 year/120,000 mile extended warranty referred to above. If you do not follow these procedures, the Enhanced Oil Sludge Warranty Extension will not apply.
- A list of oils that (as of the printing date of this letter) meet VW specification 502 00 is included in the enclosed owner's manual supplement.
- As a reminder that oil meeting VW specification 502 00 is recommended for your vehicle, an engine compartment sticker with instructions for installing it on your vehicle is enclosed.
- Please remember: under some circumstances the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly under stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.
- If your vehicle has symptoms of engine oil sludge, please contact your authorized Volkswagen dealer as soon as possible and arrange for an appointment, so that your vehicle can be serviced without delay.
- Please keep this letter with your Warranty Booklet and deliver it to any new owner, along with the owner's manual.

## Reimbursement for Engine Repair or Engine Replacement

If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Settlement Administrator.

If you can provide documentation of proper maintenance, you may be entitled to 100% reimbursement. If you cannot provide documentation of proper maintenance, you will be entitled to 50% reimbursement. The enclosed Class Notice explains how to make a claim for reimbursement.

We regret any inconvenience this matter has caused, and we wish you many more years of driving pleasure with your vehicle. Thank you for driving a Volkswagen!

Sincerely,

Volkswagen Group of America, Inc.

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re Volkswagen and Audi | : | Docket No. 1:07-md-01790 |
| Warranty Extension Litigation | : | |
| | : | |
| | : | |
| | : | |
| This Document Relates to All Cases | : | |

TO: ALL CURRENT AND FORMER OWNERS AND LESSEES OF MODEL YEAR 1997–2000 <u>AUDI A4 AND A4 CABRIOLET</u> VEHICLES EQUIPPED WITH <u>1.8 LITER TURBO ENGINES</u>, IMPORTED OR DISTRIBUTED FOR SALE OR LEASE IN THE UNITED STATES BY VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA.

This Notice advises you of a proposed Class Action Settlement of the above-captioned actions, the conditional certification of the Class, the Hearing before the Court to determine the fairness, adequacy and reasonableness of the proposed Settlement and the application of Class Counsel for fees, reimbursement of costs and expenses in the prosecution of these actions and incentive payments to the representative Plaintiffs. This proposed Settlement is intended to resolve consolidated lawsuits related to complaints of oil sludge in affected Settlement Class Vehicles by providing certain **cash reimbursements** for sludge-related engine repairs or engine replacement, and providing **revised maintenance recommendations** concerning use of the proper engine oil.

YOU SHOULD READ THE ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR NOT. YOUR RIGHTS AND OPTIONS ARE EXPLAINED IN THIS NOTICE.

- For current owners or lessees, this package also includes a customer letter, a Supplement to your Owner's Manual with current information and recommendations regarding oil maintenance applicable to your Settlement Class Vehicle and an oil maintenance reminder sticker to be placed under the hood of your vehicle according to the enclosed instructions.

- Please place the Supplement in your Owner's Manual so that you and anyone servicing your vehicle will be in a position to observe and follow it and affix the oil maintenance reminder sticker under the hood of your vehicle according to the enclosed instructions.

- If you are not the current owner or lessee of the vehicle, please pass on this entire package to the current owner or lessee.

AUN1                                        -1-

## CONTENTS

**BASIC INFORMATION**     **PAGE 2**
1. WHY DID YOU GET THIS NOTICE PACKAGE?
2. HOW CAN YOU GET MORE INFORMATION?
3. WHAT ARE THESE LAWSUITS ABOUT?
4. WHAT IS A CLASS ACTION?
5. WHY IS THERE A PROPOSED SETTLEMENT?
6. DOES THIS NOTICE AFFECT YOU?

**THE SETTLEMENT BENEFITS – WHAT YOU GET**     **PAGE 4**
7. WHAT DOES THE SETTLEMENT PROVIDE TO YOU?
8. WHAT DOES THE SETTLEMENT PROVIDE TO THE ENTIRE CLASS?
9. WHAT CLAIMS WILL YOU RELEASE?

**THE LAWYERS REPRESENTING YOU**     **PAGE 6**
10. WHO IS REPRESENTING THE SETTLEMENT CLASS?
11. HOW WILL THE LAWYERS BE PAID?

**YOUR OPTIONS**     **PAGE 6**
12. HOW CAN YOU EXCLUDE YOURSELF FROM THE SETTLEMENT?
13. HOW CAN YOU OBJECT TO THE SETTLEMENT?
14. WHAT DOES IT MEAN TO OBJECT?
15. HOW DO YOU FILE AN OBJECTION TO THE SETTLEMENT?
16. WHEN AND WHERE WILL THE COURT DECIDE
    WHETHER TO APPROVE THE SETTLEMENT?
17. DO YOU HAVE TO GO TO THE FAIRNESS HEARING?
18. MAY YOU SPEAK AT THE HEARING?

**GETTING MORE INFORMATION**     **PAGE 8**
19. ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

### BASIC INFORMATION

#### 1. Why did you get this notice package?

According to our records, you or someone in your family may have purchased or leased a **Model Year 1997-2000 Audi A4 or A4 Cabriolet** vehicle equipped with a **1.8 liter turbo engine**, imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a "Audi of America" (referred to hereinafter as "Audi"). These vehicles have been included in the proposed Settlement Class of lawsuits consolidated for pretrial proceedings in the United States District Court for the District of Massachusetts (the "Court") and assigned to the Hon. Joseph L. Tauro.

The Court has ordered this Notice to be sent to you because you have a right to know about the proposed Settlement of a class action lawsuit and about all of your options. This Notice explains the lawsuit, the proposed Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

#### 2. How can you get more information?

You can contact the **Oil Sludge Settlement Administrator** or visit **www.vwoilsludgesettlement.com** for answers to questions about the proposed Settlement. **Please do not contact the Court. Personnel there will not be able to answer your questions.**

AUN1             -2-

## 3. What are these lawsuits about?

In the class action complaints which were filed beginning in January 2006, the Plaintiffs allege that the 1.8 liter turbo engines installed in Settlement Class Vehicles are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Plaintiffs further allege that the August 2004 Extended Oil Sludge Warranty (8 years/ unlimited mileage) violated applicable consumer protection laws. The Defendants deny any defect, wrongdoing, or liability whatsoever and deny that this litigation could be certified as a class action for trial.

---

**NOTICE**
**1997 - 2000 AUDI A4 WITH 1.8L TURBO ENGINE**

- You should use only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 in the 1.8L Turbo engine.
- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).
- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.
- At the time of printing, <u>all</u> the engine oils Audi is aware of that meet Audi oil quality standard VW 502 00 are <u>synthetic</u>-based.
- Audi strongly recommends you use Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.
- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.
- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

---

## 4. What is a class action?

In a class action, one or more persons called Class Representatives are allowed to sue as plaintiffs on behalf of people who assert similar claims (<u>i.e.</u>, "Class Members").

## 5. Why is there a proposed Settlement?

After extensive pre-trial litigation and discovery, both sides have agreed to a Settlement. By agreeing to a Settlement, both sides avoid the costs and risks of a trial, and members of the Settlement Class obtain the benefits provided in the Settlement. The Court has not decided in favor of either side and has not decided whether these lawsuits can or should be certified as a class action for trial. The Plaintiffs, acting as Class Representatives, and their attorneys believe that the Settlement is fair and adequate.

## 6. Does this notice affect you?

The proposed Settlement Class, which the Court has conditionally certified, includes persons who fit the following description:

> **All current and former owners of record or lessees of Model Year 1997-2000 Audi A4 or A4 Cabriolet vehicles equipped with a 1.8 liter turbo engine imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a Audi of America.**

AUN1                                      -3-

If you fit within this description, this Notice applies to you.

The Settlement Class Vehicles described above is a subclass of a broader proposed Settlement Class, which includes all current and former owners and lessees of 1998-2004 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines, as well as certain 1997-2004 Audi A4 vehicles equipped with 1.8 liter turbo engines, imported and distributed for sale or lease in the United States by Audi. The relief available to each subclass varies based on the terms of the Settlement.

If you have owned or leased any other Settlement Class Vehicle(s) within this broader definition, and you have not received a Notice regarding such Settlement Class Vehicle(s), please consult the Settlement website, **www.vwoilsludgesettlement. com** or contact the Oil Sludge Settlement Administrator by e-mail at **info@vwoilsludgesettlement.com** or toll free, at **1-877-522-0447**, to obtain the appropriate Notice(s) applicable to any such Settlement Class Vehicle(s) which you own or lease or have ever owned or leased, and/or as to which you want to review the relief provided.

### THE SETTLEMENT BENEFITS – WHAT YOU GET

| SUMMARY OF SETTLEMENT BENEFITS |
|---|
| • You may be entitled to reimbursement under the August 2004 **8-year/ unlimited mileage Extended Warranty**. |
| • If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator. |
|    o  100% Reimbursement with proper documentation regarding last two required oil changes |
|    o  50% Reimbursement without proper documentation regarding last two required oil changes |
| • NOTE: For additional information, see details below. |

### 7. What does the Settlement provide to you?

Pursuant to the Settlement terms, Audi has agreed to a **reimbursement of Unpaid Extended Oil Sludge Warranty Claims**, supplemental maintenance **guidelines** and standards with respect to **engine oil maintenance** and other benefits as explained in greater detail below. The details of these programs, as they apply to the subclass of Settlement Class Vehicles described in this Notice, are as follows:

<u>Unpaid Oil Sludge Extended Warranty Claims (8 years/unlimited mileage - current and former owners and lessees)</u>

If you have paid out of pocket expenses arising from the **repair** or **replacement** of your engine which you believe should be covered or reimbursed under the Extended Oil Sludge Warranty issued by Audi in August 2004, you may **submit or resubmit** your claim. **A claim form is enclosed.**

To be eligible for reimbursement, your claim and supporting documentation must be submitted on or before June 27, 2011. Any claims received after June 27, 2011 will not be considered for reimbursement.

AUN1                                                    -4-

**100 % Reimbursement:** If you can submit documentary proof of performance of the last two oil changes required by your maintenance schedule prior to the repair or replacement with oil quality as originally specified by the owner's manual applicable to your vehicle, with a permissible variance of 20% of the time and mileage intervals, you will be reimbursed 100% for parts and labor, plus reasonable associated expenses, i.e., towing and/or rental car costs (up to a combined limit of $250) of the covered repair or replacement.

**50% Reimbursement:** If you cannot provide such proof, Audi will pay 50% of documented parts, labor and reasonable associated expenses with respect to the repair or replacement.

Audi will not pay any claim for personal injury (including physical, psychological, or mental injury), for death, or for damage to property other than engines of Settlement Class Vehicles, as part of the Settlement, because claims of this type are not affected or released in any way by the Settlement.

You will be advised of the decision on your claim within sixty (60) days. However, payments may be delayed if the Court's decision approving the Settlement is appealed and may not be made if the Settlement is not approved. Up to date information as to the status of the Settlement can be obtained at www.vwoilsludgesettlement.com or by calling 1-877-522-0447 toll free.

### Education/Information Materials (current owners and lessees)

Defendants have prepared and are disseminating with this Notice to current owners and lessees of Settlement Class Vehicles the following education/information material containing relevant information concerning sludge and customer measures, including the use of Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00, as well as appropriate user behavior which may help to control and/or ameliorate sludge formation:

    (a) A customer letter;
    (b) Owner's Manual Supplement, including a list of oils which are certified as complying with Audi oil quality standard VW 502 00;
    (c) An engine compartment sticker, with instructions for application; and
    (d) Information as to the available engine oils which are certified as complying with Audi oil quality standard VW 502 00 will be maintained and updated from time to time on the Settlement website, www.vwoilsludgesettlement.com.

### 8.  What does the Settlement provide to the Entire Class?

Pursuant to the Settlement terms, all current and former owners and lessees of model year 1997-2004 Audi A4 Settlement Class vehicles equipped with the 1.8 liter turbo engine imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a Audi of America, Inc. will be given the opportunity to request reimbursement of unpaid claims for oil sludge related engine repairs or replacements and reasonable associated expenses as described in Section 7 above. All Settlement Class Members who currently own or lease Settlement Class Vehicles will receive revised oil maintenance recommendations.

Current owners and lessees of 2001-2004 model year Settlement Class Vehicles will also be eligible for an Enhanced Oil Sludge Warranty Extension. A more detailed statement of the relief available to each sub-class of Settlement Class Vehicles can be accessed at www.vwoilsludgesettlement.com, or by contacting the **Oil Sludge Settlement Administrator: Oil Sludge Settlement Administrator, PO Box 2410, Faribault, MN 55021-9110, or 1-877-522-0447, toll free.**

### 9. What claims will you release?

In connection with the Settlement, unless you exclude yourself from the Class, you will release (*i.e.*, give up) all claims that were made or that you could have made in these lawsuits. This Settlement does <u>not</u> affect or release claims for personal injury (including physical, psychological, or mental injury), death, or damage to property other than engines of Settlement Class Vehicles.

The entities released are the Defendants Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, and their present or former officers, directors, employees, agents, heirs, executors, administrators, successors, reorganized successors, assigns, subsidiaries, affiliates, parents, divisions, predecessors, and authorized dealers.

#### THE LAWYERS REPRESENTING YOU

### 10. Who is representing the Settlement Class?

You and the other Settlement Class Members are represented by The McNulty Law Firm, Irwin & Boesen, P.C., and Berger & Montague, P.C. They believe the Settlement to be fair, reasonable and adequate and recommend the Settlement as in the best interests of the Class. These lawyers are called Class Counsel. You will not be charged for the services of these lawyers. These lawyers will be paid by Audi in an amount to be approved by the Court, without deducting or reducing any benefits available to the Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 11. How will the lawyers be paid?

Class Counsel will ask the Court for up to $37.5 Million for attorneys' fees and up to approximately $1.75 Million for reimbursement of costs and expenses incurred in the prosecution and settlement of these actions. The Defendants do not dispute Class Counsel's entitlement to an appropriate fee and reimbursement for cost and expenses, but may oppose the amounts requested by Class Counsel. The Defendants will pay whatever attorneys' fees and costs and expenses that the Court awards without reducing or limiting any of the benefits available to Settlement Class Members.

Any contested proceedings as to fees, costs, expenses and reimbursement to the Representative Plaintiffs will proceed separately from any proceedings seeking approval of the Settlement terms. In this manner, if the Court approves the Settlement terms other than fees, costs and compensation to the Representative Plaintiffs, Audi will be obligated to provide all of the relief agreed to for Settlement Class Members, regardless of the progress or outcome of any such dispute.

#### YOUR OPTIONS

You may either become a member of the Settlement Class or you may "Opt Out" and exclude yourself from the Settlement, as explained in Section 12 below. You do not need to do anything to become a member of the Settlement Class.

### 12. How can you exclude yourself from the Settlement?

**You have the right to "opt out" and exclude yourself from the proposed Settlement.** Any Class Member who intends to request exclusion from the Settlement Class must mail a request for exclusion to Oil Sludge Settlement Administrator, P.O. Box 2410, Faribault, MN 55021-9110. **This request must be postmarked no later than February 3, 2011.** Persons requesting exclusion must set forth their full name and

AUN1                                    -6-

current address and list the make, model year, and, if available, the vehicle identification number of their Settlement Class Vehicle(s). **If you do not exclude yourself from this Settlement, you will be bound by the Settlement and any judgments or orders that are entered in these lawsuits, and all claims that were or could have been asserted on your behalf, based upon the facts alleged in the complaints in these cases, will be dismissed and released. By excluding yourself from the proposed Settlement, you will give up your right to object to the Settlement and ask the Court not to approve the Settlement.**

### 13. How can you object to the Settlement?

If you do not agree with the Settlement or some part of it, you have the right to object. This includes Class Counsel's request for payment of attorneys' fees and costs. If you exclude yourself from the Settlement Class, you give up your right to object to the Settlement, the application for attorneys' fees and costs and expenses, and incentive awards to the Representative Plaintiffs.

### 14. What does it mean to object?

Objecting is advising the Court that you disagree with the proposed Settlement and/or the application for attorneys' fees and costs and expenses. The fact that you object will not affect your rights under the Settlement or your status as a member of the Settlement Class.

### 15. How do you file an objection to the Settlement?

To object, you (or your attorney) must file your Objection with the Court on or before February 3, 2011. Objectors must state in writing their full name, address, make, model year and vehicle identification number of their Settlement Class Vehicle, all objections and the reasons therefore, and include any and all supporting papers, including proof of membership in the Class and, if applicable, the objector's statement of intent to appear at the Fairness Hearing. If you do not timely file a written Objection and notice of your intent to appear at the Fairness Hearing, you will not be permitted to object at the Fairness Hearing to the Settlement or to any matters related to the Settlement or to the provisions of the Settlement Agreement, and you will be foreclosed from seeking review by appeal or otherwise. **To object, you must file your Objection with Hon. Joseph L. Tauro, United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, with courtesy copies to the additional addresses below, postmarked no later than February 3, 2011. You must mail your Objection by this date. If you fail to do so, the Court will not consider your Objection.**

CLASS COUNSEL

Peter J. McNulty
McNulty Law Firm
827 Moraga Dr.
Los Angeles, CA 90049

Kirk D. Tresemer
Irwin & Boesen, P.C.
4100 E. Mississippi Ave.,
Ste. 1900
Denver, CO 80246

Russell D. Henkin
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103

DEFENSE COUNSEL

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004

OIL SLUDGE SETTLEMENT ADMINISTRATOR
Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-9110

**ALL PAPERS SUBMITTED MUST INCLUDE THE CASE NUMBER: 1:07-MD-01790**
AUN1                                    -7-

**16.   When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing on March 11, 2011, at 10:30 a.m., at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 in Courtroom 22. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including the relief to the Settlement Class, Class Counsel's application for attorney's fees and reimbursement of costs and expenses and reimbursement to the Representative Plaintiffs for their time, effort and services to the Class. If there are Objections, the Court will consider them. The Court will also decide what amount of Class Counsel's fees and expenses will be paid.

**17.   Do you have to go to the Fairness Hearing?**

No. If you send an Objection, you do not have to go to the Court to discuss it. As long as your Objection is postmarked by February 3, 2011, the Court will consider it. If you do not object to the Settlement, you do not need to appear at the Fairness Hearing. You do have the right to attend. You also may have your own lawyer attend at your expense.

**18.   May you speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you (or your attorney) must send a letter saying that it is your "Notice of Intention to Appear." Be sure to include your name, address and telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than February 3, 2011, and sent to the Clerk of the Court, with courtesy copies to Class Counsel, Defendants' Counsel and the Oil Sludge Settlement Administrator at the addresses indicated in Item 15.

<u>GETTING MORE INFORMATION</u>

**19.   Are there more details about the Settlement?**

This Notice summarizes the proposed Settlement. More details are in the Notices to the other subclasses. You can get a copy of the other Notices and/or the Settlement Agreement by accessing the Settlement website at **www.vwoilsludgesettlement.com**, or by request to the Oil Sludge Settlement Administrator. **Remember, please do not contact the Court.** Personnel there cannot give you additional information.

DATE: December 20, 2010.

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Volkswagen and Audi | :   Docket No. 1:07-md-01790 |
| Warranty Extension Litigation | : |
| | : |
| ———————————————————— | : |
| | : |
| This Document Relates to All Cases | : |
| ———————————————————— | : |

TO: ALL CURRENT AND FORMER OWNERS AND LESSEES OF MODEL YEAR <u>2001-2003</u> <u>AUDI A4 AND A4 CABRIOLET</u> VEHICLES EQUIPPED WITH <u>1.8 LITER TURBO ENGINES</u>, AND MODEL YEAR <u>2004 AUDI A4 AND A4 CABRIOLET</u> VEHICLES EQUIPPED WITH <u>1.8 LITER TURBO ENGINES</u> FOR WHICH MOTOR OIL MEETING AUDI OIL QUALITY STANDARD VW 502 00 WAS NOT REQUIRED AS PART OF SCHEDULED MAINTENANCE (2004 A4 VEHICLES WITH VIN NUMBERS  BELOW WAULC68E44A152304 AND 2004 CABRIOLET VEHICLES WITH VIN NUMBERS BELOW WAUAC48H04K014467) IMPORTED OR DISTRIBUTED FOR SALE OR LEASE IN THE UNITED STATES BY VOLKSWAGEN OF AMERICA, INC., d/b/a AUDI OF AMERICA.

