## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re Volkswagen and Audi Warranty Extension Litigation** | **Docket No. 1:07-md-01790** |
| **This Document Relates to All Cases** | |

Notice is hereby given that defendants Volkswagen Group of America Inc. f/k/a Volkswagen of America, Inc., Volkswagen AG, and Audi AG, (collectively "Defendants") hereby appeal to the United States Court of Appeals for the First Circuit from so much of the Order of the United States District Court for the District of Massachusetts entered on July 11, 2011 (Hon. Joseph L. Tauro, U.S.D.J.) (Docket Number 315), as:

1. Denied Defendants' Motion Pursuant to Fed.R.Civ.P. 52(b), 59(e) and 60(b) to Vacate, Alter or Amend the Court's Memorandum Order on Attorneys' Fees (Docket No. 280).

2. Allowed Plaintiffs' Motion to Strike Evidence Submitted After the Record Was Closed (Docket No. 292).

3. Denied as Moot Defendants' Motion for Leave to File a Reply Memorandum in Further Support of Their Motion to Vacate, Alter or Amend the Court's Memorandum Order on Attorneys' Fees (Docket No. 294).

4. Denied as Moot Defendants' Motion for Leave to Submit Supplemental Declaration in Support of Defendants' Opposition to Plaintiffs' Motion to Strike Evidence (Docket No. 299).

5. Denied as Moot Defendants' Motion for Leave to Submit Additional Supplemental Declaration in Further Support of Defendants' Opposition to Plaintiffs' Motion to Strike Evidence (Docket No. 308).

6. Denied as Moot Defendants' Motion for Leave to File Supplemental Materials in Further Support of Defendants' Motion Pursuant to Fed.R.Civ.P. 52(b), 59(e) and 60(b) to Vacate, Alter or Amend the Court's Memorandum Order on Attorneys' Fees (Docket No. 312).

DEFENDANTS
By their Attorneys,

/s/ *Andrew R. Levin*
David A. Barry, BBO No. 031520
Andrew R. Levin, BBO No. 631338
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114-4737
(617) 227-3030
barry@srbc.com
levin@srbc.com


Jeffrey L. Chase *(pro hac vice)*
Daniel V. Gsovski *(pro hac vice)*
Michael B. Gallub *(pro hac vice)*
Herzfeld & Rubin, P.C.
125 Broad Street
New York, NY  10004
 (212) 471-8500
(212) 344-3333 (fax)
jchase@herzfeld-rubin.com
dgsovski@herzfeld-rubin.com
mgallub@herzfeld-rubin.com

Dated:  July 20, 2011

## CERTIFICATE OF SERVICE

I, David A. Barry, hereby certify that this document, filed through the ECF system, will be sent electronically on July 20, 2011 to the registered participants as identified on the Notice of Electronic Filing (NEF).

  */s/ Andrew R. Levin*
Andrew R. Levin

435697