# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Volkswagen and Audi Warranty Extension Litigation | MDL Docket No. 1:07-md-01790 |
| This Document Relates to All Cases | |

## REQUEST OF CLASS CO-COUNSEL, MCNULTY AND TRESEMER, FOR RECONSIDERATION AND REMOVAL OF DICTA

Now come class Co-Counsel, Peter J. McNulty and Kirk D. Tresemer, and respectfully request the same relief already afforded to Co-Counsel Russell Henkin and Berger Montague by removing certain dicta on page 52 of this Court's February 10, 2015 Memorandum and Order (Document No. 439).

Co-Class Counsel respectfully request that in deciding on the requested relief, this Court contact Special Master, Allan van Gestel and/or the Honorable Joseph L. Tauro, who managed and presided over the underlying case for almost 3 ½ years and had ample opportunity to observe the conduct of Co-Class Counsel, McNulty and Tresemer (Please also see Documents No. 248 and 272).

Dated: 03/09/2015

Respectfully submitted,

/s/ *Peter J. McNulty*
Peter J. McNulty
McNULTY LAW FIRM
827 Moraga Drive
Los Angeles, CA  90049
310-471-2707
310-472-7014 (fax)
peter@mcnultylaw.com

2

/s/ *Kirk D. Tresemer*
Kirk D. Tresemer
BOESEN LAW, LLC
4100 E. Mississippi Ave.
Suite 1900
Denver, CO 80246
Phone: (303) 999-9999
Fax: (303) 320-1915
ktresemer@boesenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of March, 2015, a true and correct copy of the above **REQUEST OF CLASS CO-COUNSEL, MCNULTY AND TRESEMER, FOR RECONSIDERATION AND REMOVAL OF DICTA** was filed using the Court's CM/ECF system and thereby served on all counsel of record.

/s/ *Sofia Rivera*
Sofia Rivera

2