This Notice advises you of a proposed Class Action Settlement of the above-captioned actions, the conditional certification of the Class, the Hearing before the Court to determine the fairness, adequacy and reasonableness of the proposed Settlement and the application of Class Counsel for fees, reimbursement of costs and expenses in the prosecution of these actions and incentive payments to the representative plaintiffs. This proposed Settlement is intended to resolve consolidated lawsuits related to complaints of oil sludge in affected Settlement Class Vehicles by providing certain cash reimbursements, making available the **Enhanced Oil Sludge Warranty Extension coverage** (10 years/120,000 miles) for sludge-related engine repairs or engine replacement, and providing **revised maintenance recommendations** concerning use of the proper engine oil.

YOU SHOULD READ THE ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR NOT. YOUR RIGHTS AND OPTIONS ARE EXPLAINED IN THIS NOTICE.

- For current owners or lessees, this package also includes a customer letter, a Supplement to your Owner's Manual with current information and recommendations regarding oil maintenance applicable to your Settlement Class Vehicle and an oil maintenance reminder sticker to be placed under the hood of your vehicle according to the enclosed instructions.

- Please place the Supplement in your Owner's Manual so that you and anyone servicing your vehicle will be in a position to observe and follow it and affix the oil maintenance reminder sticker under the hood of your vehicle according to the enclosed instructions.

- If you are not the current owner or lessee of the vehicle, please pass on this entire package to the current owner or lessee.

AUN2

| CONTENTS | |
|---|---|

**BASIC INFORMATION**                                                      **PAGE 2**
1.  WHY DID YOU GET THIS NOTICE PACKAGE?
2.  HOW CAN YOU GET MORE INFORMATION?
3.  WHAT ARE THESE LAWSUITS ABOUT?
4.  WHAT IS A CLASS ACTION?
5.  WHY IS THERE A PROPOSED SETTLEMENT?
6.  DOES THIS NOTICE AFFECT YOU?

**THE SETTLEMENT BENEFITS – WHAT YOU GET**                                 **PAGE 5**
7.  WHAT DOES THE SETTLEMENT PROVIDE TO YOU?
8.  WHAT DOES THE SETTLEMENT PROVIDE TO THE ENTIRE CLASS?
9.  WHAT CLAIMS WILL YOU RELEASE?

**THE LAWYERS REPRESENTING YOU**                                           **PAGE 9**
10. WHO IS REPRESENTING THE SETTLEMENT CLASS?
11. HOW WILL THE LAWYERS BE PAID?

**YOUR OPTIONS**                                                           **PAGE 10**
12. HOW CAN YOU EXCLUDE YOURSELF FROM THE SETTLEMENT?
13. HOW CAN YOU OBJECT TO THE SETTLEMENT?
14. WHAT DOES IT MEAN TO OBJECT?
15. HOW DO YOU FILE AN OBJECTION TO THE SETTLEMENT?
16. WHEN AND WHERE WILL THE COURT DECIDE
        WHETHER TO APPROVE THE SETTLEMENT?
17. DO YOU HAVE TO GO TO THE FAIRNESS HEARING?
18. MAY YOU SPEAK AT THE HEARING?

**GETTING MORE INFORMATION**                                               **PAGE 12**
19. ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

## BASIC INFORMATION

| 1.  Why did you get this notice package? |
|---|

According to our records, you or someone in your family may have purchased or leased a **Model Year 2001-2003 Audi A4 and A4 Cabriolet** vehicle equipped with a **1.8 liter turbo engine**, or a **Model Year 2004 Audi A4 and A4 Cabriolet** vehicle equipped with a **1.8 liter turbo engine** for which motor oil meeting Audi oil quality standard VW 502 00 was not required as part of scheduled maintenance (2004 A4 vehicles with VIN numbers below WAULC68E44A152304 and 2004 Cabriolet vehicles with VIN numbers below WAUAC48H04K014467), imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a "Audi of America" (referred to hereinafter as "Audi"). These vehicles have been included in the proposed Settlement Class of lawsuits consolidated for pretrial proceedings in the United States District Court for the District of Massachusetts (the "Court") and assigned to the Hon. Joseph L. Tauro.

The Court has ordered this Notice to be sent to you because you have a right to know about the proposed Settlement of a class action lawsuit and about all of your options. This Notice explains the lawsuit, the proposed Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

AUN2                                  -2-

**2. How can you get more information?**

You can contact the **Oil Sludge Settlement Administrator** or visit www.vwoilsludgesettlement.com for answers to questions about the proposed Settlement. **Please do not contact the Court.** Personnel there will not be able to answer your questions.

**3. What are these lawsuits about?**

In the class action complaints which were filed beginning in January 2006, the Plaintiffs allege that the 1.8 liter turbo engines installed in Settlement Class Vehicles are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Plaintiffs further allege that the August 2004 Extended Oil Sludge Warranty (8 years/ unlimited mileage) violated applicable consumer protection laws. The Defendants deny any defect, wrongdoing, or liability whatsoever and deny that this litigation could be certified as a class action for trial.

| NOTICE |
| --- |
| **2001 – 2004 AUDI A4 WITH 1.8L TURBO ENGINE** |
| • You should use only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 in the 1.8L Turbo engine.<br>• The 1.8L Turbo engine requires quality engine lubrication (oil).<br>• Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.<br>• At the time of printing, all the engine oils Audi is aware of that meet Audi oil quality standard VW 502 00 are synthetic-based.<br>• If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.<br>• Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.<br>• Engine damage caused by using the wrong engine oil is not covered by the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.<br>• In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you must use oil that conforms to Audi oil quality standard 502 00 or synthetic oil certified as complying with Audi oil quality standard VW 502 00. You must maintain oil change records which document the use of Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 at the specified service intervals to be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. If you choose to use the oil recommended in the owner's manual, you are still entitled to the benefits of the August 2004 8-year/unlimited mileage Extended Warranty.<br>• Any sludge related repairs or engine replacements must be performed at an authorized Audi dealer or they will not be covered. |

AUN2                                    -3-

**4.  What is a class action?**

In a class action, one or more persons called Class Representatives are allowed to sue as plaintiffs on behalf of people who assert similar claims (*i.e.*, "Class Members").

**5.  Why is there a proposed Settlement?**

After extensive pre-trial litigation and discovery, both sides have agreed to a Settlement. By agreeing to a Settlement, both sides avoid the costs and risks of a trial, and members of the Settlement Class obtain the benefits provided in the Settlement. The Court has not decided in favor of either side and has not decided whether these lawsuits can or should be certified as a class action for trial. The Plaintiffs, acting as Class Representatives, and their attorneys believe that the Settlement is fair and adequate.

**6.  Does this notice affect you?**

The proposed Settlement Class, which the Court has conditionally certified, includes persons who fit the following description:

**All current and former owners of record or lessees of Model Year 2001-2003 Audi A4 and A4 Cabriolet vehicles equipped with 1.8 liter turbo engines, and Model Year 2004 Audi A4 and A4 Cabriolet vehicles equipped with 1.8 liter turbo engines for which motor oil meeting Audi oil quality standard VW 502 00 was not required as part of scheduled maintenance (2004 A4 vehicles with VIN numbers below WAULC68F44A152304 and 2004 Cabriolet vehicles with VIN numbers below WAUAC48H04K014467) imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a Audi of America.**

If you fit within this description, this Notice applies to you.

The Settlement Class Vehicles described above is a subclass of a broader proposed Settlement Class, which includes all current and former owners and lessees of 1998-2004 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines, as well as certain 1997-2004 Audi A4 vehicles equipped with 1.8 liter turbo engines, imported and distributed for sale or lease in the United States by Audi.  The relief available to each subclass varies based on the terms of the Settlement.

If you have owned or leased any other Settlement Class Vehicle(s) within this broader definition, and you have not received a Notice regarding such Settlement Class Vehicle(s), please consult the Settlement website, **www.vwoilsludgesettlement.com** or contact the Oil Sludge Settlement Administrator by e-mail at **info@vwoilsludgesettlement.com** or toll free, at **1-877-522-0447**, to obtain the appropriate Notice(s) applicable to any such Settlement Class Vehicle(s) which you own or lease or have ever owned or leased, and/or as to which you want to review the relief provided.

<u>THE SETTLEMENT BENEFITS – WHAT YOU GET</u>

| SUMMARY OF SETTLEMENT BENEFITS |
| --- |
| • The August 2004 **8-year/unlimited mileage Extended Warranty** remains in effect (you may continue to use the oil recommended in your owner's manual).<br>• If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.<br>   o   100% Reimbursement with proper documentation regarding last two required oil changes<br>   o   50% Reimbursement without proper documentation regarding last two required oil changes<br>• In addition, if you are a current owner, you will have a **10-year/120,000-mile Enhanced Oil Sludge Warranty Extension** if you use Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.<br>• If your vehicle suffers sludge-related damage <u>in the future</u> (10 years/120,000 miles), be advised that **any sludge-related repairs or engine replacements must be performed at an authorized Audi dealer or they will not be covered.**<br>   o   100% Reimbursement with proper documentation of required oil changes<br>• You are entitled to a one-time $25 discount off the price of an oil change at any authorized Audi dealer using Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00, which must be used within one (1) year after the Final Judicial Approval Date.<br>• IMPORTANT: To protect your rights to the benefits of the Enhanced Oil Sludge Warranty Extension, you must:<br>   a.  Use the correct oil.<br>   b.  Change your oil according to the schedule in the owner's manual.<br>   c.  <u>**Keep your receipts and records of oil changes.**</u><br>• NOTE: For additional information, see details below. |

**7.  What does the Settlement provide to you?**

Pursuant to the Settlement terms, Audi has agreed to an **Enhanced Oil Sludge Warranty Extension** (10 years/120,000 miles) and supplemental maintenance guidelines and standards with respect to **engine oil maintenance**, as well as reimbursement of **Unpaid Extended Oil Sludge Warranty Claims**, and other benefits as explained in greater detail below. The details of these programs, as they apply to the subclass of Settlement Class Vehicles described in this Notice, are as follows:

<u>**Unpaid Oil Sludge Extended Warranty Claims (8 years/unlimited mileage - current and former owners and lessees)**</u>

If you have paid out of pocket expenses arising from the **repair** or **replacement** of your engine which you believe should be covered or reimbursed under the Extended Oil Sludge Warranty issued by Audi in August 2004, you may **submit** or **resubmit** your claim. **A claim form is enclosed.**

AUN2                                        -5-

To be eligible for reimbursement, your claim and supporting documentation must be submitted on or before June 27, 2011. Any claims received after June 27, 2011 will not be considered for reimbursement.

**100% Reimbursement:** If you can submit documentary proof of performance of the last two oil changes required by your maintenance schedule prior to the repair or replacement with oil quality as originally specified by the owner's manual applicable to your vehicle, with a permissible variance of 20% of the time and mileage intervals, you will be reimbursed 100% for parts and labor, plus reasonable associated expenses, i.e., towing and/or rental car costs (up to a combined limit of $250) of the covered repair or replacement.

**50% Reimbursement:** If you cannot provide such proof, Audi will pay 50% of documented parts, labor and reasonable associated expenses with respect to the repair or replacement.

Audi will not pay any claim for personal injury (including physical, psychological, or mental injury), for death, or for damage to property other than engines of Settlement Class Vehicles, as part of the Settlement, because claims of this type are not affected or released in any way by the Settlement.

You will be advised of the decision on your claim within sixty (60) days. However, payments may be delayed if the Court's decision approving the Settlement is appealed and may not be made if the Settlement is not approved. Up to date information as to the status of the Settlement can be obtained at www.vwoilsludgesettlement.com or by calling 1-877-522-0447 toll free.

Enhanced Oil Sludge Warranty Extension (current owners or lessees only)

Audi is instituting an Enhanced Oil Sludge Warranty Extension applicable to the 2001-2004 Audi A4 Settlement Class Vehicles with 1.8 liter turbo engines identified in this Notice, for 10 years or 120,000 miles, whichever comes first, after the date the Settlement Class Vehicle enters service in the hands of the first retail purchaser or lessee or as a company car. **To maintain the Enhanced Oil Sludge Warranty Extension, you must perform all scheduled oil maintenance from this point forward at currently specified intervals using only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.** Accordingly, to qualify for engine repair or engine replacement at any authorized Audi dealer under the Enhanced Oil Sludge Warranty Extension, you will be required to provide proof that you have used only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 for all oil changes required 30 days after the date this Notice is mailed.

**100% Reimbursement:** If an oil sludge related engine repair or replacement becomes necessary before the first two specified oil change intervals 30 days after the date this Notice is mailed, you will qualify for 100% coverage, parts and labor, provided that you can document the last two required oil changes before the repair or replacement, using the engine oil required by the owner's manual originally supplied for your vehicle at the time of its first entering into service.

**50% Reimbursement:** If you cannot provide such documentation, you will qualify for 50% parts and labor coverage for oil sludge related engine repairs or replacements.

AUN2                          -6-

**100% Reimbursement:** For oil sludge related engine repair or replacement which becomes necessary after the first two specified oil change intervals 30 days after the date this Notice is mailed, engine repairs or replacements due to oil sludge will be covered 100%, but only if you can document that all oil and filter changes required 30 days after the date this Notice is mailed have been performed at the required interval using Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

Full details of this warranty extension are set forth below.

With respect to Sludge Related Engine Repairs or Sludge Related Engine Replacements required after the date of Class Notice, eligibility for coverage under the <u>Enhanced Oil Sludge Warranty Extension</u> will be as follows:

(1) *Payment of Repair Costs After Class Notice (Two or More Required Oil Changes Using Audi oil quality standard VW 502 00):* The Settlement Class Member shall be provided with Engine Repair and/or Engine Replacement at 100% parts and labor if, at the time of such Engine Repair or Engine Replacement, two or more oil and filter changes have been required by the maintenance schedule applicable to the Settlement Class Vehicle since 30 days after the date that Class Notice is mailed and the Settlement Class Member submits Proof of all such oil changes after receipt of Class Notice using Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

(2) *Payment of Repair Costs After Class Notice (One Required Oil Change Using Audi oil quality standard VW 502 00):* (a) The Settlement Class Member shall be provided with Engine Repair and/or Engine Replacement at 100% parts and labor if, at the time of such Engine Repair/Engine Replacement, only one oil and filter change has been required by the maintenance schedule applicable to the Settlement Class Vehicle since 30 days after the date that Class Notice is mailed and the Settlement Class Member submits (i) Proof of one oil and filter change after receipt of Class Notice using Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 and (ii) Proof of the last oil and filter change required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the date of the Class Notice with oil quality as originally specified in the owner's manual applicable to the Settlement Class Vehicle.

(a) If Proof that one oil and filter change using Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 is submitted, but Proof of the last oil and filter change required by the maintenance schedule applicable to the Settlement Class Vehicle prior to 30 days after the date that Class Notice is mailed with oil quality as originally specified in the owner's manual applicable to the Settlement Class Vehicle is not submitted, then the Settlement Class Member shall be compensated fifty percent (50%) for the Engine Repair and/or Engine Replacement.

(3) *Payment of Repair Costs After Class Notice (No Required Oil Change Using Audi oil quality standard VW 502 00):* (a) The Settlement Class Member shall be provided with Engine Repair and/or Engine Replacement at 100%

AUN2                                    -7-

parts and labor if, at the time of such Engine Repair/Engine Replacement, no oil and filter change has been required by the maintenance schedule applicable to the Settlement Class Vehicle since 30 days after the date that Class Notice is mailed and the Settlement Class Member submits Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to receiving the Class Notice with oil quality as originally specified by the owner's manual applicable to the Settlement Class Vehicle.

(a) If Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to 30 days after the date that Class Notice is mailed with oil quality as originally specified by the owner's manual applicable to the Settlement Class Vehicle is not submitted, the Settlement Class Member shall be compensated fifty percent (50%) for the Engine Repair and/or the Engine Replacement.

(4) *Payment of Repair Costs Before the Date of Class Notice and After Expiration of the Eight Year Extended Engine Warranty:* (a) The Settlement Class Member shall be reimbursed 100% for Engine Repair and/or Engine Replacement and Reasonable Associated Expenses if the Settlement Class Member submits Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the Engine Repair and/or Engine Replacement, in accordance with the maintenance schedule applicable to the Settlement Class Vehicle, with a permissible variance of twenty percent (20%) of the time and mileage intervals.

(a) If Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the Engine Repair and/or Engine Replacement, in accordance with the maintenance schedule applicable to the Settlement Class Vehicle with a permissible variance of twenty percent (20%) of the time and mileage intervals, is not submitted, the Settlement Class Member shall be compensated fifty percent (50%) for the Engine Repair and/or Engine Replacement.

(b) To qualify for reimbursement under this provision, the Settlement Class Member shall be required to submit a Claim form, signed under penalty of perjury (in form annexed hereto) and Proof of all Reasonable Associated Expenses plus Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the Engine Repair and/or Engine Replacement, in accordance with the maintenance schedule applicable to the Settlement Class Vehicle. Any claims for this reimbursement must be made within six (6) months after the date that Class Notice is mailed.

### $ 25 Oil Change Discount

You are entitled to a one time $25 discount off the price of an oil and filter change on your Settlement Class Vehicle using Audi oil quality standard VW 502 00 oil or synthetic oil certified as complying with Audi oil quality standard VW 502 00 at any authorized Audi dealer within one (1) year after the Final Judicial Approval Date.

AUN2                                -8-

**Education/Information Materials (current owners and lessees)**

Defendants have prepared and are disseminating with this Notice to current owners and lessees of Settlement Class Vehicles the following education/information material containing relevant information concerning sludge and customer measures, including the use of Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00, as well as appropriate user behavior which may help to control and/or ameliorate sludge formation:

    (a) A customer letter;
    (b) Owner's Manual Supplement, including a list of oils which are certified as complying with Audi oil quality standard VW 502 00;
    (c) An engine compartment sticker, with instructions for application; and
    (d) Information as to the available engine oils which are certified as complying with Audi oil quality standard VW 502 00 will be maintained and updated from time to time on the Settlement website, www.vwoilsludgesettlement.com.

**8. What does the Settlement provide to the Entire Class?**

Pursuant to the Settlement terms, all current and former owners and lessees of model year 1997-2004 Audi A4 Settlement Class Vehicles equipped with the 1.8 liter turbo engine imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. d/b/a Audi of America, Inc. will be given the opportunity to request reimbursement of unpaid claims for oil sludge related engine repairs or replacements and reasonable associated expenses as described in Section 7 above. All Settlement Class Members who currently own or lease Settlement Class Vehicles will receive revised oil maintenance recommendations.

Current owners and lessees of 2001-2004 model year Settlement Class Vehicles will also be eligible for the Enhanced Oil Sludge Warranty Extension described in section 7 above. A more detailed statement of the relief available to each sub-class of Settlement Class Vehicles can be accessed at www.vwoilsludgesettlement.com, or by contacting the **Oil Sludge Settlement Administrator: Oil Sludge Settlement Administrator, PO Box 2410, Faribault, MN 55021-9110, or 1-877-522-0447, toll free.**

**9. What claims will you release?**

In connection with the Settlement, unless you exclude yourself from the Class, you will release (*i.e.*, give up) all claims that were made or that you could have made in these lawsuits. This Settlement does **not** affect or release claims for personal injury (including physical, psychological, or mental injury), death, or damage to property other than engines of Settlement Class Vehicles.

The entities released are the Defendants Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, and their present or former officers, directors, employees, agents, heirs, executors, administrators, successors, reorganized successors, assigns, subsidiaries, affiliates, parents, divisions, predecessors, and authorized dealers.

### THE LAWYERS REPRESENTING YOU

**10. Who is representing the Settlement Class?**

You and the other Settlement Class Members are represented by The McNulty Law Firm, Irwin & Boesen, P.C., and Berger & Montague, P.C. They believe the Settlement to be fair, reasonable and adequate and recommend the Settlement as in the best

Interests of the Class. These lawyers are called Class Counsel. You will not be charged for the services of these lawyers. These lawyers will be paid by Audi in an amount to be approved by the Court, without deducting or reducing any benefits available to the Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 11.   How will the lawyers be paid? |
|---|

Class Counsel will ask the Court for up to $37.5 Million for attorneys' fees and up to approximately $1.75 Million for reimbursement of costs and expenses incurred in the prosecution and settlement of these actions. The Defendants do not dispute Class Counsel's entitlement to an appropriate fee and reimbursement for cost and expenses, but may oppose the amounts requested by Class Counsel. The Defendants will pay whatever attorneys' fees and costs and expenses that the Court awards without reducing or limiting any of the benefits available to Settlement Class Members.

Any contested proceedings as to fees, costs, expenses and reimbursement to the Representative Plaintiffs will proceed separately from any proceedings seeking approval of the Settlement terms. In this manner, if the Court approves the Settlement terms other than fees, costs and compensation to the Representative Plaintiffs, Audi will be obligated to provide all of the relief agreed to for Settlement Class Members, regardless of the progress or outcome of any such dispute.

### YOUR OPTIONS

| You may either become a member of the Settlement Class or you may "Opt-Out" and exclude yourself from the Settlement, as explained in Section 12 below. You do not need to do anything to become a member of the Settlement Class. |
|---|

| 12.   How can you exclude yourself from the Settlement? |
|---|

**You have the right to "opt out" and exclude yourself from the proposed Settlement.** Any Class Member who intends to request exclusion from the Settlement Class must mail a request for exclusion to Oil Sludge Settlement Administrator, P.O. Box 2410, Faribault, MN 55021-9110. **This request must be postmarked no later than February 3, 2011.** Persons requesting exclusion must set forth their full name and current address and list the make, model year, and, if available, the vehicle identification number of their Settlement Class Vehicle(s). **If you do not exclude yourself from this Settlement, you will be bound by the Settlement and any judgments or orders that are entered in these lawsuits, and all claims that were or could have been asserted on your behalf, based upon the facts alleged in the complaints in these cases, will be dismissed and released. By excluding yourself from the proposed Settlement, you will also give up your right to object to the Settlement and ask the Court not to approve the Settlement.**

| 13.   How can you object to the Settlement? |
|---|

If you do not agree with the Settlement or some part of it, you have the right to object. This includes Class Counsel's request for payment of attorneys' fees and costs. If you exclude yourself from the Settlement Class, you give up your right to object to the Settlement, the application for attorneys' fees and costs and expenses, and incentive awards to the Representative Plaintiffs.

AUN2                                     -10-

**14.  What does it mean to object?**

Objecting is advising the Court that you disagree with the proposed Settlement and/or the application for attorneys' fees and costs and expenses.  The fact that you object will not affect your rights under the Settlement or your status as a member of the Settlement Class.

**15.  How do you file an objection to the Settlement?**

To object, you (or your attorney) must file your Objection with the Court on or before February 3, 2011.  Objectors must state in writing their full name, address, make, model year and vehicle identification number of their Settlement Class Vehicle, all objections and the reasons therefore, and include any and all supporting papers, including proof of membership in the Class and, if applicable, the objector's statement of intent to appear at the Fairness Hearing.  If you do not timely file a written Objection and notice of your intent to appear at the Fairness Hearing, you will not be permitted to object at the Fairness Hearing to the Settlement or to any matters related to the Settlement or to the provisions of the Settlement Agreement, and you will be foreclosed from seeking review by appeal or otherwise.  **To object, you must file your Objection with Hon. Joseph L. Tauro, United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, with courtesy copies to the additional addresses below, postmarked no later than February 3, 2011. You must mail your Objection by this date.  If you fail to do so, the Court will not consider your Objection.**

CLASS COUNSEL

| | | |
|---|---|---|
| Peter J. McNulty | Kirk D. Tresemer | Russell D. Henkin |
| McNulty Law Firm | Irwin & Boesen, P.C. | Berger & Montague, P.C. |
| 827 Moraga Dr. | 4100 E. Mississippi Ave., | 1622 Locust St. |
| Los Angeles, CA  90049 | Ste. 1900 | Philadelphia, PA  19103 |
| | Denver, CO  80246 | |

DEFENSE COUNSEL

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004

OIL SLUDGE SETTLEMENT ADMINISTRATOR
Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-9110

ALL PAPERS SUBMITTED MUST INCLUDE THE CASE NUMBER: 1:07-MD-01790

**16.  When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing on March 11, 2011, at 10:30 a.m., at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 in Courtroom 22.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including the relief to the Settlement Class, Class Counsel's application for attorney's fees and reimbursement of costs and expenses and reimbursement to the Representative Plaintiffs for their time, effort and services to the Class.  If there are Objections, the Court will consider them. The Court will also decide what amount of Class Counsel's fees and expenses will be paid.

AUN2                                        -11-

**17. Do you have to go to the Fairness Hearing?**

No. If you send an Objection, you do not have to go to the Court to discuss it. As long as your Objection is postmarked by February 3, 2011, the Court will consider it. If you do not object to the Settlement, you do not need to appear at the Fairness Hearing. You do have the right to attend. You also may have your own lawyer attend at your expense.

**18. May you speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you (or your attorney) must send a letter saying that it is your "Notice of Intention to Appear." Be sure to include your name, address and telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than February 3, 2011, and sent to the Clerk of the Court, with courtesy copies to Class Counsel, Defendants' Counsel and the Oil Sludge Settlement Administrator at the addresses indicated in Item 15.

## GETTING MORE INFORMATION

**19. Are there more details about the Settlement?**

This Notice summarizes the proposed Settlement. More details are in the Notices to the other subclasses. You can get a copy of the other Notices and/or the Settlement Agreement by accessing the Settlement website at www.vwoilsludgesettlement.com, or by request to the Oil Sludge Settlement Administrator. **Remember, please do not contact the Court.** Personnel there cannot give you additional information.

DATE: December 20, 2010.

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re Volkswagen and Audi | : | Docket No. 1:07-md-01790 |
| Warranty Extension Litigation | : | |
| | : | |
| | : | |
| _____ | : | |
| | : | |
| This Document Relates to All Cases | : | |
| _____ | : | |

TO ALL CURRENT AND FORMER OWNERS AND LESSEES OF MODEL YEAR <u>1998-2000 VOLKSWAGEN PASSAT</u> VEHICLES EQUIPPED WITH <u>1.8 LITER TURBO ENGINES</u>, IMPORTED OR DISTRIBUTED FOR SALE OR LEASE IN THE UNITED STATES BY VOLKSWAGEN OF AMERICA, INC.

This Notice advises you of a proposed Class Action Settlement of the above-captioned actions, the conditional certification of the Class, the Hearing before the Court to determine the fairness, adequacy and reasonableness of the proposed Settlement and the application of Class Counsel for fees, reimbursement of costs and expenses in the prosecution of these actions and incentive payments to the Representative Plaintiffs. This proposed Settlement is intended to resolve consolidated lawsuits related to complaints of oil sludge in affected Settlement Class Vehicles by providing certain **cash reimbursements** for sludge-related engine repairs or engine replacement, and providing **revised maintenance recommendations** concerning use of the proper engine oil.

YOU SHOULD READ THE ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR NOT. YOUR RIGHTS AND OPTIONS ARE EXPLAINED IN THIS NOTICE.

- For current owners or lessees, this package also includes a customer letter, a Supplement to your Owner's Manual with current information and recommendations regarding oil maintenance applicable to your Settlement Class Vehicle and an oil maintenance reminder sticker to be placed under the hood of your vehicle according to the enclosed instructions.

- Please place the Supplement in your Owner's Manual so that you and anyone servicing your vehicle will be in a position to observe and follow it and affix the oil maintenance reminder sticker under the hood of your vehicle according to the enclosed instructions.

- If you are not the current owner or lessee of the vehicle, please pass on this entire package to the current owner or lessee.

## CONTENTS

**BASIC INFORMATION** — PAGE 2
1. Why Did You Get This Notice Package?
2. How Can You Get More Information?
3. What Are These Lawsuits About?
4. What Is A Class Action?
5. Why Is There A Proposed Settlement?
6. Does This Notice Affect You?

**THE SETTLEMENT BENEFITS – WHAT YOU GET** — PAGE 4
7. What Does The Settlement Provide To You?
8. What Does The Settlement Provide To the entire Class?
9. What Claims will You Release?

**THE LAWYERS REPRESENTING YOU** — PAGE 6
10. Who is representing the Settlement Class?
11. How Will The Lawyers Be Paid?

**YOUR OPTIONS** — PAGE 6
12. How Can You Exclude Yourself From The Settlement?
13. How Can You Object To The Settlement?
14. What Does It Mean To Object?
15. How Do You File An Objection to the Settlement?
16. When And Where Will The Court Decide Whether To Approve The Settlement?
17. Do You have To Go To The Fairness Hearing?
18. May You Speak at The Hearing?

**GETTING MORE INFORMATION** — PAGE 8
19. Are There More Details About The Settlement?

### BASIC INFORMATION

### 1. Why did you get this notice package?

According to our records, you or someone in your family may have purchased or leased a **model year 1998-2000 Volkswagen Passat** vehicle equipped with a **1.8 liter turbo engine**, imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. (now named Volkswagen Group of America, Inc., and referred to hereinafter as "VWGoA"). These vehicles have been included in the proposed Settlement Class of lawsuits consolidated for pretrial proceedings in the United States District Court for the District of Massachusetts (the "Court") and assigned to the Hon. Joseph L. Tauro.

The Court has ordered this Notice to be sent to you because you have a right to know about the proposed Settlement of a class action lawsuit and about all of your options. This Notice explains the lawsuit, the proposed Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

### 2. How can you get more information?

You can contact the **Oil Sludge Settlement Administrator** or **visit www.vwoilsludgesettlement.com** for answers to questions about the proposed Settlement. **Please do not contact the Court. Personnel there will not be able to answer your questions.**

VWN3                                   -2-

## 3.  What are these lawsuits about?

In the class action complaints which were filed beginning in January 2006, the Plaintiffs allege that the 1.8 liter turbo engines installed in Settlement Class Vehicles are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Plaintiffs further allege that the August 2004 Extended Oil Sludge Warranty (8 years/ unlimited mileage) violated applicable consumer protection laws.  The Defendants deny any defect, wrongdoing, or liability whatsoever and deny that this litigation could be certified as a class action for trial.

---

**NOTICE**
**1998 – 2000 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE**

- You should use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 in the 1.8L Turbo engine.
- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).
- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.
- At the time of printing, <u>all</u> the engine oils Volkswagen is aware of that meet VW specification 502 00 are <u>synthetic</u>-based.
- Volkswagen strongly recommends you use VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00.
- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.
- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

---

## 4.  What is a class action?

In a class action, one or more persons called Class Representatives are allowed to sue as plaintiffs on behalf of people who assert similar claims (*i.e.*, "Class Members").

## 5.  Why is there a proposed Settlement?

After extensive pre-trial litigation and discovery, both sides have agreed to a Settlement. By agreeing to a Settlement, both sides avoid the costs and risks of a trial, and members of the Settlement Class obtain the benefits provided in the Settlement. The Court has not decided in favor of either side and has not decided whether these lawsuits can or should be certified as a class action for trial. The Plaintiffs, acting as Class Representatives, and their attorneys believe that the Settlement is fair and adequate.

## 6.  Does this notice affect you?

The proposed Settlement Class, which the Court has conditionally certified, includes persons who fit the following description:

> **All current and former owners of record or lessees of model year 1998-2000 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines, imported or distributed for sale or lease in the United States by Volkswagen of America, Inc.**

VWN3                                                    -3-

If you fit within this description, this Notice applies to you.

The Settlement Class Vehicles described above is a subclass of a broader proposed Settlement Class, which includes all current and former owners and lessees of 1998-2004 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines, as well as certain 1997-2004 Audi A4 vehicles equipped with 1.8 liter turbo engines, imported and distributed for sale or lease in the United States by VWGoA. The relief available to each subclass varies based on the terms of the Settlement.

If you have owned or leased any other Settlement Class Vehicle(s) within this broader definition, and you have not received a Notice regarding such Settlement Class Vehicle(s), please consult the Settlement website, **www.vwoilsludgesettlement. com** or contact the Oil Sludge Settlement Administrator by e-mail at **info@vwoilsludgesettlement.com** or toll free, at 1-877-522-0447, to obtain the appropriate Notice(s) applicable to any such Settlement Class Vehicle(s) which you own or lease or have ever owned or leased, and/or as to which you want to review the relief provided.

### The Settlement Benefits – What You Get

| Summary of Settlement Benefits |
|---|
| • You may be entitled to reimbursement under the August 2004 **8-year/ unlimited mileage Extended Warranty.**<br>• If you paid for sludge-related repairs or engine replacement in the past and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.<br>    ○ 100% Reimbursement with proper documentation regarding last two required oil changes<br>    ○ 50% Reimbursement without proper documentation regarding last two required oil changes<br>• NOTE: For additional information, see details below. |

**7. What does the Settlement provide to you?**

Pursuant to the Settlement terms, VWGoA has agreed to a **reimbursement of Unpaid Extended Oil Sludge Warranty Claims,** supplemental maintenance **guidelines** and standards with respect to **engine oil maintenance** and other benefits as explained in greater detail below. The details of these programs, as they apply to the subclass of Settlement Class Vehicles described in this Notice, are as follows:

**Unpaid Oil Sludge Extended Warranty Claims (8 years/unlimited mileage - current and former owners and lessees)**

If you have paid out of pocket expenses arising from the **repair or replacement** of your engine which you believe should be covered or reimbursed under the Extended Oil Sludge Warranty issued by VWGoA in August 2004, you may **submit or resubmit** your claim. **A claim form is enclosed.**

To be eligible for reimbursement, your claim and supporting documentation must be submitted on or before June 27, 2011. Any claims received after June 27, 2011 will not be considered for reimbursement.

VWN3                                    -4-

**100% Reimbursement:** If you can submit documentary proof of performance of the last two oil changes required by your maintenance schedule prior to the repair or replacement with oil quality as originally specified by the owner's manual applicable to your vehicle, with a permissible variance of 20% of the time and mileage intervals, you will be reimbursed 100% for parts and labor, plus reasonable associated expenses, i.e., towing and/or rental car costs (up to a combined limit of $250) of the covered repair or replacement.

**50% Reimbursement:** If you cannot provide such proof, VWGoA will pay 50% of documented parts, labor and reasonable associated expenses with respect to the repair or replacement.

VWGoA will <u>not</u> pay any claim for personal injury (including physical, psychological, or mental injury), for death, or for damage to property other than engines of Settlement Class Vehicles, as part of the Settlement, because claims of this type are not affected or released in any way by the Settlement.

You will be advised of the decision on your claim within sixty (60) days.  However, payments may be delayed if the Court's decision approving the Settlement is appealed and may not be made if the Settlement is not approved.  Up to date information as to the status of the Settlement can be obtained at www.vwoilsludgesettlement.com or by calling 1-877-522-0447 toll free.

<u>Education/Information Materials (current owners and lessees)</u>

Defendants have prepared and are disseminating with this Notice to current owners and lessees of Settlement Class Vehicles the following education/information material containing relevant information concerning sludge and customer measures, including the use of VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00, as well as appropriate user behavior which may help to control and/or ameliorate sludge formation:

    (a)  A customer letter;
    (b)  Owner's Manual Supplement, including a list of oils which are certified as complying with VW specification 502 00;
    (c)  An engine compartment sticker, with instructions for application; and
    (d)  Information as to the available engine oils which are certified as complying with VW specification 502 00 will be maintained and updated from time to time on the Settlement website, www.vwoilsludgesettlement.com.

**8.  What does the Settlement provide to the Entire Class?**

Pursuant to the Settlement terms, all current and former owners and lessees of model year 1998-2004 Volkswagen Passat vehicles equipped with the 1.8 liter turbo engine imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. will be given the opportunity to request reimbursement of unpaid claims for oil sludge related engine repairs or replacements and reasonable associated expenses as described in Section 7 above.  All Settlement Class Members who currently own or lease Settlement Class Vehicles will receive revised oil maintenance recommendations.

Current owners and lessees of 2001-2004 model year Settlement Class Vehicles will also be eligible for an Enhanced Oil Sludge Warranty Extension.  A more detailed statement of the relief available to each sub-class of Settlement Class Vehicles can be accessed at www.vwoilsludgesettlement.com, or by contacting the **Oil Sludge Settlement Administrator: Oil Sludge Settlement Administrator, PO Box 2410, Faribault, MN 55021-9110, or 1-877-522-0447, toll free.**

VWN3                                                           -5-

### 9. What claims will you release?

In connection with the Settlement, unless you exclude yourself from the Class, you will release (*i.e.*, give up) all claims that were made or that you could have made in these lawsuits. This Settlement does not affect or release claims for personal injury (including physical, psychological, or mental injury), death, or damage to property other than engines of Settlement Class Vehicles.

The entities released are the Defendants Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, and their present or former officers, directors, employees, agents, heirs, executors, administrators, successors, reorganized successors, assigns, subsidiaries, affiliates, parents, divisions, predecessors, and authorized dealers.

### THE LAWYERS REPRESENTING YOU

### 10. Who is representing the Settlement Class?

You and the other Settlement Class Members are represented by The McNulty Law Firm, Irwin & Boesen, P.C., and Berger & Montague, P.C. They believe the Settlement to be fair, reasonable and adequate and recommend the Settlement as in the best interests of the Class. These lawyers are called Class Counsel. You will not be charged for the services of these lawyers. These lawyers will be paid by VWGoA in an amount to be approved by the Court, without deducting or reducing any benefits available to the Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 11. How will the lawyers be paid?

Class Counsel will ask the Court for up to $37.5 Million for attorneys' fees and up to approximately $1.75 Million for reimbursement of costs and expenses incurred in the prosecution and settlement of these actions. The Defendants do not dispute Class Counsel's entitlement to an appropriate fee and reimbursement for cost and expenses, but may oppose the amounts requested by Class Counsel. The Defendants will pay whatever attorneys' fees and costs and expenses that the Court awards without reducing or limiting any of the benefits available to Settlement Class Members.

Any contested proceedings as to fees, costs, expenses and reimbursement to the Representative Plaintiffs will proceed separately from any proceedings seeking approval of the Settlement terms. In this manner, if the Court approves the Settlement terms other than fees, costs and compensation to the Representative Plaintiffs, VWGoA will be obligated to provide all of the relief agreed to for Settlement Class Members, regardless of the progress or outcome of any such dispute.

### YOUR OPTIONS

You may either become a member of the Settlement Class or you may "Opt-Out" and exclude yourself from the Settlement, as explained in Section 12 below. You do not need to do anything to become a member of the Settlement Class.

### 12. How can you exclude yourself from the Settlement?

**You have the right to "opt out" and exclude yourself from the proposed Settlement.** Any Class Member who intends to request exclusion from the Settlement Class must mail a request for exclusion to Oil Sludge Settlement Administrator, P.O. Box 2410, Faribault, MN 55021-9110. **This request must be postmarked no later than February 3, 2011.** Persons requesting exclusion must set forth their full name and current

VWN3                                    -6-

address and list the make, model year, and, if available, the vehicle identification number of their Settlement Class Vehicle(s). **If you do not exclude yourself from this Settlement, you will be bound by the Settlement and any judgments or orders that are entered in these lawsuits, and all claims that were or could have been asserted on your behalf, based upon the facts alleged in the complaints in these cases, will be dismissed and released. By excluding yourself from the proposed Settlement, you will also give up your right to object to the Settlement and ask the Court not to approve the Settlement.**

### 13. How can you object to the Settlement?

If you do not agree with the Settlement or some part of it, you have the right to object. This includes Class Counsel's request for payment of attorneys' fees and costs. If you exclude yourself from the Settlement Class, you give up your right to object to the Settlement, the application for attorneys' fees and costs and expenses, and incentive awards to the Representative Plaintiffs.

### 14. What does it mean to object?

Objecting is advising the Court that you disagree with the proposed Settlement and/or the application for attorneys' fees and costs and expenses. The fact that you object will not affect your rights under the Settlement or your status as a member of the Settlement Class.

### 15. How do you file an objection to the Settlement?

To object, you (or your attorney) must file your Objection with the Court on or before February 3, 2011. Objectors must state in writing their full name, address, make, model year and vehicle identification number of their Settlement Class Vehicle, all objections and the reasons therefore, and include any and all supporting papers, including proof of membership in the Class and, if applicable, the objector's statement of intent to appear at the Fairness Hearing. If you do not timely file a written Objection and notice of your intent to appear at the Fairness Hearing, you will not be permitted to object at the Fairness Hearing to the Settlement or to any matters related to the Settlement or to the provisions of the Settlement Agreement, and you will be foreclosed from seeking review by appeal or otherwise. **To object, you must file your Objection with Hon. Joseph L. Tauro, United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, with courtesy copies to the additional addresses below, postmarked no later than February 3, 2011. You must mail your Objection by this date. If you fail to do so, the Court will not consider your Objection.**

CLASS COUNSEL

Peter J. McNulty
McNulty Law Firm
827 Moraga Dr.
Los Angeles, CA 90049

Kirk D. Tresemer
Irwin & Boesen, P.C.
4100 E. Mississippi Ave.,
Ste. 1900
Denver, CO 80246

Russell D. Henkin
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103

DEFENSE COUNSEL

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004

OIL SLUDGE SETTLEMENT ADMINISTRATOR
Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-9110

**ALL PAPERS SUBMITTED MUST INCLUDE THE CASE NUMBER: 1:07-MD-01790**

VWN3                              -7-

**16.  When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing on March 11, 2011, at 10:30 a.m., at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 in Courtroom 22.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including the relief to the Settlement Class, Class Counsel's application for attorney's fees and reimbursement of costs and expenses and reimbursement to the Representative Plaintiffs for their time, effort and services to the Class.  If there are Objections, the Court will consider them.  The Court will also decide what amount of Class Counsel's fees and expenses will be paid.

**17.  Do you have to go to the Fairness Hearing?**

No. If you send an Objection, you do not have to go to the Court to discuss it.  As long as your Objection is postmarked by February 3, 2011, the Court will consider it.  If you do not object to the Settlement, you do not need to appear at the Fairness Hearing.  You do have the right to attend.  You also may have your own lawyer attend at your expense.

**18.  May you speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you (or your attorney) must send a letter saying that it is your "Notice of Intention to Appear."  Be sure to include your name, address and telephone number, and your signature.  Your Notice of Intention to Appear must be postmarked no later than February 3, 2011, and sent to the Clerk of the Court, with courtesy copies to Class Counsel, Defendants' Counsel and the Oil Sludge Settlement Administrator at the addresses indicated in item 15.

### GETTING MORE INFORMATION

**19.  Are there more details about the Settlement?**

This Notice summarizes the proposed Settlement.  More details are in the Notices to the other subclasses.  You can get a copy of the other Notices and/or the Settlement Agreement by accessing the Settlement website at www.vwoilsludgesettlement.com, or by request to the Oil Sludge Settlement Administrator.  **Remember, please do not contact the Court.**  Personnel there cannot give you additional information.

DATE: December 20, 2010.

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re Volkswagen and Audi     :   Docket No. 1:07-md-01790
Warranty Extension Litigation     :
                        :
_____ :
                        :
This Document Relates to All Cases     :
_____ :

TO ALL CURRENT AND FORMER OWNERS AND LESSEES OF MODEL YEAR 2001-
2004 VOLKSWAGEN PASSAT VEHICLES EQUIPPED WITH 1.8 LITER TURBO ENGINES,
IMPORTED OR DISTRIBUTED FOR SALE OR LEASE IN THE UNITED STATES BY
VOLKSWAGEN OF AMERICA, INC.

This Notice advises you of a proposed Class Action Settlement of the above-captioned
actions, the conditional certification of the Class, the Hearing before the Court to
determine the fairness, adequacy and reasonableness of the proposed Settlement
and the application of Class Counsel for fees, reimbursement of costs and expenses
in the prosecution of these actions and incentive payments to the Representative
Plaintiffs. This proposed Settlement is intended to resolve consolidated lawsuits
related to complaints of oil sludge in affected Settlement Class Vehicles by providing
certain cash reimbursements, making available the **Enhanced Oil Sludge Warranty
Extension coverage** (10 years/120,000 miles) for sludge-related engine repairs
or engine replacement, and providing **revised maintenance recommendations**
concerning use of the proper engine oil.

YOU SHOULD READ THE ENTIRE NOTICE CAREFULLY BECAUSE YOUR LEGAL RIGHTS ARE
AFFECTED WHETHER YOU ACT OR NOT. YOUR RIGHTS AND OPTIONS ARE EXPLAINED IN
THIS NOTICE.

> - For current owners or lessees, this package also includes a customer
>   letter, a Supplement to your Owner's Manual with current information
>   and recommendations regarding oil maintenance applicable to your
>   Settlement Class Vehicle and an oil maintenance reminder sticker to
>   be placed under the hood of your vehicle according to the enclosed
>   instructions.
>
> - Please place the Supplement in your Owner's Manual so that you
>   and anyone servicing your vehicle will be in a position to observe and
>   follow it and affix the oil maintenance reminder sticker under the
>   hood of your vehicle according to the enclosed instructions.
>
> - If you are not the current owner or lessee of the vehicle, please pass
>   on this entire package to the current owner or lessee.

## CONTENTS

**BASIC INFORMATION**                                                    PAGE 2
1.   WHY DID YOU GET THIS NOTICE PACKAGE?
2.   HOW CAN YOU GET MORE INFORMATION?
3.   WHAT ARE THESE LAWSUITS ABOUT?
4.   WHAT IS A CLASS ACTION?
5.   WHY IS THERE A PROPOSED SETTLEMENT?
6.   DOES THIS NOTICE AFFECT YOU?

**THE SETTLEMENT BENEFITS – WHAT YOU GET**                              PAGE 5
7.   WHAT DOES THE SETTLEMENT PROVIDE TO YOU?
8.   WHAT DOES THE SETTLEMENT PROVIDE TO THE ENTIRE CLASS?
9.   WHAT CLAIMS WILL YOU RELEASE?

**THE LAWYERS REPRESENTING YOU**                                        PAGE 9
10.  WHO IS REPRESENTING THE SETTLEMENT CLASS?
11.  HOW WILL THE LAWYERS BE PAID?

**YOUR OPTIONS**                                                        PAGE 10
12.  HOW CAN YOU EXCLUDE YOURSELF FROM THE SETTLEMENT?
13.  HOW CAN YOU OBJECT TO THE SETTLEMENT?
14.  WHAT DOES IT MEAN TO OBJECT?
15.  HOW DO YOU FILE AN OBJECTION TO THE SETTLEMENT?
16.  WHEN AND WHERE WILL THE COURT DECIDE
     WHETHER TO APPROVE THE SETTLEMENT?
17.  DO YOU HAVE TO GO TO THE FAIRNESS HEARING?
18.  MAY YOU SPEAK AT THE HEARING?

**GETTING MORE INFORMATION**                                            PAGE 12
19.  ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

## BASIC INFORMATION

### 1.  Why did you get this notice package?

According to our records, you or someone in your family may have purchased or leased a **model year 2001-2004 Volkswagen Passat** vehicle equipped with a **1.8 liter turbo engine**, imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. (now named Volkswagen Group of America, Inc., and referred to hereinafter as "VWGoA"). These vehicles have been included in the proposed Settlement Class of lawsuits consolidated for pretrial proceedings in the United States District Court for the District of Massachusetts (the "Court") and assigned to the Hon. Joseph L. Tauro.

The Court has ordered this Notice to be sent to you because you have a right to know about the proposed Settlement of a class action lawsuit and about all of your options. This Notice explains the lawsuit, the proposed Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

## 2. How can you get more information?

You can contact the Oil Sludge Settlement Administrator or visit www.vwoilsludgesettlement.com for answers to questions about the proposed Settlement. **Please do not contact the Court. Personnel there will not be able to answer your questions.**

## 3. What are these lawsuits about?

In the class action complaints which were filed beginning in January 2006, the Plaintiffs allege that the 1.8 liter turbo engines installed in Settlement Class Vehicles are prone to the formation of oil sludge and coking deposits even when maintained according to the recommended maintenance intervals and oil quality specifications. Plaintiffs further allege that the August 2004 Extended Oil Sludge Warranty (8 years/ unlimited mileage) violated applicable consumer protection laws. The Defendants deny any defect, wrongdoing, or liability whatsoever and deny that this litigation could be certified as a class action for trial.

---

**NOTICE**
**2001 – 2004 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE**

- You should use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 in the 1.8L Turbo engine.
- The 1.8L Turbo engine requires quality engine lubrication (oil).
- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.
- At the time of printing, all the engine oils Volkswagen is aware of that meet VW specification 502 00 are synthetic-based.
- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.
- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.
- Engine damage caused by using the wrong engine oil is not covered by the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.
- In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you must use oil that conforms to VW specification 502 00 or synthetic oil certified as complying with VW specification 502 00. You must maintain oil change records which document the use of VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 at the specified service intervals to be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. If you choose to use the oil recommended in the owner's manual, you are still entitled to the benefits of the August 2004 8-year/unlimited mileage Extended Warranty.
- Any sludge related repairs or engine replacements must be performed at an authorized Volkswagen dealer or they will not be covered.

---

VWN4                          -3-

**4.  What is a class action?**

In a class action, one or more persons called Class Representatives are allowed to sue as plaintiffs on behalf of people who assert similar claims (*i.e.*, "Class Members").

**5.  Why is there a proposed Settlement?**

After extensive pre-trial litigation and discovery, both sides have agreed to a Settlement.  By agreeing to a Settlement, both sides avoid the costs and risks of a trial, and members of the Settlement Class obtain the benefits provided in the Settlement.  The Court has not decided in favor of either side and has not decided whether these lawsuits can or should be certified as a class action for trial.  The Plaintiffs, acting as Class Representatives, and their attorneys believe that the Settlement is fair and adequate.

**6.  Does this notice affect you?**

The proposed Settlement Class, which the Court has conditionally certified, includes persons who fit the following description:

**All current and former owners of record or lessees of model year 2001-2004 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines, imported or distributed for sale or lease in the United States by Volkswagen of America, Inc.**

If you fit within this description, this Notice applies to you.

The Settlement Class Vehicles described above is a subclass of a broader proposed Settlement Class, which includes all current and former owners and lessees of 1998-2004 Volkswagen Passat vehicles equipped with 1.8 liter turbo engines, as well as certain 1997-2004 Audi A4 vehicles equipped with 1.8 liter turbo engines, imported and distributed for sale or lease in the United States by VWGoA.  The relief available to each subclass varies based on the terms of the Settlement.

If you have owned or leased any other Settlement Class Vehicle(s) within this broader definition, and you have not received a Notice regarding such Settlement Class Vehicle(s), please consult the Settlement website, **www.vwoilsludgesettlement.com** or contact the Oil Sludge Settlement Administrator by e-mail at **info@vwoilsludgesettlement.com** or toll free, at **1-877-522-0447**, to obtain the appropriate Notice(s) applicable to any such Settlement Class Vehicle(s) which you own or lease or have ever owned or leased, and/or as to which you want to review the relief provided.

VWN4                                   -4-

THE SETTLEMENT BENEFITS – WHAT YOU GET

| SUMMARY OF SETTLEMENT BENEFITS |
| --- |
| • The August 2004 **8-year/unlimited** mileage Extended Warranty remains in effect (you may continue to use the oil recommended in your owner's manual).<br>• If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.<br>   o   100% Reimbursement with proper documentation regarding last two required oil changes<br>   o   50% Reimbursement without proper documentation regarding last two required oil changes<br>• In addition, if you are a current owner, you will have a **10-year/120,000-mile Enhanced Oil Sludge Warranty Extension** if you use VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.<br>• If your vehicle suffers sludge-related damage <u>in the future</u> (10 years/120,000 miles), be advised that **any sludge-related repairs or engine replacements must be performed at an authorized Volkswagen dealer or they will not be covered.**<br>   o   100% Reimbursement with proper documentation of required oil changes<br>• You are entitled to a one-time $25 discount off the price of an oil change at any authorized VW dealer using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00, which must be used within one (1) year after the Final Judicial Approval Date.<br>• IMPORTANT: To protect your rights to the benefits of the Enhanced Oil Sludge Warranty Extension, you must:<br>   a.   Use the correct oil.<br>   b.   Change your oil according to the schedule in the owner's manual.<br>   c.   <u>Keep your receipts and records of oil changes.</u><br>• NOTE: For additional information, see details below. |

**7. What does the Settlement provide to you?**

Pursuant to the Settlement terms, VWGoA has agreed to an **Enhanced Oil Sludge Warranty Extension** (10 years/120,000 miles) and supplemental maintenance guidelines and standards with respect to **engine oil maintenance**, as well as **reimbursement of Unpaid Extended Oil Sludge Warranty Claims**, and other benefits as explained in greater detail below. The details of these programs, as they apply to the subclass of Settlement Class Vehicles described in this Notice, are as follows:

<u>Unpaid Oil Sludge Extended Warranty Claims (8 years/unlimited mileage - current and former owners and lessees)</u>

If you have paid out of pocket expenses arising from the **repair** or **replacement** of your engine which you believe should be covered or reimbursed under the Extended Oil Sludge Warranty issued by VWGoA in August 2004, you may submit or resubmit your claim. **A claim form is enclosed.**

VWN4                            -5-

To be eligible for reimbursement, your claim and supporting documentation must be submitted on or before June 27, 2011. Any claims received after June 27, 2011 will not be considered for reimbursement.

**100% Reimbursement:** If you can submit documentary proof of performance of the last two oil changes required by your maintenance schedule prior to the repair or replacement with oil quality as originally specified by the owner's manual applicable to your vehicle, with a permissible variance of 20% of the time and mileage intervals, you will be reimbursed 100% for parts and labor, plus reasonable associated expenses, <u>i.e.,</u> towing and/or rental car costs (up to a combined limit of $250) of the covered repair or replacement.

**50% Reimbursement:** If you cannot provide such proof, VWGoA will pay 50% of documented parts, labor and reasonable associated expenses with respect to the repair or replacement.

VWGoA will <u>not</u> pay any claim for personal injury (including physical, psychological, or mental injury), for death, or for damage to property other than engines of Settlement Class Vehicles, as part of the Settlement, because claims of this type are not affected or released in any way by the Settlement.

You will be advised of the decision on your claim within sixty (60) days. However, payments may be delayed if the Court's decision approving the Settlement is appealed and may not be made if the Settlement is not approved. Up to date information as to the status of the Settlement can be obtained at www.vwoilsludgesettlement.com or by calling 1-877-522-0447 toll free.

<u>Enhanced Oil Sludge Warranty Extension (current owners or lessees only)</u>

VWGoA is instituting an Enhanced Oil Sludge Warranty Extension applicable to 2001-2004 Volkswagen Passat vehicles with 1.8 liter turbo engines, for 10 years or 120,000 miles, whichever comes first, after the date the Settlement Class Vehicle enters service in the hands of the first retail purchaser or lessee or as a company car. **To maintain the <u>Enhanced Oil Sludge Warranty Extension</u>, you must perform all scheduled oil maintenance from this point forward at currently specified intervals using only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.** Accordingly, to qualify for engine repair or engine replacement at any authorized Volkswagen dealer under the Enhanced Oil Sludge Warranty Extension, you will be required to provide proof that you have used only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 for all oil changes required 30 days after the date this Notice is mailed.

**100% Reimbursement:** If an oil sludge related engine repair or replacement becomes necessary before the first two specified oil change intervals 30 days after the date this Notice is mailed, you will qualify for 100% coverage, parts and labor, provided that you can document the last two required oil changes before the repair or replacement, using the engine oil required by the owner's manual originally supplied for your vehicle at the time of its first entering into service.

**50% Reimbursement:** If you cannot provide such documentation, you will qualify for 50% parts and labor coverage for oil sludge related engine repairs or replacements.

VWN4 -6-

**100% Reimbursement:** For oil sludge related engine repair or replacement which becomes necessary after the first two specified oil change intervals 30 days after the date this Notice is mailed, engine repairs or replacements due to oil sludge will be covered 100%, but only if you can document that all oil and filter changes required 30 days after the date this Notice is mailed have been performed at the required interval using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

Full details of this warranty extension are set forth below.

With respect to Sludge Related Engine Repairs or Sludge Related Engine Replacements required after the date of Class Notice, eligibility for coverage under the <u>Enhanced Oil Sludge Warranty Extension</u> will be as follows:

(1) *Payment of Repair Costs After Class Notice (Two or More Required Oil Changes Using VW 502 00):* The Settlement Class Member shall be provided with Engine Repair and/or Engine Replacement at 100% parts and labor if, at the time of such Engine Repair or Engine Replacement, two or more oil and filter changes have been required by the maintenance schedule applicable to the Settlement Class Vehicle since 30 days after the date that Class Notice is mailed and the Settlement Class Member submits Proof of <u>all</u> such oil changes after receipt of Class Notice using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

(2) *Payment of Repair Costs After Class Notice (One Required Oil Change Using VW 502 00):* (a) The Settlement Class Member shall be provided with Engine Repair and/or Engine Replacement at 100% parts and labor if, at the time of such Engine Repair/Engine Replacement, only one oil and filter change has been required by the maintenance schedule applicable to the Settlement Class Vehicle since 30 days after the date that Class Notice is mailed and the Settlement Class Member submits (i) Proof of one oil and filter change after receipt of Class Notice using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 and (ii) Proof of the last oil and filter change required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the date of the Class Notice with oil quality as originally specified in the owner's manual applicable to the Settlement Class Vehicle.

(a) If Proof that one oil and filter change using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 is submitted, but Proof of the last oil and filter change required by the maintenance schedule applicable to the Settlement Class Vehicle prior to 30 days after the date that Class Notice is mailed with oil quality as originally specified in the owner's manual applicable to the Settlement Class Vehicle is not submitted, then the Settlement Class Member shall be compensated fifty percent (50%) for the Engine Repair and/or Engine Replacement.

(3) *Payment of Repair Costs After Class Notice (<u>No</u> Required Oil Change Using VW 502 00):* (a) The Settlement Class Member shall be provided with Engine Repair and/or Engine Replacement at 100% parts and labor if, at the time of such Engine Repair/Engine Replacement, no oil and filter change has

VWN4                                    -7-

been required by the maintenance schedule applicable to the Settlement Class Vehicle since 30 days after the date that Class Notice is mailed and the Settlement Class Member submits Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to receiving the Class Notice with oil quality as originally specified by the owner's manual applicable to the Settlement Class Vehicle.

(a) If Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to 30 days after the date that Class Notice is mailed with oil quality as originally specified by the owner's manual applicable to the Settlement Class Vehicle is not submitted, the Settlement Class Member shall be compensated fifty percent (50%) for the Engine Repair and/or the Engine Replacement.

(4) *Payment of Repair Costs Before the Date of Class Notice and After Expiration of the Eight Year Extended Engine Warranty:* (a) The Settlement Class Member shall be reimbursed 100% for Engine Repair and/or Engine Replacement and Reasonable Associated Expenses if the Settlement Class Member submits Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the Engine Repair and/or Engine Replacement, in accordance with the maintenance schedule applicable to the Settlement Class Vehicle, with a permissible variance of twenty percent (20%) of the time and mileage intervals.

(a) If Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the Engine Repair and/or Engine Replacement, in accordance with the maintenance schedule applicable to the Settlement Class Vehicle with a permissible variance of twenty percent (20%) of the time and mileage intervals, is not submitted, the Settlement Class Member shall be compensated fifty percent (50%) for the Engine Repair and/or Engine Replacement.

(b) To qualify for reimbursement under this provision, the Settlement Class Member shall be required to submit a Claim form, signed under penalty of perjury (in form annexed hereto) and Proof of all Reasonable Associated Expenses plus Proof of the last two oil and filter changes required by the maintenance schedule applicable to the Settlement Class Vehicle prior to the Engine Repair and/or Engine Replacement, in accordance with the maintenance schedule applicable to the Settlement Class Vehicle. Any claims for this reimbursement must be made within six (6) months after the date that Class Notice is mailed.

### $25 discount on oil change for class vehicle at Volkswagen dealership

You are entitled to a one time $25 discount off the price of an oil and filter change on your Settlement Class Vehicle using VW specification 502 00 oil or synthetic oil certified as complying with VW specification 502 00 at any authorized Volkswagen dealer within one (1) year after the Final Judicial Approval Date.

**Education/Information Materials (current owners and lessees)**

Defendants have prepared and are disseminating with this Notice to current owners and lessees of Settlement Class Vehicles the following education/information material containing relevant information concerning sludge and customer measures, including the use of VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00, as well as appropriate user behavior which may help to control and/or ameliorate sludge formation:

(a) A customer letter;
(b) Owner's Manual Supplement, including a list of oils which are certified as complying with VW specification 502 00;
(d) An engine compartment sticker, with instructions for application; and
(e) Information as to the available engine oils which are certified as complying with VW specification 502 00 will be maintained and updated from time to time on the Settlement website, www.vwoilsludgesettlement.com.

**8.  What does the Settlement provide to the Entire Class?**

Pursuant to the Settlement terms, all current and former owners and lessees of model year 1998-2004 Volkswagen Passat vehicles equipped with the 1.8 liter turbo engine imported or distributed for sale or lease in the United States by Volkswagen of America, Inc. will be given the opportunity to request reimbursement of unpaid claims for oil sludge related engine repairs or replacements and reasonable associated expenses as described in Section 7 above.   All Settlement Class Members who currently own or lease Settlement Class Vehicles will receive revised oil maintenance recommendations.

Current owners and lessees of 2001-2004 model year Settlement Class Vehicles will also be eligible for the Enhanced Oil Sludge Warranty Extension described in section 7 above.  A more detailed statement of the relief available to each sub-class of Settlement Class Vehicles can be accessed at www.vwoilsludgesettlement.com, or by contacting the Oil Sludge Settlement Administrator: Oil Sludge Settlement Administrator, PO Box 2410, Faribault, MN 55021-9110, or 1-877-522-0447, toll free.

**9.  What claims will you release?**

In connection with the Settlement, unless you exclude yourself from the Class, you will release (*i.e.*, give up) all claims that were made or that you could have made in these lawsuits.  This Settlement does not affect or release claims for personal injury (including physical, psychological, or mental injury), death, or damage to property other than engines of Settlement Class Vehicles.

The entities released are the Defendants Volkswagen Group of America, Inc., Volkswagen AG, Audi AG, and their present or former officers, directors, employees, agents, heirs, executors, administrators, successors, reorganized successors, assigns, subsidiaries, affiliates, parents, divisions, predecessors, and authorized dealers.

**THE LAWYERS REPRESENTING YOU**

**10.  Who is representing the Settlement Class?**

You and the other Settlement Class Members are represented by The McNulty Law Firm, Irwin & Boesen, P.C., and Berger & Montague, P.C. They believe the Settlement to be fair, reasonable and adequate and recommend the Settlement as in the best

VWN4                                         -9-

interests of the Class. These lawyers are called Class Counsel. You will not be charged for the services of these lawyers. These lawyers will be paid by VWGoA in an amount to be approved by the Court, without deducting or reducing any benefits available to the Class. If you want to be represented by your own lawyer, you may hire one at your own expense.

| **11. How will the lawyers be paid?** |
| --- |

Class Counsel will ask the Court for up to $37.5 Million for attorneys' fees and up to approximately $1.75 Million for reimbursement of costs and expenses incurred in the prosecution and settlement of these actions. The Defendants do not dispute Class Counsel's entitlement to an appropriate fee and reimbursement of cost and expenses, but may oppose the amounts requested by Class Counsel. The Defendants will pay whatever attorneys' fees and costs and expenses that the Court awards without reducing or limiting any of the benefits available to Settlement Class Members.

Any contested proceedings as to fees, costs, expenses and reimbursement to the Representative Plaintiffs will proceed separately from any proceedings seeking approval of the Settlement terms. In this manner, if the Court approves the Settlement terms other than fees, costs and compensation to the Representative Plaintiffs, VWGoA will be obligated to provide all of the relief agreed to for Settlement Class Members, regardless of the progress or outcome of any such dispute.

## YOUR OPTIONS

| You may either become a member of the Settlement Class or you may "Opt-Out" and exclude yourself from the Settlement, as explained in Section 12 below. You do not need to do anything to become a member of the Settlement Class. |
| --- |

| **12. How can you exclude yourself from the Settlement?** |
| --- |

You have the right to "opt out" and exclude yourself from the proposed Settlement. Any Class Member who intends to request exclusion from the Settlement Class must mail a request for exclusion to Oil Sludge Settlement Administrator, P.O. Box 2410, Faribault, MN 55021-9110. This request must be postmarked no later than **February 3, 2011.** Persons requesting exclusion must set forth their full name and current address and list the make, model year, and, if available, the vehicle identification number of their Settlement Class Vehicle(s). **If you do not exclude yourself from this Settlement, you will be bound by the Settlement and any judgments or orders that are entered in these lawsuits, and all claims that were or could have been asserted on your behalf, based upon the facts alleged in the complaints in these cases, will be dismissed and released. By excluding yourself from the proposed Settlement, you will also give up your right to object to the Settlement and ask the Court not to approve the Settlement.**

| **13. How can you object to the Settlement?** |
| --- |

If you do not agree with the Settlement or some part of it, you have the right to object. This includes Class Counsel's request for payment of attorneys' fees and costs. If you exclude yourself from the Settlement Class, you give up your right to object to the Settlement, the application for attorneys' fees and costs and expenses, and incentive awards to the Representative Plaintiffs.

VWN4                                        -10-

**14. What does it mean to object?**

Objecting is advising the Court that you disagree with the proposed Settlement and/ or the application for attorneys' fees and costs and expenses. The fact that you object will not affect your rights under the Settlement or your status as a member of the Settlement Class.

**15. How do you file an objection to the Settlement?**

To object, you (or your attorney) must file your Objection with the Court on or before February 3, 2011. Objectors must state in writing their full name, address, make, model year and vehicle identification number of their Settlement Class Vehicle, all objections and the reasons therefore, and include any and all supporting papers, including proof of membership in the Class and, if applicable, the objector's statement of intent to appear at the Fairness Hearing. If you do not timely file a written Objection and notice of your intent to appear at the Fairness Hearing, you will not be permitted to object at the Fairness Hearing to the Settlement or to any matters related to the Settlement or to the provisions of the Settlement Agreement, and you will be foreclosed from seeking review by appeal or otherwise.   **To object, you must file your Objection with Hon. Joseph L. Tauro, United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, with courtesy copies to the additional addresses below, postmarked no later than February 3, 2011. You must mail your Objection by this date. If you fail to do so, the Court will not consider your Objection.**

CLASS COUNSEL

Peter J. McNulty
McNulty Law Firm
827 Moraga Dr.
Los Angeles, CA 90049

Kirk D. Tresemer
Irwin & Boesen, P.C.
4100 E. Mississippi Ave.,
Ste. 1900
Denver, CO 80246

Russell D. Henkin
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103

DEFENSE COUNSEL

Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY 10004

OIL SLUDGE SETTLEMENT ADMINISTRATOR
Oil Sludge Settlement Administrator
PO Box 2410
Faribault, MN 55021-9110

ALL PAPERS SUBMITTED MUST INCLUDE THE CASE NUMBER: 1:07-MD-01790

**16. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing on March 11, 2011, at 10:30 a.m., at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 in Courtroom 22. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, including the relief to the Settlement Class, Class Counsel's application for attorney's fees and reimbursement of costs and expenses and reimbursement to the Representative Plaintiffs for their time, effort and services to the Class. If there are Objections, the Court will consider them. The Court will also decide what amount of Class Counsel's fees and expenses will be paid.

**17.  Do you have to go to the Fairness Hearing?**

No. If you send an Objection, you do not have to go to the Court to discuss it.  As long as your Objection is postmarked by February 3, 2011, the Court will consider it.  If you do not object to the Settlement, you do not need to appear at the Fairness Hearing.  You do have the right to attend.  You also may have your own lawyer attend at your expense.

**18.  May you speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you (or your attorney) must send a letter saying that it is your "Notice of Intention to Appear."  Be sure to include your name, address and telephone number, and your signature.  Your Notice of Intention to Appear must be postmarked no later than February 3, 2011, and sent to the Clerk of the Court, with courtesy copies to Class Counsel, Defendants' Counsel and the Oil Sludge Settlement Administrator at the addresses indicated in Item 15.

### GETTING MORE INFORMATION

**19.  Are there more details about the Settlement?**

This Notice summarizes the proposed Settlement.  More details are in the Notices to the other subclasses.  You can get a copy of the other Notices and/or the Settlement Agreement by accessing the Settlement website at www.vwoilsludgesettlement.com, or by request to the Oil Sludge Settlement Administrator.  **Remember, please do not contact the Court.**  Personnel there cannot give you additional information.

DATE: December 20, 2010.

**OIL SLUDGE SETTLEMENT**
**REIMBURSEMENT CLAIM FORM**

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**CASE NUMBER: 1:07-MD-01790**

FOR OFFICIAL USE ONLY

☐ Check here if the pre-printed information is incorrect or if there
is no preprinted information and complete the following:

Name: _____

Address: _____

VIN No.: _____

City: _____ State: ___ Zip Code: __ __ __ __ __

Evening Phone: ( __ __ __ ) __ __ __ - __ __ __ __

Daytime Phone: ( __ __ __ ) __ __ __ - __ __ __ __

**VIN NUMBER:**

YOU MUST MAIL YOUR COMPLETED AND SIGNED CLAIM FORM AND REQUIRED DOCUMENTATION
POSTMARKED ON OR BEFORE JUNE 27, 2011, ADDRESSED AS FOLLOWS:

**Oil Sludge Settlement Administrator**
**PO Box 2410**
**Faribault, MN 55021-9110**

**PLEASE SUBMIT THE FOLLOWING DOCUMENTS WITH THIS FORM:**

1.  Copies of receipts, invoices and/or repair orders are acceptable.  PLEASE NOTE: DOCUMENTS WILL NOT BE RETURNED.  DO NOT STAPLE DOCUMENTS.

2.  The documentation you submit must show all of the following:
    - The name and address of the claimant.
    - The make, model year, and Vehicle Identification Number (VIN) of the vehicle.
    - Nature of repair or replacement (including parts and labor charges) (i.e. repair orders, bills, receipts, invoices, etc.), when, and who performed it and, where applicable, similar information with respect to towing or rental car costs up to a combined limit of $250 which you paid in connection with such repair or replacement.
    - That the repair or replacement was required because of oil sludge formation in the engine.

3.  Copy of proof of payment (i.e. cancelled check, bank statement, invoice or receipt marked "paid," etc.) for the repair, replacement, or expense in question and date of payment. Requests for reimbursement may include parts, labor, fees and taxes.

»   Your claim will be acted upon within 60 days of receipt.

»   If your claim is approved, you will receive a check from the Oil Sludge Settlement Administrator if the Settlement is finally approved.  There may be a delay to allow the Settlement to become final.  Notification of approval of your claim will include the best available information as to the earliest date on which payment may be expected. Further information will be posted at www.vwoilsludgesettlement.com.

»   If your claim is incomplete, the Oil Sludge Settlement Administrator will contact you and identify the documentation that is needed to support your claim, and you will be offered the opportunity to resubmit additional documentation.

»   If your claim is denied in whole or in part, you will be contacted by the Oil Sludge Settlement Administrator concerning the reason(s) for the denial.

My signature to this document attests, under penalty of perjury, that the information provided is true, accurate and correct, that all statements made in support of my request for reimbursement are true to the best of my knowledge and the accompanying documents are actual copies reflecting the actual expense(s) incurred relating to such claims.

Customer's Signature X_____

Comments or questions should be directed to the Oil Sludge Settlement Administrator at 1-877-522-0447 or info@vwoilsludgesettlement.com.




# NOTICE

## 1997 – 2000 AUDI A4
## WITH 1.8L TURBO ENGINE

- You should use only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, <u>all</u> the engine oils Audi is aware of that meet Audi oil quality standard VW 502 00 are <u>synthetic</u>-based.

- Audi strongly recommends you use Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

AUB1

# BENEFITS TO CURRENT AND FORMER OWNERS AND LESSEES

## 1997 – 2000 AUDI A4
## WITH 1.8L TURBO ENGINE

- You may be entitled to reimbursement under the August 2004 **8-year/unlimited mileage Extended Warranty.**

- If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement.  Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.

  - 100% Reimbursement with proper documentation regarding last two required oil changes

  - 50% Reimbursement without proper documentation regarding last two required oil changes

AUB1

# NOTICE

## 2001 – 2004 AUDI A4 WITH 1.8L
## TURBO ENGINE

- You should use only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, <u>all</u> the engine oils Audi is aware of that meet Audi oil quality standard VW 502 00 are <u>synthetic</u>-based.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

- Engine damage caused by using the wrong engine oil is <u>not</u> covered by the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.

- In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you <u>must</u> use oil that conforms to Audi oil quality standard VW 502 00 or synthetic oil certified as complying with Audi oil quality standard VW 502 00. You must maintain oil change records which document the use of Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 at the specified service intervals to be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. If you choose to use the oil recommended in the owner's manual, you are still entitled to the benefits of the August 2004 8-year/unlimited mileage Extended Warranty.

- Any sludge related repairs or engine replacements must be performed at an authorized Audi dealer or they will not be covered.

AUB2

# BENEFITS TO CURRENT AND FORMER OWNERS AND LESSEES

## 2001 – 2004 AUDI A4
## WITH 1.8L TURBO ENGINE

- The August 2004 8-year/unlimited mileage **Extended Warranty** remains in effect (you may continue to use the oil recommended in your owner's manual).

- If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.

  o   100% Reimbursement with proper documentation regarding last two required oil changes
  o   50% Reimbursement without proper documentation regarding last two required oil changes

- In addition, if you are a current owner, you will have a **10-year/120,000-mile Enhanced Oil Sludge Warranty Extension** if you use Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.

- If your vehicle suffers sludge-related damage <u>in the future</u> (10 years/120,000 miles), be advised that **any sludge-related repairs or engine replacements must be performed at an authorized Audi dealer or they will not be covered.**

  o   100% Reimbursement with proper documentation of required oil changes

- You are entitled to a one-time $25 discount off the price of an oil change at any authorized Audi dealer using Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00, which must be used within one (1) year after the Final Judicial Approval Date.

- IMPORTANT: To protect your rights to the benefits of the Enhanced Oil Sludge Warranty Extension, you must:

  a.   Use the correct oil.
  b.   Change your oil according to the schedule in the owner's manual.
  c.   <u>**Keep your receipts and records of oil changes.**</u>

AUB2

# NOTICE

## 1998 – 2000 VOLKSWAGEN PASSAT
## WITH 1.8L TURBO ENGINE

- You should use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine requires quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, all the engine oils Volkswagen is aware of that meet VW specification 502 00 are synthetic-based.

- Volkswagen strongly recommends you use VW specification 502 00 or a synthetic oil certified as complying with VW specification 502 00.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

VW83

# BENEFITS TO CURRENT AND FORMER OWNERS AND LESSEES

## 1998 – 2000 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE

- You may be entitled to reimbursement under the August 2004 **8-year/unlimited mileage Extended Warranty**.

- If you paid for sludge-related repairs or engine replacement <u>in the past</u> and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.

    o 100% Reimbursement with proper documentation regarding last two required oil changes

    o 50% Reimbursement without proper documentation regarding last two required oil changes

VWB3

# NOTICE

## 2001 – 2004 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE

- You should use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, <u>all</u> the engine oils Volkswagen is aware of that meet VW specification 502 00 are <u>synthetic</u>-based.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

- Engine damage caused by using the wrong engine oil is <u>not</u> covered by the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.

- In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you <u>must</u> use oil that conforms to VW specification 502 00 or synthetic oil certified as complying with VW specification 502 00. You must maintain oil change records which document the use of VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 at the specified service intervals to be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. If you choose to use the oil recommended in the owner's manual, you are still entitled to the benefits of the August 2004 8-year/unlimited mileage Extended Warranty.

- Any sludge related repairs or engine replacements must be performed at an authorized Volkswagen dealer or they will not be covered.

VWB4

# BENEFITS TO CURRENT AND FORMER OWNERS AND LESSEES

## 2001 – 2004 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE

- The August 2004 **8-year/unlimited mileage Extended Warranty** remains in effect (you may continue to use the oil recommended in your owner's manual).

- If you paid for sludge-related repairs or engine replacement in the past and have not been reimbursed, you may submit or re-submit your claim for reimbursement. Even if your claim was denied in the past, you may resubmit your claim to the Oil Sludge Settlement Administrator.

  o 100% Reimbursement with proper documentation regarding last two required oil changes
  o 50% Reimbursement without proper documentation regarding last two required oil changes

- In addition, if you are a current owner, you will have a **10-year/120,000-mile Enhanced Oil Sludge Warranty Extension** if you use VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

- If your vehicle suffers sludge-related damage in the future (10 years/120,000 miles), be advised that **any sludge-related repairs or engine replacements must be performed at an authorized Volkswagen dealer or they will not be covered.**

  o 100% Reimbursement with proper documentation of required oil changes

- You are entitled to a one-time $25 discount off the price of an oil change at any authorized VW dealer using VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00, which must be used within one (1) year after the Final Judicial Approval Date.

- IMPORTANT: To protect your rights to the benefits of the Enhanced Oil Sludge Warranty Extension, you must:

  a. Use the correct oil.
  b. Change your oil according to the schedule in the owner's manual.
  c. **Keep your receipts and records of oil changes.**

VWB4

Affix "Oil Specification" label as follows:

- Open hood
- Refer to the picture below
  - Thoroughly clean the area indicated by the circle
  - Ensure the area is completely dry
- Peel off protective backing of label
- Affix the new label in the area indicated

**1997 – 2001 Audi**



It is **strongly recommended** that you use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

502.00.OILSTICKER.2010

AST1

Affix "Oil Specification" label as follows:

- Open hood
- Refer to the picture below
  - Thoroughly clean the area indicated by the circle
  - Ensure the area is completely dry
- Peel off protective backing of label
- Affix the new label in the area indicated

**2002 – 2004 Audi**



It is **strongly recommended** that you use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

50200.OILSTICKER.2010

AST2

Affix "Oil Specification" label as follows:

- Open hood
- Refer to the picture below
  - Thoroughly clean the area indicated by the circle
  - Ensure the area is completely dry
- Peel off protective backing of label
- Affix the new label in the area indicated

<u>**1998 – 2000 Volkswagen**</u>



It is <u>**strongly recommended**</u> that you use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

50200.OILSTICKER.2010

VST3

Affix "Oil Specification" label as follows:

- Open hood
- Refer to the picture below
  - o   Thoroughly clean the area indicated by the circle
  - o   Ensure the area is completely dry
- Peel off protective backing of label
- Affix the new label in the area indicated

<u>2001 – 2004 Volkswagen</u>



It is **<u>strongly</u>**
**<u>recommended</u>** that you
use only VW specification
502 00 oil or a synthetic oil
certified as complying with
VW specification 502 00.

50200.OILSTICKER.2010

VST4

  



**Audi**

# Engine Oil Supplement

### Audi models with
### 1.8L Turbo engine

 

  

This supplement describes the engine oil for your Audi model equipped with the 1.8L Turbo engine.

All other descriptions, warnings and information regarding the operation, safety and maintenance of your vehicle can be found in your Owner's Manual literature package delivered with your vehicle. Always ask your authorized Audi dealer if you have any questions regarding the oil specification for your vehicle.




  

## Engine Oil for your 1.8L Turbo engine

> ### NOTICE
>
> **1997 – 2000 AUDI A4 WITH 1.8L TURBO ENGINE**
>
> - **You should use only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 in the 1.8L Turbo engine.**
>
> - **The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).**
>
> - **Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.**
>
> - **At the time of printing, <u>all</u> the engine oils Audi is aware of that meet Audi oil quality standard VW 502 00 are <u>synthetic</u>-based.**
>
> - **Audi strongly recommends you use Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00.**
>
> - **If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.**
>
> - **Quality engine oil helps your vehicle's 1.8T engine**

> **run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.**

### Engine oil specifications

*The engine oil used in your 1.8L turbo engine needs to be the right kind of oil.*

The 1.8L Turbo engine in your vehicle is a sophisticated power plant that was built to exacting specifications. This engine needs the right kind of engine oil that meets specifications regarding quality and viscosity so that it can run smoothly and reliably. Choosing the right oil and changing oil within the time and mileage intervals printed in your vehicle's Maintenance Booklet matters a lot more today than it did years ago. Audi has developed a special quality standard for engine oil that will help assure that your vehicle's 1.8L Turbo engine will get the lubrication it needs for proper operation.

Modern engine lubrication has taken a quantum leap in the last few years. Many synthetic oils available today provide better engine lubrication that can outlast traditional petroleum-based oils, making them a smart choice for use throughout the life of your Audi.

Whether you use synthetic or petroleum-based engine oil, the oil you use should conform to Audi's oil quality standard VW 502 00 to help keep your vehicle's 1.8T engine

1



running smoothly and help prevent the formation of harmful deposits, sometimes called "sludge," that over time can lead to expensive repairs.

At the time this supplement was printed, engine oils available in the U.S. and Canada that meet the exacting specifications of Audi oil standard VW 502 00 are synthetic engine oils. This does not mean, however, that every synthetic engine oil will meet Audi oil standard VW 502 00. So always be sure that you use approved oil.

Although Audi strongly recommends the use of Audi oil standard VW 502 00 oil, you may continue to use the oil initially recommended in your Owner's Manual.

To help prevent the formation of harmful deposits use only oil with the following specifications printed on the oil container:

## VW 502 00

Oil container labels may carry the specification singly or in combination with other designations and oil quality standards.

### Viscosity

Engine oils are graded according to their viscosity. The proper viscosity grade oil for your engine depends on climatic or seasonal conditions where you drive. You can use oil with a viscosity grade of SAE 5W-40 across all temperature ranges for normal driving conditions.

However, if engine oil viscosity grade SAE 5W-40 is not available, you can also use viscosity grade SAE 5W-30 or SAE 0W-40 as long as it meets

Audi oil quality standard VW 502 00.

Because engine oil that meets the Audi oil standard may not be available everywhere when you need it, we strongly recommend that you always carry with you an extra quart (liter) of oil that expressly conforms to the Audi oil standard VW 502 00, in case you have to top off the oil while on the road.

Only if the level of the oil is at or below the minimum mark on the oil dipstick – and oil that expressly conforms to Audi oil standard VW 502 00 specification is not available – may you top off with a high quality engine oil, preferably synthetic-based, that meets ACEA A3, API SL or ILSAC GF-3 specifications, but even then, only in viscosity grades SAE 5W-40, SAE 5W-30, or SAE 0W-40. However, during the entire time between oil change intervals, never top off with more than a total of 0.5 quart/liter engine oil that does not conform to Audi oil standard VW 502 00.

For more information about engine oil that has been approved for your vehicle, please contact either your authorized Audi dealer or Audi Customer Relations or visit our website at www.audiusa.com. Attached to this Supplement is a current list of oils (manufacturers, brand names etc.) that conform to Audi oil standard VW 502 00.

### The benefits of using Audi standard VW 502 00 specification engine oil:

- Helps keep your engine clean

2

ASUP1





- Helps your engine "turn over" more easily

- Provides optimal protection under more extreme driving conditions

- Coats and lubricates vital engine components helping reduce friction and increase horsepower

- Allows engine parts to move more freely and helps reduce heat and overall wear

- Remains more stable at higher temperatures instead of beginning to break down early

## Checking the oil level

A lot of things affect oil consumption. For that reason, we urge you to check the oil level in your vehicle at frequent intervals, preferably every time you refuel and always before going on a long trip. Please remember that the oil pressure light is not an indicator of low engine oil level. Always use the oil dipstick to get a true reading of the oil level in your engine and be sure to check the oil level at regular intervals. Specific directions regarding the proper checking of the oil level in your Audi are given in your Owner's Literature.

## Changing the engine oil

The engine oil and oil filter must be changed according to the mileage and time intervals specified in your vehicle's Maintenance Booklet. Do not exceed these intervals – harmful deposits from old engine oil can

reduce engine performance and can lead to expensive engine repairs.

Changing the oil at the recommended intervals is so very important because the lubricating properties of oil decrease gradually during normal vehicle use. If you are not sure when to have your oil changed, ask your authorized Audi Service Advisor.

Under some circumstances, the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly "under" stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.

Detergent additives in the oil will make fresh oil look dark after the engine has been running for a short time. This is normal and is not a reason to change the oil more often than recommended.

It has always been Audi's policy to continuously improve its products. Audi, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

Text and specifications in this Supplement are based on information and knowledge available at the time of printing.

## Additives/Lubricants

Do not mix any lubricants or other

3

 

additives into the engine oil. Doing so can cause engine damage! Damage caused by these types of additives are not covered by any Audi Limited Warranty.

**Oil Pressure Warning Light**

The oil pressure warning light is not an indicator of low engine oil level. If the warning light stays on or flashes while driving (above 1500 rpm), a chime will sound. It indicates that the oil pressure is too low. Stop the engine immediately, check the engine oil level and add oil if necessary. If the engine oil level is normal, but the light continues to flash, do not keep driving or let the engine idle, as damage may occur.

All rights are reserved. May not be reproduced or translated in whole or in part without the written consent of Audi of America, Inc. Specifications are subject to change without notice.

# VW 502 00 Specification Oil

For the most updated recommended oil list, please see www.audiusa.com.

Current list of engine oils that conform to Audi oil quality standard VW 502 00. When purchasing or using engine oil, you should verify that VW 502 00 is denoted on the container.

| VW 502 00 | | |
|---|---|---|
| **Brand** | **Type** | **Viscosity** |
| Agip | Agip synthetic PC | SAE 5W-40 |
| Blu Lubricants Inc. | Blu Synthetic-Technician Series FS | SAE 5W-30 |
| Bucher AG | MOTOREX Select LA-X | SAE 5W-30 |
| Caltex | Caltex Havoline Fully Synthetic | SAE 5W-40 |
| Car Jack | Car Jack GPD | SAE 5W-40 |
| Castrol | Castrol SLX Professional Longtec | SAE 0W-40 |
| Castrol | Castrol SLX Professional OE | SAE 5W-30 |
| Castrol | Castrol Syntec European Formula | SAE 0W-30 |
| Castrol | Castrol TXT 505 01 | SAE 5W-40 |
| Castrol | Castrol Syntec | SAE 5W-40 |
| Cepsa | Cepsa Star Mega Synthetic | SAE 5W-40 |
| Chevron | Havoline Ultra | SAE 5W-40 |
| Chevron | Havoline Ultra S | SAE 5W-30 |
| Chevron | Havoline Ultra S | SAE 5W-40 |
| Delek | Delek Motorsynth FE | SAE 5W-30 |
| Delek | Delek Motorsynth TDI | SAE 5W-40 |

4

ASUP1



  

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Elf | Elf Excellium Full tec | SAE 0W-30 |
| Elf | Elf Solaris LSX | SAE 5W-30 |
| Engen Petroleum | Engen Formula 505 01 | SAE 5W-40 |
| Fuchs | Fuchs TITAN GT 1 | SAE 5W-30 |
| Fuchs | Fuchs TITAN Supersyn | SAE 5W-40 |
| Fuchs | Fuchs TITAN Supersyn PLUS | SAE 5W-40 |
| Fuchs | Titan GT1 | SAE 5W-30 |
| Igol | Process Compact M | SAE 5W-30 |
| Liqui Moly | Liqui Moly Leichlauf HC 7 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Profi Premium | SAE 5W-40 |
| Liqui Moly | Liqui Moly Synthoil Longtime | SAE 0W-30 |
| Liqui Moly | Liqui Moly Diesel High Tech | SAE 5W-40 |
| Liqui Moly | Liqui Moly Nachfüll-Öl | SAE 5W-40 |
| Liqui Moly | Liqui Moly Pro-Engine M 400 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Top Tec 4100 | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 0W-30 |
| Lotos | Lotos Quazar | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 5W-30 |
| Meguin | megol Motorenoel Low Emission | SAE 5W-40 |
| Meguin | megol Motorenoel Super Leichtlauf Multisynth | SAE 0W-30 |
| Meguin | Motorenoel Ultra Performance Longlife | SAE 5W-40 |
| Mobil | Mobil 1 | SAE 0W-40 |
| Mobil | Mobil Syst S Special V | SAE 5W-30 |
| Motul | Motul 8100 X-cess | SAE 5W-40 |
| Motul | Motul 8100 X-clean | SAE 5W-40 |
| Motul | Motul 8100 X-max | SAE 5W-40 |
| Motul | Motul Specific 505 01 502 00 505 01 | SAE 5W-40 |
| Northland | Synergy Synthetic EuroSyn | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula Ultra Diesel | SAE 5W-30 |
| Pennzoil | Pennzoil Platinum Low SAPS | SAE 5W-30 |
| Pennzoil | Pennzoil Synthetic European Formula | SAE 5W-40 |

5

  

| VW 502 00 | | |
|---|---|---|
| **Brand** | **Type** | **Viscosity** |
| Pentosin | Pento High Performance | SAE 5W-40 |
| Pentosin | Pento High Performance II | SAE 5W-40 |
| Pentosin | Pentospeed VS* | SAE 5W-30 |
| Pentosin | Pentosynth HC | SAE 5W-40 |
| Quaker State | Q European Engine Ultra Diesel | SAE 5W-30 |
| Quaker State | Q Horsepower Full Synthetic | SAE 5W-40 |
| Quaker State | Q European Formula Ultra | SAE 5W-30 |
| Quaker State | Q State Synquest Low SAPS | SAE 5W-30 |
| real | Real,-Quality GPD | SAE 5W-40 |
| Redoil Italia | Challoils | SAE 5W-40 |
| Shell | Shell Helix Plus | SAE 10W-40 |
| Shell | Shell Helix Ultra | SAE 5W-40 |
| Shell | Shell Helix Ultra AX | SAE 5W-30 |
| SK energy | ZIC RV | SAE 5W-30 |
| SK energy | ZIC XQ | SAE 5W-40 |
| SK energy | ZIC XQ RV | SAE 5W-40 |
| Staoil | Staoil PRO Synthetic C | SAE 5W-40 |
| Total | Total Quartz 9000 Energy | SAE 5W-40 |
| Total | Total Quartz 9000 Energy | SAE 0W-30 |
| Total | Total Quartz INEO MC3 | SAE 5W-30 |
| Valvoline | Valvoline SynPower HST | SAE 5W-40 |
| Valvoline | Valvoline SynPower MST | SAE 5W-30 |
| VAPS | Vapsoil | SAE 5W-30 |

© Audi of America, Inc.
Printed 12/2010
AUENGOIL1-87-00

ASUP1

  



**Audi**

# Engine Oil Supplement

### Audi models with

### 1.8L Turbo engine



This supplement describes the engine oil for your Audi model equipped with the 1.8L Turbo engine.

All other descriptions, warnings and information regarding the operation, safety and maintenance of your vehicle can be found in your Owner's Manual literature package delivered with your vehicle. Always ask your authorized Audi dealer if you have any questions regarding the oil specification for your vehicle.

  

## Engine Oil for your 1.8L Turbo engine

**NOTICE**

**2001 – 2004 AUDI A4 WITH 1.8L TURBO ENGINE**

- You should use only Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine requires quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, all the engine oils Audi is aware of that meet Audi oil quality standard VW 502 00 are synthetic-based.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

- Engine damage caused by using the wrong engine oil is not covered by the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.

- In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you must use oil that conforms to Audi oil quality standard VW 502 00 or synthetic oil certified as complying with Audi oil quality standard VW 502 00. You must maintain oil change records which document the use of Audi oil quality standard VW 502 00 oil or a synthetic oil certified as complying with Audi oil quality standard VW 502 00 at the specified service intervals to be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. If you choose to use the oil recommended in the owner's manual, you are still entitled to the benefits of the August 2004 8-year/unlimited mileage Extended Warranty.

- Any sludge related repairs or engine replacements must be performed at an authorized Audi dealer or they will not be covered.

1



## Engine oil specifications

*The engine oil used in your 1.8L turbo engine needs to be the right kind of oil.*

The 1.8L Turbo engine in your vehicle is a sophisticated power plant that was built to exacting specifications. This engine needs the right kind of engine oil that meets specifications regarding quality and viscosity so that it can run smoothly and reliably. Choosing the right oil and changing oil within the time and mileage intervals printed in your vehicle's Maintenance Booklet matters a lot more today than it did years ago. Audi has developed a special quality standard for engine oil that will help assure that your vehicle's 1.8L Turbo engine will get the lubrication it needs for proper operation.

Modern engine lubrication has taken a quantum leap in the last few years. Many synthetic oils available today provide better engine lubrication that can outlast traditional petroleum-based oils, making them a smart choice for use throughout the life of your Audi.

Whether you use synthetic or petroleum-based engine oil, the oil you use should conform to Audi's oil quality standard VW 502 00 to help keep your vehicle's 1.8T engine running smoothly and help prevent the formation of harmful deposits, sometimes called "sludge," that over time can lead to expensive repairs.

At the time this supplement was printed, engine oils available in the U.S. and Canada that meet the exacting specifications of Audi oil standard VW 502 00 are synthetic engine oils. This does not mean,
2

however, that every synthetic engine oil will meet Audi oil standard VW 502 00. So always be sure that you use approved oil.

Although Audi strongly recommends the use of Audi oil standard VW 502 00 specification oil, you may continue to use the oil initially recommended in your Owner's Manual.

To help prevent the formation of harmful deposits use only oil with the following specifications printed on the oil container:

## VW 502 00

Oil container labels may carry the specification singly or in combination with other designations and oil quality standards.

## You may qualify for a 10 year/120,000 mile engine warranty extension

If you use oil meeting Audi oil standard VW 502 00 specification, you will receive a warranty extension to 10 years or 120,000 miles, whichever comes first, after the date your vehicle entered service in the hands of the first retail purchaser or lessee or as a company car, for any engine repairs or replacements required because of oil sludge.

---

**CONDITIONS OF WARRANTY EXTENSION:**

This warranty extension is available on the following basis:

- you complete all oil changes after the date of issuance of this Supplement, at

---

ASUP2




the intervals specified in the maintenance schedule for your vehicle, using exclusively Audi oil standard VW 502 00 specification oil or a synthetic oil certified as complying with the Audi oil standard VW 502 00 specification.

- you obtain from the facilities performing such oil changes, and retain with your service records, documentation which proves that all oil changes after the date of issuance of this Supplement were completed at such intervals and that Audi oil standard VW 502 00 specification oil, or a synthetic oil certified as complying with the Audi oil standard VW 502 00 specification, was used exclusively.

## Viscosity

Engine oils are graded according to their viscosity. The proper viscosity grade oil for your engine depends on climatic or seasonal conditions where you drive. You can use oil with a viscosity grade of SAE 5W-40 across all temperature ranges for normal driving conditions.

However, if engine oil viscosity grade SAE 5W-40 is not available, you can also use viscosity grade SAE 5W-30 or SAE 0W-40 as long as it meets Audi oil quality standard VW 502 00.

Because engine oil that meets the Audi oil standard may not be available everywhere when you need

it, we strongly recommend that you always carry with you an extra quart (liter) of oil that expressly conforms to the Audi oil standard VW 502 00 specification, in case you have to top off the oil while on the road.

Only if the level of the oil is at or below the minimum mark on the oil dipstick – and oil that expressly conforms to Audi oil standard VW 502 00 specification is not available – may you top off with a high quality engine oil, preferably synthetic-based, that meets ACEA A3, API SL or ILSAC GF-3 specifications, but even then, only in viscosity grades SAE 5W-40, SAE 5W-30, or SAE 0W-40. However, during the entire time between oil change intervals, never top off with more than a total of 0.5 quart/liter engine oil that does not conform to Audi oil standard VW 502 00.

For more information about engine oil that has been approved for your vehicle, please contact either your authorized Audi dealer or Audi Customer Relations or visit our website at www.audiusa.com. Attached to this Supplement is a current list of oils (manufacturers, brand names etc.) that conform to Audi oil standard VW 502 00.

## The benefits of using Audi standard VW 502 00 specification engine oil:

- Helps keep your engine clean

- Helps your engine "turn over" more easily

- Provides optimal protection under more extreme driving conditions

3

ASUP2

  

- Coats and lubricates vital engine components helping reduce friction and increase horsepower

- Allows engine parts to move more freely and helps reduce heat and overall wear

- Remains more stable at higher temperatures instead of beginning to break down early

## Checking the oil level

A lot of things affect oil consumption. For that reason, we urge you to check the oil level in your vehicle at frequent intervals, preferably every time you refuel and always before going on a long trip. Please remember that the oil pressure light is not an indicator of low engine oil level. Always use the oil dipstick to get a true reading of the oil level in your engine and be sure to check the oil level at regular intervals. Specific directions regarding the proper checking of the oil level in your Audi are given in your Owner's Literature.

## Changing the engine oil

The engine oil and oil filter must be changed according to the mileage and time intervals specified in your vehicle's Maintenance Booklet. Do not exceed these intervals – harmful deposits from old engine oil can reduce engine performance and can lead to expensive engine repairs.

Changing the oil at the recommended intervals is so very important because the lubricating properties of oil decrease gradually

4

ASUP2

during normal vehicle use. If you are not sure when to have your oil changed, ask your authorized Audi Service Advisor.

Under some circumstances, the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly "under" stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.

Detergent additives in the oil will make fresh oil look dark after the engine has been running for a short time. This is normal and is not a reason to change the oil more often than recommended.

It has always been Audi's policy to continuously improve its products. Audi, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

Text and specifications in this Supplement are based on information and knowledge available at the time of printing.

## Additives/Lubricants

Do not mix any lubricants or other additives into the engine oil. Doing so can cause engine damage! Damage caused by these types of additives are not covered by any Audi Limited Warranty.

  

## Oil Pressure Warning Light

The oil pressure warning light is not an indicator of low engine oil level. If the warning light stays on or flashes while driving (above 1500 rpm), a chime will sound. It indicates that the oil pressure is too low. Stop the engine immediately, check the engine oil level and add oil if necessary. If the engine oil level is normal, but the light continues to flash, do not keep driving or let the engine idle, as damage may occur.

All rights are reserved. May not be reproduced or translated in whole or in part without the written consent of Audi of America, Inc. Specifications are subject to change without notice.

# VW 502 00 Specification Oil

For the most updated recommended oil list, please see www.audiusa.com.

Current list of engine oils that conform to Audi oil quality standard VW 502 00. When purchasing or using engine oil, you should verify that VW 502 00 is denoted on the container.

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Agip | Agip synthetic PC | SAE 5W-40 |
| Blu Lubricants Inc. | Blu Synthetic-Technician Series FS | SAE 5W-30 |
| Bucher AG | MOTOREX Select LA-X | SAE 5W-30 |
| Caltex | Caltex Havoline Fully Synthetic | SAE 5W-40 |
| Car Jack | Car Jack GPD | SAE 5W-40 |
| Castrol | Castrol SLX Professional Longtec | SAE 0W-40 |
| Castrol | Castrol SLX Professional OE | SAE 5W-30 |
| Castrol | Castrol Syntec European Formula | SAE 0W-30 |
| Castrol | Castrol TXT 505 01 | SAE 5W-40 |
| Castrol | Castrol Syntec | SAE 5W-40 |
| Cepsa | Cepsa Star Mega Synthetic | SAE 5W-40 |
| Chevron | Havoline Ultra | SAE 5W-40 |
| Chevron | Havoline Ultra S | SAE 5W-30 |
| Chevron | Havoline Ultra S | SAE 5W-40 |
| Delek | Delek Motorsynth FE | SAE 5W-30 |
| Delek | Delek Motorsynth TDI | SAE 5W-40 |
| Elf | Elf Excellium Full tec | SAE 0W-30 |

5

  

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Elf | Elf Solaris LSX | SAE 5W-30 |
| Engen Petroleum | Engen Formula 505 01 | SAE 5W-40 |
| Fuchs | Fuchs TITAN GT 1 | SAE 5W-30 |
| Fuchs | Fuchs TITAN Supersyn | SAE 5W-40 |
| Fuchs | Fuchs TITAN Supersyn PLUS | SAE 5W-40 |
| Fuchs | Titan GT1 | SAE 5W-30 |
| Igol | Process Compact M | SAE 5W-30 |
| Liqui Moly | Liqui Moly Leichtlauf HC 7 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Profi Premium | SAE 5W-40 |
| Liqui Moly | Liqui Moly Synthoil Longtime | SAE 0W-30 |
| Liqui Moly | Liqui Moly Diesel High Tech | SAE 5W-40 |
| Liqui Moly | Liqui Moly Nachfüll-Öl | SAE 5W-40 |
| Liqui Moly | Liqui Moly Pro-Engine M 400 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Top Tec 4100 | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 0W-30 |
| Lotos | Lotos Quazar | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 5W-30 |
| Meguin | megol Motorenoel Low Emission | SAE 5W-40 |
| Meguin | megol Motorenoel Super Leichtlauf Multisynth | SAE 0W-30 |
| Meguin | Motorenoel Ultra Performance Longlife | SAE 5W-40 |
| Mobil | Mobil 1 | SAE 0W-40 |
| Mobil | Mobil Syst S Special V | SAE 5W-30 |
| Motul | Motul 8100 X-cess | SAE 5W-40 |
| Motul | Motul 8100 X-clean | SAE 5W-40 |
| Motul | Motul 8100 X-max | SAE 5W-40 |
| Motul | Motul Specific 505 01 502 00 505 01 | SAE 5W-40 |
| Northland | Synergy Synthetic EuroSyn | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula Ultra Diesel | SAE 5W-30 |
| Pennzoil | Pennzoil Platinum Low SAPS | SAE 5W-30 |
| Pennzoil | Pennzoil Synthetic European Formula | SAE 5W-40 |
| Pentosin | Pento High Performance | SAE 5W-40 |

6

  

| VW 502 00 | | |
|---|---|---|
| **Brand** | **Type** | **Viscosity** |
| Pentosin | Pento High Performance II | SAE 5W-40 |
| Pentosin | Pentospeed VS* | SAE 0W-30 |
| Pentosin | Pentosynth HC | SAE 5W-40 |
| Quaker State | Q European Engine Ultra Diesel | SAE 5W-30 |
| Quaker State | Q Horsepower Full Synthetic | SAE 5W-40 |
| Quaker State | Q European Formula Ultra | SAE 5W-30 |
| Quaker State | Q State Synquest Low SAPS | SAE 5W-30 |
| real | Real,-Quality GPD | SAE 5W-40 |
| Redoil Italia | Challoils | SAE 5W-40 |
| Shell | Shell Helix Plus | SAE 10W-40 |
| Shell | Shell Helix Ultra | SAE 5W-40 |
| Shell | Shell Helix Ultra AX | SAE 5W-30 |
| SK energy | ZIC RV | SAE 5W-30 |
| SK energy | ZIC XQ | SAE 5W-40 |
| SK energy | ZIC XQ RV | SAE 5W-40 |
| Staoil | Staoil PRO Synthetic C | SAE 5W-40 |
| Total | Total Ouartz 9000 Energy | SAE 5W-40 |
| Total | Total Ouartz 9000 Energy | SAE 5W-30 |
| Total | Total Quartz INEO MC3 | SAE 5W-30 |
| Valvoline | Valvoline SynPower HST | SAE 5W-40 |
| Valvoline | Valvoline SynPower MST | SAE 5W-30 |
| VAPS | Vapsoil | SAE 5W-30 |

7



  

© Audi of America, Inc.
Printed 12/2010
AUENGOIL2-01-04

ASUP2

  





# Engine Oil Supplement

### Volkswagen models with
### 1.8L Turbo engine







This supplement describes the engine oil for your Volkswagen model equipped with the 1.8L Turbo engine.

All other descriptions, warnings and information regarding the operation, safety and maintenance of your vehicle can be found in your Owner's Manual literature package delivered with your vehicle. Always ask your authorized Volkswagen dealer if you have any questions regarding the oil specification for your vehicle.



  

## Engine Oil for your 1.8L Turbo engine

**NOTICE**

**1998 – 2000 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE**

- You should use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, <u>all</u> the engine oils Volkswagen is aware of that meet VW specification 502 00 are <u>synthetic</u>-based.

- Volkswagen strongly recommends you use VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

### Engine oil specifications

*The engine oil used in your 1.8L turbo engine needs to be the right kind of oil.*

The 1.8L Turbo engine in your vehicle is a sophisticated power plant that was built to exacting specifications. This engine needs the right kind of engine oil that meets specifications regarding quality and viscosity so that it can run smoothly and reliably. Choosing the right oil and changing oil within the time and mileage intervals printed in your vehicle's Maintenance Booklet matters a lot more today than it did years ago. Volkswagen has developed a special quality standard for engine oil that will help assure that your vehicle's 1.8L Turbo engine will get the lubrication it needs for proper operation.

Modern engine lubrication has taken a quantum leap in the last few years. Many synthetic oils available today provide better engine lubrication that can outlast traditional petroleum-based oils, making them a smart choice for use throughout the life of your Volkswagen.

Whether you use synthetic or petroleum-based engine oil, the oil you use should conform to Volkswagen's oil quality standard VW 502 00 to help keep your vehicle's 1.8T engine running smoothly and help prevent the formation of harmful deposits, sometimes called "sludge," that over time can lead to expensive repairs.

1





At the time this supplement was printed, engine oils available in the U.S. and Canada that meet the exacting specifications of Volkswagen oil standard VW 502 00 are synthetic engine oils. This does not mean, however, that every synthetic engine oil will meet Volkswagen oil standard VW 502 00. So always be sure that you use approved oil.

Although VW strongly recommends the use of VW 502 00 oil, you may continue to use the oil initially recommended in your Owner's Manual.

To help prevent the formation of harmful deposits use only oil with the following specifications printed on the oil container:

## VW 502 00

Oil container labels may carry the specification singly or in combination with other designations and oil quality standards.

### Viscosity

Engine oils are graded according to their viscosity. The proper viscosity grade oil for your engine depends on climatic or seasonal conditions where you drive. You can use oil with a viscosity grade of SAE 5W-40 across all temperature ranges for normal driving conditions.

However, if engine oil viscosity grade SAE 5W-40 is not available, you can also use viscosity grade SAE 5W-30 or SAE 0W-40 as long as it meets VW 502 00 specification.

Because engine oil that meets the Volkswagen oil standard may not be available everywhere when you need

2

it, we strongly recommend that you always carry with you an extra quart (liter) of oil that expressly conforms to the VW 502 00 specification, in case you have to top off the oil while on the road.

Only if the level of the oil is at or below the minimum mark on the oil dipstick – and oil that expressly conforms to Volkswagen oil standard VW 502 00 specification is not available – may you top off with a high quality engine oil, preferably synthetic-based, that meets ACEA A3, API SL or ILSAC GF-3 specifications, but even then, only in viscosity grades SAE 5W-40, SAE 5W-30, or SAE 0W-40. However, during the entire time between oil change intervals, never top off with more than a total of 0.5 quart/liter engine oil that does not conform to Volkswagen oil specification VW 502 00.

For more information about engine oil that has been approved for your vehicle, please contact either your authorized Volkswagen dealer or Volkswagen Customer Relations or visit our website at www.vw.com. Attached to this Supplement is a current list of oils (manufacturers, brand names etc.) that conform to Volkswagen oil standard VW 502 00 specification.

**The benefits of using VW 502 00 specification engine oil that meets VW standards:**

- Helps keep your engine clean

- Helps your engine "turn over" more easily

- Provides optimal protection under more extreme driving conditions

VSUP3



  

- Coats and lubricates vital engine components helping reduce friction and increase horsepower

- Allows engine parts to move more freely and helps reduce heat and overall wear

- Remains more stable at higher temperatures instead of beginning to break down early

### Checking the oil level

A lot of things affect oil consumption. For that reason, we urge you to check the oil level in your vehicle at frequent intervals, preferably every time you refuel and always before going on a long trip. Please remember that the oil pressure light is not an indicator of low engine oil level. Always use the oil dipstick to get a true reading of the oil level in your engine and be sure to check the oil level at regular intervals. Specific directions regarding the proper checking of the oil level in your VW are given in your Owner's Literature.

### Changing the engine oil

The engine oil and oil filter must be changed according to the mileage and time intervals specified in your vehicle's Maintenance Booklet. Do not exceed these intervals – harmful deposits from old engine oil can reduce engine performance and can lead to expensive engine repairs.

Changing the oil at the recommended intervals is so very important because the lubricating properties of oil decrease gradually during normal vehicle use. If you are not sure when to have your oil changed, ask your authorized Volkswagen Service Advisor.

Under some circumstances, the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly "under" stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.

Detergent additives in the oil will make fresh oil look dark after the engine has been running for a short time. This is normal and is not a reason to change the oil more often than recommended.

It has always been Volkswagen's policy to continuously improve its products. Volkswagen, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

Text and specifications in this Supplement are based on information and knowledge available at the time of printing.

### Additives/Lubricants

Do not mix any lubricants or other additives into the engine oil. Doing so can cause engine damage! Damage caused by these types of additives are not covered by any Volkswagen Limited Warranty.

### Oil Pressure Warning Light

The oil pressure warning light is not an indicator of low engine oil level. If

3



 

the warning light stays on or flashes while driving (above 1500 rpm), a chime will sound. It indicates that the oil pressure is too low. Stop the engine immediately, check the engine oil level and add oil if necessary. If the engine oil level is normal, but the light continues to flash, do not keep driving or let the engine idle, as damage may occur.

All rights are reserved. May not be reproduced or translated in whole or in part without the written consent of Volkswagen Group of America, Inc. Specifications are subject to change without notice.

## VW 502 00 Specification Oil

For the most updated recommended oil list, please see www.vw.com.

Current list of engine oils that conform to VW specification 502 00. When purchasing or using engine oil, you should verify that VW 502 00 is denoted on the container.

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Agip | Agip synthetic PC | SAE 5W-40 |
| Blu Lubricants Inc. | Blu Synthetic-Technician Series FS | SAE 5W-30 |
| Bucher AG | MOTOREX Select LA-X | SAE 5W-30 |
| Caltex | Caltex Havoline Fully Synthetic | SAE 5W-40 |
| Car Jack | Car Jack GPD | SAE 5W-40 |
| Castrol | Castrol SLX Professional Longtec | SAE 0W-40 |
| Castrol | Castrol SLX Professional OE | SAE 5W-30 |
| Castrol | Castrol Syntec European Formula | SAE 0W-30 |
| Castrol | Castrol TXT 505 01 | SAE 5W-40 |
| Castrol | Castrol Syntec | SAE 5W-40 |
| Cepsa | Cepsa Star Mega Synthetic | SAE 5W-40 |
| Chevron | Havoline Ultra | SAE 5W-40 |
| Chevron | Havoline Ultra S | SAE 5W-30 |
| Chevron | Havoline Ultra S | SAE 5W-40 |
| Delek | Delek Motorsynth FE | SAE 5W-30 |
| Delek | Delek Motorsynth TDI | SAE 5W-40 |
| Elf | Elf Excellium Full tec | SAE 0W-30 |

4

VSUP3



  

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Elf | Elf Solaris LSX | SAE 5W-30 |
| Engen Petroleum | Engen Formula 505 01 | SAE 5W-40 |
| Fuchs | Fuchs TITAN GT 1 | SAE 5W-30 |
| Fuchs | Fuchs TITAN Supersyn | SAE 5W-40 |
| Fuchs | Fuchs TITAN Supersyn PLUS | SAE 5W-40 |
| Fuchs | Titan GT1 | SAE 5W-30 |
| Igol | Process Compact M | SAE 5W-30 |
| Liqui Moly | Liqui Moly Leichtlauf HC 7 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Profi Premium | SAE 5W-40 |
| Liqui Moly | Liqui Moly Synthoil Longtime | SAE 0W-30 |
| Liqui Moly | Liqui Moly Diesel High Tech | SAE 5W-40 |
| Liqui Moly | Liqui Moly Nachfüll-Öl | SAE 5W-40 |
| Liqui Moly | Liqui Moly Pro-Engine M 400 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Top Tec 4100 | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 0W-30 |
| Lotos | Lotos Quazar | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 5W-30 |
| Meguin | megol Motorenoel Low Emission | SAE 5W-40 |
| Meguin | megol Motorenoel Super Leichtlauf Multisynth | SAE 0W-30 |
| Meguin | Motorenoel Ultra Performance Longlife | SAE 5W-40 |
| Mobil | Mobil 1 | SAE 0W-40 |
| Mobil | Mobil Syst S Special V | SAE 5W-30 |
| Motul | Motul 8100 X-cess | SAE 5W-40 |
| Motul | Motul 8100 X-clean | SAE 5W-40 |
| Motul | Motul 8100 X-max | SAE 5W-40 |
| Motul | Motul Specific 505 01 502 00 505 01 | SAE 5W-40 |
| Northland | Synergy Synthetic EuroSyn | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula Ultra Diesel | SAE 5W-30 |
| Pennzoil | Pennzoil Platinum Low SAPS | SAE 5W-30 |
| Pennzoil | Pennzoil Synthetic European Formula | SAE 5W-40 |
| Pentosin | Pento High Performance | SAE 5W-40 |

5





| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Pentosin | Pento High Performance II | SAE 5W-40 |
| Pentosin | Pentospeed VS* | SAE 0W-30 |
| Pentosin | Pentosynth HC | SAE 5W-40 |
| Quaker State | Q European Engine Ultra Diesel | SAE 5W-30 |
| Quaker State | Q Horsepower Full Synthetic | SAE 5W-40 |
| Quaker State | Q European Formula Ultra | SAE 5W-30 |
| Quaker State | Q State Synquest Low SAPS | SAE 5W-30 |
| real | Real,-Quality GPD | SAE 5W-40 |
| Redoil Italia | Challoils | SAE 5W-40 |
| Shell | Shell Helix Plus | SAE 10W-40 |
| Shell | Shell Helix Ultra | SAE 5W-40 |
| Shell | Shell Helix Ultra AX | SAE 5W-30 |
| SK energy | ZIC RV | SAE 5W-30 |
| SK energy | ZIC XQ | SAE 5W-40 |
| SK energy | ZIC XQ RV | SAE 5W-40 |
| Staoil | Staoil PRO Synthetic C | SAE 5W-40 |
| Total | Total Quartz 9000 Energy | SAE 5W-40 |
| Total | Total Quartz 9000 Energy | SAE 0W-30 |
| Total | Total Quartz INEO MC3 | SAE 5W-30 |
| Valvoline | Valvoline SynPower HST | SAE 5W-40 |
| Valvoline | Valvoline SynPower MST | SAE 5W-30 |
| VAPS | Vapsoil | SAE 5W-30 |

©Volkswagen Group of America, Inc.
Printed 12/2010
VWENGOIL98-00

VSUP3









# Engine Oil Supplement

### Volkswagen models with
### 1.8L Turbo engine

VSUP4

  

This supplement describes the engine oil for your Volkswagen model equipped with the 1.8L Turbo engine.

All other descriptions, warnings and information regarding the operation, safety and maintenance of your vehicle can be found in your Owner's Manual literature package delivered with your vehicle. Always ask your authorized Volkswagen dealer if you have any questions regarding the oil specification for your vehicle.

 



**Engine Oil for your 1.8L Turbo engine**

---

**NOTICE**

**2001-2004 VOLKSWAGEN PASSAT WITH 1.8L TURBO ENGINE**

- You should use only VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 in the 1.8L Turbo engine.

- The 1.8L Turbo engine <u>requires</u> quality engine lubrication (oil).

- Many synthetic oils provide better engine lubrication that can outlast most traditional petroleum-based oils.

- At the time of printing, <u>all</u> the engine oils Volkswagen is aware of that meet VW specification 502 00 are <u>synthetic</u>-based.

- If you do not use quality engine oil, long-term damage can occur that will require expensive engine repairs.

- Quality engine oil helps your vehicle's 1.8T engine run smoothly and helps prevent the formation of harmful sludge and deposits that can lead to expensive repairs.

- Engine damage caused by using the wrong engine oil is <u>not</u> covered by the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension.

- In order to be entitled to the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension, you <u>must</u> use oil that conforms to VW specification 502 00 or synthetic oil certified as complying with VW specification 502 00. You must maintain oil change records which document the use of VW specification 502 00 oil or a synthetic oil certified as complying with VW specification 502 00 at the specified service intervals to be eligible for the 10-year/120,000-mile Enhanced Oil Sludge Warranty Extension. If you choose to use the oil recommended in the owner's manual, you are still entitled to the benefits of the August 2004 8-year/unlimited mileage Extended Warranty.

- Any sludge related repairs or engine replacements must be performed at an authorized Volkswagen dealer or they will not be covered.

---

**Engine oil specifications**

*The engine oil used in your 1.8L turbo engine needs to be the right kind of oil.*

The 1.8L Turbo engine in your vehicle is a sophisticated power plant that was built to exacting specifications. This engine needs the right kind of engine oil that meets specifications

1

VSUP4

  

regarding quality and viscosity so that it can run smoothly and reliably. Choosing the right oil and changing oil within the time and mileage intervals printed in your vehicle's Maintenance Booklet matters a lot more today than it did years ago. Volkswagen has developed a special quality standard for engine oil that will help assure that your vehicle's 1.8L Turbo engine will get the lubrication it needs for proper operation.

Modern engine lubrication has taken a quantum leap in the last few years. Many synthetic oils available today provide better engine lubrication that can outlast traditional petroleum-based oils, making them a smart choice for use throughout the life of your Volkswagen.

Whether you use synthetic or petroleum-based engine oil, the oil you use should conform to Volkswagen's oil quality standard VW 502 00 to help keep your vehicle's 1.8T engine running smoothly and help prevent the formation of harmful deposits, sometimes called "sludge," that over time can lead to expensive repairs.

At the time this supplement was printed, engine oils available in the U.S. and Canada that meet the exacting specifications of Volkswagen oil standard VW 502 00 are synthetic engine oils. This does not mean, however, that every synthetic engine oil will meet Volkswagen oil standard VW 502 00. So always be sure that you use approved oil.

Although VW strongly recommends the use of VW 502 00 oil, you may continue to use the oil initially recommended in your Owner's Manual.
2

To help prevent the formation of harmful deposits use only oil with the following specifications printed on the oil container:

**VW 502 00**

Oil container labels may carry the specification singly or in combination with other designations and oil quality standards.

**You may qualify for a 10 year/120,000 mile engine warranty extension**

If you use oil meeting VW 502 00 specification, you will receive a warranty extension to 10 years or 120,000 miles, whichever comes first, after the date your vehicle entered service in the hands of the first retail purchaser or lessee or as a company car, for any engine repairs or replacements required because of oil sludge.

---

**CONDITIONS OF WARRANTY EXTENSION:**

This warranty extension is available on the following basis:

- you complete all oil changes after the date of issuance of this Supplement, at the intervals specified in the maintenance schedule for your vehicle, using exclusively VW 502 00 specification oil or a synthetic oil certified as complying with the VW 502 00 specification.

- you obtain from the facilities performing such oil changes, and retain with your service records, documentation

---

VSUP4



 

> which proves that all oil changes after the date of issuance of this Supplement were completed at such intervals and that VW 502 00 specification oil, or a synthetic oil certified as complying with the VW 502 00 specification, was used exclusively.

## Viscosity

Engine oils are graded according to their viscosity. The proper viscosity grade oil for your engine depends on climatic or seasonal conditions where you drive. You can use oil with a viscosity grade of SAE 5W-40 across all temperature ranges for normal driving conditions.

However, if engine oil viscosity grade SAE 5W-40 is not available, you can also use viscosity grade SAE 5W-30 or SAE 0W-40 as long as it meets VW 502 00 specification.

Because engine oil that meets the Volkswagen oil standard may not be available everywhere when you need it, we strongly recommend that you always carry with you an extra quart (liter) of oil that expressly conforms to the VW 502 00 specification, in case you have to top off the oil while on the road.

Only if the level of the oil is at or below the minimum mark on the oil dipstick – and oil that expressly conforms to Volkswagen oil standard VW 502 00 specification is not available – may you top off with a high quality engine oil, preferably synthetic-based, that meets ACEA A3, API SL or ILSAC GF-3 specifications,

but even then, only in viscosity grades SAE 5W-40, SAE 5W-30, or SAE 0W-40. However, during the entire time between oil change intervals, never top off with more than a total of 0.5 quart/liter engine oil that does not conform to Volkswagen oil specification VW 502 00.

For more information about engine oil that has been approved for your vehicle, please contact either your authorized Volkswagen dealer or Volkswagen Customer Relations or visit our website at www.vw.com. Attached to this Supplement is a current list of oils (manufacturers, brand names etc.) that conform to Volkswagen oil standard VW 502 00.

## The benefits of using VW 502 00 specification engine oil that meets VW standards:

- Helps keep your engine clean
- Helps your engine "turn over" more easily
- Provides optimal protection under more extreme driving conditions
- Coats and lubricates vital engine components helping reduce friction and increase horsepower
- Allows engine parts to move more freely and helps reduce heat and overall wear
- Remains more stable at higher temperatures instead of beginning to break down early

## Checking the oil level

A lot of things affect oil consumption.

3





For that reason, we urge you to check the oil level in your vehicle at frequent intervals, preferably every time you refuel and always before going on a long trip. Please remember that the oil pressure light is not an indicator of low engine oil level. Always use the oil dipstick to get a true reading of the oil level in your engine and be sure to check the oil level at regular intervals. Specific directions regarding the proper checking of the oil level in your VW are given in your Owner's Literature.

### Changing the engine oil

The engine oil and oil filter must be changed according to the mileage and time intervals specified in your vehicle's Maintenance Booklet. Do not exceed these intervals – harmful deposits from old engine oil can reduce engine performance and can lead to expensive engine repairs.

Changing the oil at the recommended intervals is so very important because the lubricating properties of oil decrease gradually during normal vehicle use. If you are not sure when to have your oil changed, ask your authorized Volkswagen Service Advisor.

Under some circumstances, the engine oil should even be changed more frequently. Change oil more often if you drive mostly short distances, operate the vehicle in dusty areas or mostly "under" stop-and-go traffic conditions, or when you use your vehicle where temperatures stay below the freezing point for long periods of time.

Detergent additives in the oil will make fresh oil look dark after the engine has been running for a short time. This is normal and is not a reason to change the oil more often than recommended.

It has always been Volkswagen's policy to continuously improve its products. Volkswagen, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

Text and specifications in this Supplement are based on information and knowledge available at the time of printing.

### Additives/Lubricants

Do not mix any lubricants or other additives into the engine oil. Doing so can cause engine damage! Damage caused by these types of additives are not covered by any Volkswagen Limited Warranty.

### Oil Pressure Warning Light

The oil pressure warning light is not an indicator of low engine oil level. If the warning light stays on or flashes while driving (above 1500 rpm), a chime will sound. It indicates that the oil pressure is too low. Stop the engine immediately, check the engine oil level and add oil if necessary. If the engine oil level is normal, but the light continues to flash, do not keep driving or let the engine idle, as damage may occur.

All rights are reserved. May not be reproduced or translated in whole or in part without the written consent of Volkswagen Group of America, Inc. Specifications are subject to change without notice.

VSUP4

  

## VW 502 00 Specification Oil

For the most updated recommended oil list, please see www.vw.com.

Current list of engine oils that conform to VW specification 502 00. When purchasing or using engine oil, you should verify that VW 502 00 is denoted on the container.

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Agip | Agip synthetic PC | SAE 5W-40 |
| Blu Lubricants Inc. | Blu Synthetic-Technician Series FS | SAE 5W-30 |
| Bucher AG | MOTOREX Select LA-X | SAE 5W-30 |
| Caltex | Caltex Havoline Fully Synthetic | SAE 5W-40 |
| Car Jack | Car Jack GPD | SAE 5W-40 |
| Castrol | Castrol SLX Professional Longtec | SAE 0W-40 |
| Castrol | Castrol SLX Professional OE | SAE 5W-30 |
| Castrol | Castrol Syntec European Formula | SAE 0W-30 |
| Castrol | Castrol TXT 505 01 | SAE 5W-40 |
| Castrol | Castrol Syntec | SAE 5W-40 |
| Cepsa | Cepsa Star Mega Synthetic | SAE 5W-40 |
| Chevron | Havoline Ultra | SAE 5W-40 |
| Chevron | Havoline Ultra S | SAE 5W-30 |
| Chevron | Havoline Ultra S | SAE 5W-40 |
| Delek | Delek Motorsynth FE | SAE 5W-30 |
| Delek | Delek Motorsynth TDI | SAE 5W-40 |
| Elf | Elf Excellium Full tec | SAE 0W-30 |
| Elf | Elf Solaris LSX | SAE 5W-30 |
| Engen Petroleum | Engen Formula 505 01 | SAE 5W-40 |
| Fuchs | Fuchs TITAN GT 1 | SAE 5W-30 |
| Fuchs | Fuchs TITAN Supersyn | SAE 5W-40 |
| Fuchs | Fuchs TITAN Supersyn PLUS | SAE 5W-40 |
| Fuchs | Titan GT1 | SAE 5W-30 |
| Igol | Process Compact M | SAE 5W-30 |
| Liqui Moly | Liqui Moly Leichlauf HC 7 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Profi Premium | SAE 5W-40 |
| Liqui Moly | Liqui Moly Synthoil Longtime | SAE 0W-30 |

5



  

| VW 502 00 | | |
|---|---|---|
| Brand | Type | Viscosity |
| Liqui Moly | Liqui Moly Diesel High Tech | SAE 5W-40 |
| Liqui Moly | Liqui Moly Nachfüll-Öl | SAE 5W-40 |
| Liqui Moly | Liqui Moly Pro-Engine M 400 | SAE 5W-40 |
| Liqui Moly | Liqui Moly Top Tec 4100 | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 0W-30 |
| Lotos | Lotos Quazar | SAE 5W-40 |
| Lotos | Lotos Quazar | SAE 5W-30 |
| Meguin | megol Motorenoel Low Emission | SAE 5W-40 |
| Meguin | megol Motorenoel Super Leichtlauf Multisynth | SAE 0W-30 |
| Meguin | Motorenoel Ultra Performance Longlife | SAE 5W-40 |
| Mobil | Mobil 1 | SAE 0W-40 |
| Mobil | Mobil Syst S Special V | SAE 5W-30 |
| Motul | Motul 8100 X-cess | SAE 5W-40 |
| Motul | Motul 8100 X-clean | SAE 5W-40 |
| Motul | Motul 8100 X-max | SAE 5W-40 |
| Motul | Motul Specific 505 01 502 00 505 01 | SAE 5W-40 |
| Northland | Synergy Synthetic EuroSyn | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula | SAE 5W-40 |
| Pennzoil | Pennzoil Platinum European Formula Ultra Diesel | SAE 5W-30 |
| Pennzoil | Pennzoil Platinum Low SAPS | SAE 5W-30 |
| Pennzoil | Pennzoil Synthetic European Formula | SAE 5W-40 |
| Pentosin | Pento High Performance | SAE 5W-40 |
| Pentosin | Pento High Performance II | SAE 5W-40 |
| Pentosin | Pentospeed VS* | SAE 0W-30 |
| Pentosin | Pentosynth HC | SAE 5W-40 |
| Quaker State | Q European Engine Ultra Diesel | SAE 5W-30 |
| Quaker State | Q Horsepower Full Synthetic | SAE 5W-40 |
| Quaker State | Q European Formula Ultra | SAE 5W-30 |
| Quaker State | Q State Synquest Low SAPS | SAE 5W-30 |
| real | Real,-Quality GPD | SAE 5W-40 |
| Redoil Italia | Challoils | SAE 5W-40 |

6

VSUP4

  

| VW 502 00 | | |
|-----------|------|-----------|
| **Brand** | **Type** | **Viscosity** |
| Shell | Shell Helix Plus | SAE 10W-40 |
| Shell | Shell Helix Ultra | SAE 5W-40 |
| Shell | Shell Helix Ultra AX | SAE 5W-30 |
| SK energy | ZIC RV | SAE 5W-30 |
| SK energy | ZIC XQ | SAE 5W-40 |
| SK energy | ZIC XQ RV | SAE 5W-40 |
| Staoil | Staoil PRO Synthetic C | SAE 5W-40 |
| Total | Total Ouartz 9000 Energy | SAE 5W-40 |
| Total | Total Ouartz 9000 Energy | SAE 0W-30 |
| Total | Total Quartz INEO MC3 | SAE 5W-30 |
| Valvoline | Valvoline SynPower HST | SAE 5W-40 |
| Valvoline | Valvoline SynPower MST | SAE 5W-30 |
| VAPS | Vapsoil | SAE 5W-30 |

7





©Volkswagen Group of America, Inc.
Printed 12/2010
VWENGOIL2-01-04

VSUP4

Exhibit D

Rust Consulting Inc
Becker v VW
List of Exclusions as of March 6, 2011

| Seq | Claimant ID | Name | Address | City | State | Zip | XRef |
|---|---|---|---|---|---|---|---|
| 1 | 13497811 | AMANDA HUGHES | 2162 NAVAJO PASS | LEAGUE CITY | TX | 77573 | WVWMA23B9YP167855 |
| 2 | 13523541 | ARTHUR P REYNOLDS | 6 CATLIN DR | WALLINGFORD | CT | 06492 | WVWPD63B13P438086 |
| 3 | 12716500 | BARBARA A BATAGELY | 366 CLEARMEADOW DR | EAST MEADOW | NY | 11554 | WVWPD63B01P133627 |
| 4 | 5699766 | BLAKE D HOLLINGER | 11925 INWOOD RD | DALLAS | TX | 75244 | WVWMA63BXWE276289 |
| 5 | 2965420 | CHANDLER R BRILL | 365 WILTON RD APT R | WESTPORT | CT | 06880 | WAUVC68E72A292028 |
| 6 | 15758033 | CHARLES D SEIDELL | 5587 LUM RD | ATTICA | MI | 48412 | WVWVD63B34E133113 |
| 7 | 15541307 | CLARA LAISS | 553 8TH AVE | WARMINSTER | PA | 18974 | WVWPD63B94P202383 |
| 8 | 6498641 | CRISTIN B BUCHANAN | 2125 THOMAS JEFFERSON DR | RENO | NV | 89509 | WVWMA63B3XE125943 |
| 9 | 9926776 | DANA L ROBBINS | PO BOX 1496 | KELLER | TX | 76244 | WVWMD63B54P329845 |
| 10 | 10935293 | DARLA B JOHNSON | 5530 DAPPLEWOOD LN | KATY | TX | 77449 | WAUDC68D71A099198 |
| 11 | 5999439 | DAVID A PATNEAUDE | 1040 GATES DR | SCHENECTADY | NY | 12306 | WVWMA63B0XE463980 |
| 12 | 15297648 | EDWARD W HOYT | 830 NE 47TH ST | FT LAUDERDALE | FL | 33334 | WVWPD63B84P090501 |
| 13 | 8134080 | ELAINE CASE | 30 NARBROOK PARK | NARBERTH | PA | 19072 | WVWNA63B6XE498348 |
| 14 | 13057596 | ENCOURAGETECH LLC | 11054 BLUESTEM LN | EDEN PRAIRIE | MN | 55347 | WVWMA23B5YP165312 |
| 15 | 3498804 | JOSUE VILLESCA | 2525 SVOSS RD # 1207 | HOUSTON | TX | 77057 | WAUC28D0WA243608 |
| 16 | 1632088 | JOYCE T COTTRELL | 1327 ORVIS AVE | PITTSBURGH | PA | 15223 | WAUC28D2WA192080 |
| 17 | 8567031 | KENNETH ADLER | 421 GOLD CREEK RD | SANDPOINT | ID | 83864 | WVWPD63B71P126870 |
| 18 | 7216084 | KERRY A SMISEK | 256 BAKER ST W | SAINT PAUL | MN | 55107 | WVWMA63B7WE253164 |
| 19 | 108164 | KRISTY A VALENT | 23 MADISON ST | PEQUANNOCK | NJ | 07440 | WAUJC68E82A149071 |
| 20 | 5457151 | LUCILLE A KERN | 434 W MAIN ST | KUTZTOWN | PA | 19530 | WVWMA23B7YP170852 |
| 21 | 15004192 | MARGARITA FISCH | 3119 W CREEK CLUB DR | MISSOURI CITY | TX | 77459 | WVWPD63B73P250799 |
| 22 | 14347368 | MARIE D ANNESE | 418 LEICESTER ST | AUBURN | MA | 01501 | WVWPD63B44P044146 |
| 23 | 8850478 | MARION H GATES | 1845 EVELYN ST | CAYCE | SC | 29033 | WVWPD63B32P304355 |
| 24 | 6485146 | NORMAN T RUCHALSKI | 9 JUNIPER LN | BUFFALO | NY | 14227 | WVWMA63B3XE052136 |
| 25 | 1959383 | PHILIP E VANTONGEREN | 69 MURRAY ST | NEW YORK | NY | 10007 | WAUKC28D0YA112447 |
| 26 | 1490053 | RACHEL A YATES | 13886 E PROGRESS CT | AURORA | CO | 80015 | WAUVC68E94A031017 |
| 27 | 11724261 | RAYMOND E MULL | 215 MESSIAH CIR | MECHANICSBURG | PA | 17055 | WVWMD63B23P046804 |
| 28 | 3476130 | RODNEY B HIGGINS | 521 HERON CT | GLEN MILLS | PA | 19342 | WAUC28D0WA013339 |
| 29 | 7059049 | SHALAKA S LIMAYE | 3160 CORONET DR | SALT LAKE CTY | UT | 84124 | WVWMA63B6XE047612 |
| 30 | 13755164 | SHIRLEY M FRIDRICHSEN | 158 NOTRE DAME AVE | DAYTON | OH | 45404 | WVWPD63B22P300121 |
| 31 | 8806017 | SHIRLEY M JACKSON | 7048 RIO VISTA CT | DAYTON | OH | 45424 | WVWPD63B22P300121 |
| 32 | 1192469 | STATE FARM | PO BOX 830943 | BIRMINGHAM | AL | 35283 | WAUAC48H24K001431 |
| 33 | 2960920 | STEPHEN R COHEN | 1471 N 40TH ST | ALLENTOWN | PA | 18104 | WAUVC68E62A306825 |
| 34 | 15673619 | SUE WEISS | 1792 ANDREA RD | EAST MEADOW | NY | 11554 | WVWVD63B14E218905 |
| 35 | 1364040 | SUSANNAH E BISSELL | 405 PLUMBRIDGE CT UNIT 202 | LUTHVLE TIMON | MD | 21093 | WAULC68E34A004449 |
| 36 | 11518563 | WILSON C DUNKELBERGER | 691 STONY RUN VALLEY RD | KEMPTON | PA | 19529 | WVWHC63B41E000534 |

Page 1

Exhibit E

Rust Consulting Inc
Becker v VW
List of Objections As of March 6, 2011

| Seq | Claimant ID | Name | Address | City | State | Zip | XRef |
|---|---|---|---|---|---|---|---|
| 1 | 6198190 | ALANE ALVAREZ | 1814 N PALMETTO AVE | SAN ANTONIO | TX | 78208 | WVWMA63B1XE506657 |
| 2 | 2102269 | ALBERT KEEFE | 1229 WYNGATE RD | WYNNEWOOD | PA | 19096 | WAUDC68D41A054607 |
| 3 | 9127388 | ANNA L BLACK | 3 HENRY CLAY CT | SAVANNAH | GA | 31411 | WVWVD63BX2E390976 |
| 4 | 8476081 | CHRIS J PAVLOU | 2605 CRESSWELL DR | NORRISTOWN | PA | 19403 | WVWPD63B21P194607 |
| 5 | 2819204 | CONSTANCE A PICKARD | 31 WOODLAWN CIRCLE | SEDONA | AZ | 86336 | WAULC68E83A142633 |
| 6 | 15711366 | DANIEL L WILDE | 14100 SE JOHNSON RD | PORTLAND | OR | 97267 | WVWVD63B24E001301 |
| 7 | 6670467 | DANIEL M GREGORY | 150 FARM CHASE DR | LEXINGTON | SC | 29073 | WVWMA63B4XE023311 |
| 8 | 16030848 | FRANK JARAMILLO | 42 WEST KINCAID DR | PRINCETON JUNCTION | NJ | 08550 | 3VWSD29M81M035492 |
| 9 | 6080426 | FRANKLIN MCCORMICK | 10816 HIBNER RD | HARTLAND | MI | 48353 | WVWMA63B1WE327985 |
| 10 | 6901349 | JOSE A CLEMENT | 1900 NE 46TH ST APT A5 | FT LAUDERDALE | FL | 33308 | WVWMA63B5XE240530 |
| 11 | 8633521 | KEVIN PRATHER | 4546 W 650TH N | THORNTOWN | IN | 46071 | WVWVD63B41E179531 |
| 12 | 12355358 | MARK D LEHMANN | 1026 FAIR MEADOW DR | MASON CITY | IA | 50401 | WVWPD63BX1P194340 |
| 13 | 14842320 | MEGHAN K URBANSKI | 4151 88TH LN NE | CIRCLE PINES | MN | 55014 | WVWPD63B71E121986 |
| 14 | 2005515 | SHAYNA T HSU | 5538 MORNINGSIDE DR | SAN JOSE | CA | 95138 | WAUAC68D41A139546 |
| 15 | 7830174 | STEVE N KLURFELD | 1 DAWNING LN | OSSINING | NY | 10562 | WVWNA23B6YE261742 |
| 16 | 10087893 | TYRONE D FOSTER | 2020 BROOKS DR # 526 | FORESTVILLE | MD | 20747 | WVWPD63B34E074427 |
| 17 | 15812186 | VIRGINIA C NASO | 727 DEARBORN ST | IOWA CITY | IA | 52240 | WVWVD63B51E263213 |
| 18 | 9620438 | WILLIAM T DANIELS | 1804 BRENTWOOD DR | GREENEVILLE | TN | 37743 | WVWPD63B53P246962 |